Donald Charles Schwartz, Esq. (SBN 122476)
Law Offices of Donald C. Schwartz
7960 Soquel Drive, No. 291
Aptos, CA  95003
831-331-9909; Facsimile 815-301-6556
Email: triallaw@cruzio.com

Attorney for Plaintiffs
Schwartz Foundation, Donald Charles Schwartz
Michael L. Osterberg, Willie L. Brown, Jr.,
Charles P. Schwartz, III, Paul Schwartz, David
Schwartz

## UNITED STATES DISTRICT COURT,

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHWARTZ FOUNDATION, DONALD CHARLES SCHWARTZ, MICHAEL L. OSTERBERG, WILLIE L. BROWN, JR., CHARLES P. SCHWARTZ, III, PAUL DAVID SCHWARTZ, DAVID RICHARD SCHWARTZ, | No. |
| | **COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF based on:** |
| Plaintiffs, | **1. Civil Racketeering;**<br>**2. Accounting; and**<br>**3. Declaratory Relief** |
| vs. | **JURY TRIAL DEMANDED** |
| MARGOT WOOD SCHWARTZ, an individual; and DOES 1 through 50, inclusive, | |
| Defendants. | |

COMES NOW PLAINTIFFS' SCHWARTZ FOUNDATION, DONALD CHARLES SCHWARTZ, MICHAEL L. OSTERBERG, WILLIE L. BROWN, JR., CHARLES P. SCHWARTZ, III, PAUL D. SCHWARTZ and DAVID R. SCHWARTZ who allege as follows:

## SUMMARY

1.      This is an action brought to restore plaintiff Schwartz Foundation to its status pre-illegal

hostile corporate takeover attempt and to recover damages from the criminal activity of Margot Schwartz in carrying forward her mother's scheme to engage an illegal hostile corporate takeover and seize for herself the assets of the Schwartz Foundation.

## **DEMAND FOR JURY TRIAL**

2.     Plaintiffs Schwartz Foundation, Donald Charles Schwartz, Michael L. Osterberg, Willie L. Brown, Jr., Charles P. Schwartz, III, and David R. Schwartz demand a jury trial of this civil action.

## **JURISDICTION**

3.     This United States District Court has subject matter jurisdiction over this matter pursuant to 28 United States §1331, which provides district courts with "jurisdiction over civil actions arising under the United States Constitution or laws of the United States."

4.     This United States District Court also has diversity jurisdiction over this matter pursuant to 28 United States §1332(a), which provides district courts with "original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . (1) citizens of different states."

5.     This Court also has personal jurisdiction over defendant Margot Schwartz, and every other Doe defendant, who engaged in a conspiracy to perpetrate the acts, facts and events alleged herein. These acts, facts and events include the contrivance of criminally false Board Minutes and corporate filings with the State of California Secretary of State, the State of California Attorney General's Office Registry of Charitable Organizations, the State of California Franchise Tax Board and the United States Internal Revenue Department.

Defendant Margot Schwartz has orchestrated an illegal removal of hundreds of thousands of dollars from the Schwartz Foundation banking accounts, having caused millions of dollars in damages to the Schwartz Foundation as well as lost reasonable non-profit salaries to plaintiffs Donald Charles Schwartz ("Donald") and Michael L. Osterberg ("Michael")

Tens of millions of dollars of real property and investment assets remain in dispute.

6.     There is complete diversity because defendant Margot Wood Schwartz perpetrated these criminal activities across state lines while domiciled in the State of Wisconsin while all plaintiffs are located in the State of California.

**VENUE**

7.      Venue is appropriate in United States District Court, Northern District of California, California as set forth herein.

**PARTIES**

8.      At all times relevant herein, plaintiff Schwartz Foundation is and was a State of California non-profit corporation founded by plaintiff Donald Charles Schwartz, his father, the Honorable Robert A. D. Schwartz and his then law partner, Thom R. Picarello in 1979 - as the founding Members of the Board of Directors, Schwartz Foundation. A true and correct copy of the founding Articles of Incorporation of the Schwartz Foundation are attached hereto as Exhibit 1.

Thereafter, in 1983, Board Member Thom R. Picarello resigned and was duly replaced with new Board Member plaintiff Michael L. Osterberg. A true and correct copy of the Schwartz Foundation 1983 Board Resolution is attached hereto as Exhibit 2.

No other changes were made to the Board of Directors of the Schwartz Foundation have been made prior to this dispute arising, e.g., after the death of the family patriarch, Robert A. D. Schwartz. In 2017, Board Member Robert A. D. Schwartz died and was replaced in July 2023 with plaintiff the Honorable Willie L. Brown, Jr.. Further, because the 1983 Board Resolution (Exhibit 2) created four Board seats on the Schwartz Foundation, also in July 2023 the fourth Board seat was filled with Robert A. D. Schwartz's grandson, plaintiff Charles P. Schwartz, III.

Since then, plaintiffs Paul D. Schwartz and David R. Schwartz have been duly authorized as Board Members of the Schwartz Foundation.

9.      At all times relevant, plaintiff Donald Charles Schwartz is and remains a resident of the State of California. As the Chief Executive Officer, Schwartz Foundation, plaintiff Donald Charles Schwartz is and remains a resident of the State of California and seeks damages for the reasonable and fair lost salary for the management of the Schwartz Foundation.

10.     At all times relevant, plaintiff Michael L. Osterberg is and remains a resident of Alameda County, State of California. As the Chief Financial Officer/Treasurer, Schwartz Foundation, plaintiff Michael L. Osterberg seeks damages for the reasonable and fair lost salary for his management role within the Schwartz Foundation.

11.     At all times relevant, plaintiff Honorable Willie L. Brown, Jr. is and remains a

resident of the City and County of San Francisco, State of California. Plaintiff Brown does not seek damages and joins in this Complaint in support thereof solely as the Chairman of the Board, Schwartz Foundation.

12.     At all times relevant, plaintiff Charles P. Schwartz is and remains a resident of the City and County of San Francisco, State of California. As the corporate Secretary and Assistant Chairman of the Board, Schwartz Foundation, plaintiff Charles P. Schwartz, III does not seek damages for his reasonable and fair lost salary for the management of the Schwartz Foundation and joins in this Complaint in support thereof solely as an Assistant Chairman of the Board, Schwartz Foundation.

13.     At all times relevant, plaintiff Paul D. Schwartz is and remains a resident of the County of Alameda, State of California. As a retired professional, plaintiff Paul D. Schwartz does not seek damages for his reasonable and fair lost salary for the management of the Schwartz Foundation and joins in this Complaint in support thereof solely as a Member of the Board, Schwartz Foundation.

14.     At all times relevant, plaintiff David R. Schwartz is and remains a resident of the State of California. As a Member of the Board, plaintiff David R. Schwartz does not seek damages for his reasonable and fair lost salary for the management of the Schwartz Foundation and joins in this Complaint in support thereof solely as a Member of the Board, Schwartz Foundation.

15.     At all times relevant herein, defendant Margot Wood Schwartz is and remains a resident of the State of Wisconsin, domiciled therein.

16.     The true names and capacities, whether individual, corporate, associate or otherwise of defendants Does 1 through 50, inclusive, are unknown to plaintiffs at this time, who therefore sue said defendants by such fictitious names and when the true names and capacities of such defendants have been ascertained, plaintiffs will amend this Complaint accordingly. Plaintiffs are informed and believe, and thereupon allege, that each defendant designated herein as a Doe is responsible, negligently, intentionally or in some manner, including within the ambit of the operation of a conspiracy, a fraudulent and criminal scheme and for the acts, facts, events, representations and happenings hereinafter referred to, and caused injuries and damages

proximately thereby to plaintiffs, as herein alleged, either through said defendants' own intentional, negligent, fraudulent or other complicit conduct or through the conduct of their agents, servants or employees, or in some other manner, including ratification.

17.   Plaintiffs are informed and believe, and thereupon allege, that at all times stated herein defendants, and each of them, were the agents, servants, employees, alter egos, joint venturers and/or conspirators of and with their co-defendants and were as such acting within the scope, course and authority of such agency, employment, joint venture and/or conspiracy, and that each and every defendant, as aforesaid, when acting as a principal, was negligent in the selection and hiring of each and every other defendant as agent, servant, employee and/or joint venturer, including within the ambit of the operation of a conspiracy.

## GENERAL BACKGROUND

18.   The Schwartz Foundation finds its' roots in the Charles P. and Lavinia Schwartz Citizenship Education Project at the University of Chicago founded in the 1960's to study and assist various immigration and ethnic groups, including indigenous peoples, gaining entry into American society as productive citizens. As an 1893 émigré to the United States from Vilnius, Lithuania, Charles P. Schwartz graduated from the University of Chicago and its law school in 1906-1907. Charles and his wife Lavinia lived a vibrant life in the Hyde Park area of Chicago where Charles served as personal attorney for Jane Addams (and her partner Julia Lathrop) as well as serving as Legal Counsel for the Hull House. Together Jane Addams and Charles Schwartz fought to get children out of the mills, and into schools (Kindergartens) while helping establish the first juvenile court in Chicago, likely the first juvenile court outside of New York. Addams worked with the Women's Peace Conference at the Hague. When Jane Addams won the Nobel Peace Prize in 1931 she came back to Chicago and gave the Medal to Charles P. Schwartz stating: "You have it, you are the one who earned it." Specializing in the law of civil liberties and equality rights, they formed a Constitutional study group at Clarence Darrow's apartment with Roger Baldwin. That Constitutional study group became the American Civil Liberties Union ("ACLU").  As such, the family paternal grandfather is a co-founder of the ACLU.

19.     Charles P. Schwartz's youngest son, Charles P. Schwartz, Jr., graduated first in his class at Harvard Law School and went on to a successful career as President/Chairman of the Board for the Champion Parts Rebuilders. The eldest son, Robert A. D. Schwartz ("Bob") graduated from the University of Chicago Lab School at 16 years old, then the Massachusetts Institute of Technology at 19 years old with a Bachelor of Science degree in Electrical Engineering. Having worked on the Manhattan Project at Oak Ridge, Tennessee, he was shocked at the Jim Crow American South and vowed to spend his life correcting this American outrage.

20.     Bob Schwartz went on to become the Chair, Democratic Party, Northern California where he worked with the Honorable Willie L. Brown, Jr. and Congressman Ronald V. Dellums to provide jobs training, with good paying jobs and careers equally throughout Northern California's Bay Area.

21.     In 1975, Bob's then youngest son, plaintiff Donald Charles Schwartz went to Washington, D.C. as a Congressional Intern for Congressman Ronald V. Dellums where together with the Congressional Black Caucus furthered the tireless work of a then seeming impossible task of ending apartheid in South Africa. In the California state Assembly, plaintiff Willie L. Brown, Jr. began this same work towards that same achievement. Together, they passed the Comprehensive Anti-Apartheid Act of 1986, which did end apartheid in South Africa, freed Nelson Mandela from the Robbin Island Prison (and dismantled a nuclear arsenal).

22.     In 1979, Bob Schwartz and plaintiff Donald Charles Schwartz founded the "Schwartz Foundation" with Bob's then law partner Thom Picarello. In 1983, Bob Schwartz and plaintiff Donald Charles Schwartz replaced Thom Picarello with plaintiff Michael L. Osterberg, Bob's nephew from his second wife (plaintiff, Donald Charles Schwartz's cousin). Plaintiffs Donald Charles Schwartz and Michael L. Osterberg worked closely with Bob Schwartz in his business and real estate affairs as well as his philanthropic activities over the decades.

23.     Plaintiff Donald Charles Schwartz went on to earn a Masters in Business Administration (M.B.A.) in Finance and Investments (George Washington University) as well as a Juris Doctorate (J.D.) Georgetown University Law Center. While serving as a Senior Financial Analyst on Staff of the Assistant Attorney General in Charge of the Antitrust Division, United

States Department of Justice, Washington, D.C., plaintiff Donald Charles Schwartz continued to work with Congressman Dellums and the Congressional Black Caucus on ending apartheid in South Africa.

24.     Finally, in 1986 Speaker of the State Assembly, plaintiff Willie L. Brown, Jr. achieved a crowning lifetime achievement, and leading the charge by the passage of legislation divesting the State of California from South Africa. Three months later, The United States Congress passed the Comprehensive Anti-Apartheid Act of 1986 by a two-thirds Senate override of a then-President Roanld Reagan Veto. Nelson Mandela would then be released from the Robbin Island Prison and the apartheid system of South Africa would collapse.  The Honorable Ronald VB Dellums 32-year District Manager Don Hopkins, would later testify that "Don Schwartz was critical to the passage of the Anti-Apartheid Act of 1986." More important was the work of plaintiff Willie L. Brown, Jr. in leading the way. During a World Peace Day at the Oakland Coliseum, Nelson Mandela came across the stage and hugged both Ron Dellums and plaintiff Willie L. Brown in appreciation for what they had done half-way around the world.

25.     Meanwhile, plaintiff Donald Charles Schwartz would leave the United States Department of Justice to return to California to work with his father, Bob Schwartz, as his attorney and personal advisor, which relationship endured for more than 40 years – while continuing to serve as a founding Board Member of plaintiff Schwartz Foundation with Bob Schwartz and new duly elected Board Member plaintiff Michael L. Osterberg.

26.     While Bob Schwartz served in the Democratic party in California, the National Democratic Party was burglarized at the Watergate Complex in Washington, D.C. Bob Schwartz became infuriated and proclaimed that while these national politicians "went to the best law schools, they had no moral compass . . . what good is an education?" Following in the footsteps of his father in seeking to teach ethics and morals to our nation's youth, together with plaintiffs Donald Charles Schwartz and Michael L. Osterberg, began promoting the concept of "peer teaching and tutoring" in the public schools. Along with plaintiff Donald Charles Schwartz, the Oakland Public Schools were approached. Finding a willing ear in Superintendent of Public Schools Marcus Foster, the Schwartz Foundation went on to promote Peer Teaching in the Oakland Public Schools.

27.     Meanwhile, a certain Debbra Wood began work as a maid for Bob Schwartz' infirm mother and began her (Wood's) elder abuse tactics by maneuvering herself into the Schwartz family and gaining an introduction to Bob Schwartz. At the time, Bob Schwartz was still considering his relationship with his second wife, but Ms. Wood forced her way into Bob's life. The relationship of Bob Schwartz and Debbra Wood was marred by a series of fights and break-ups whereby Ms. Wood instituted a campaign of threats and intimidation against Bob Schwartz. At one point she beat him up, sending him to the hospital with a swollen face and black eye. Another time Ms. Wood stole Bob Schwartz' coin collection (later valued at $500,000) returning it only after intervention of the Oakland Police Department. Miss Wood then became pregnant with defendant Margot Wood Schwartz and forced Bob Schwartz to marry.  At 20-years his junior, the new Mrs. Wood Schwartz continued her intimidation and elder abuse against Bob Schwartz thereby forcing him to transfer assets to her control or put him into an embarrassing third divorce as a 70, 80 and later, 90-year-old man.

## GENERAL ALLEGATIONS

28.     Throughout his new wife's campaign to gain control of Bob's significant assets, he (Bob) kept his Robert A.D. Schwartz Trust document secretive and carefully kept it in his office located at his KeySource International keyboard assembly plant in Oakland, e.g., where the new Mrs. Schwartz had no access to it. Trying to keep peace with the new Mrs. Schwartz while dealing with her avaricious greed, Bob (and plaintiff Donald Charles Schwartz and Michael Osterberg agreed) that Debbra and her daughter (defendant) Margot Wood Schwartz would serve as officers of the Schwartz Foundation. **At no time were Debbra Wood Schwartz or her daughter defendant Margot Wood Schwartz ever voted on to the Board of Directors of the Schwartz Foundation – not ever!**

29.     At all times from the inception of the Schwartz Foundation to the present time, plaintiff Donald Charles Schwartz has served as a founding Member of the Board of the Schwartz Foundation. Similarly, at all times, from being voted onto the Board of Directors of the Schwartz Foundation in 1983 to the present time, plaintiff Michael L. Osterberg has been a duly authorized Member of the Board of Directors of the Schwartz Foundation.

30.     An athlete his entire life and lifelong swimmer into his 90s, Bob Schwartz was swimming one mile/day. (He often swam with plaintiff Michael L. Osterberg). At one point Bob considered training for an age group world record. After Bob Schwartz suffered a stroke in 2017, it was clear that Bob was very much alive, had mental capacity and was responding to conversations. While anxiously awaiting to gain control of Bob's considerable assets, Debbra Wood Schwartz outrageously lied to plaintiff Donald Charles Schwartz that his father was on a life sustaining feeding tube – he was not. Instead of allowing this honorable, athletic man the opportunity to fight back and gain control of his life, Debbra Wood Schwartz forced him to wither and die. Defendant Margot Wood Schwartz' mother, Debbra Wood Schwartz, then put into motion a secretive campaign to fraudulently manipulate Bob Schwartz's estate.

31.     First, she snuck into Bob's office at KeySource International and walked off with several boxes of his papers, including his trust instrument and a holographic 'letter from the grave.' The original trust document has never surfaced and its whereabouts is unknown. The 'letter from the grave' has also never been produced.

32.     A friend of  Bob Schwartz was a local Oakland attorney David Ira Kelvin. A 40-year journeyman of the Alameda County Criminal Court system, Mr. Kelvin could be seen slovenly walking around with his loosened tie draping over his shoulder. Mr. Kelvin had become jaded and hated being an attorney. At one point he let his State Bar license lapse – only to be sucked back into criminal defense work by a client who paid his Bar dues - so that Kelvin could represent him. By one example, Kelvin was paid a $1,500 retainer and then spend three-months sitting in a summer long murder trial. Of course, with no budget, no inspiration and no way off the case, his clients were often convicted. After the passing of Bob Schwartz, Kelvin saw a friendship with Debbra Wood Schwartz as a way out of the daily grind of the pits of the Alameda County criminal courts.

33.     The Robert A. D. Schwartz Trust intended that plaintiff Schwartz Foundation as to sole beneficiary of the Trust. However, David Kelvin then brought in a career white collar criminal (e.g., professional forger), Derek Sean Wheat, to consult with Debbra Wood Schwartz so that the three of them could concoct their plan to criminally forge Bob Schwartz' signature, appointment of trustee and/or authorization for formation of a Q-Tip Trust so as to and gain control for Debra Wood

Schwartz the $80 million of assets for herself. Derek Sean Wheat's criminal background as a fraudster is one of felony threats of violence and forgery which includes the following matters:

     i)    <u>People v. Derek Sean Wheat</u>, Alameda County Superior Court, Case No. 562614, charged with felony criminal threats in violation of Penal Code section 422;

     ii)    <u>People v. Derek Sean Wheat</u>, Alameda County Superior Court, Case No. 160387, charged with multiple counts of felony and misdemeanor corporal injury to partner/spouse, in violation of Penal Code sections 273.5(a), 245(a)(1), 136.1(A)(2);

     iii)    <u>People v. Derek Sean Wheat</u>, Alameda County Superior Court, Case No. 545718, charged with multiple counts of felony and misdemeanor cruelty to child, in violation of Penal Code sections 273.5(a), 273.5(b), 273.6(a), 245(a)(1), 136.1(a)(2);

     iv)    <u>People v. Derek Sean Wheat</u>, Alameda County Superior Court, Case No. 532710, charged with multiple counts of felony forgery, identity theft, grand theft of real property, offering false or forged instrument, in violation of Penal Code sections 470(a); 530.5(a); 470.(a), 530.5(a), 487(a), 115(a);

     v)    <u>People v. Derek Sean Wheat</u>, Alameda County Superior Court, Case No. 158284, charged with multiple counts of felony forgery, identity theft, grand theft of real property, offering false or forged instrument, in violation of Penal Code sections 470(a); 530.5(a); 470.(a), 530.5(a), 487(a), 115(a);

     vi)    <u>People v. Derek Sean Wheat</u>, Alameda County Superior Court, Case No. 156879, charged with multiple counts of misdemeanor threatening telephone call, in violation of Penal Code section 653(A);

     v)    <u>People v. Derek Sean Wheat</u>, Alameda County Superior Court, Case No. 395680, charged with driving under the influence on suspended or revoked drivers license.

     vi)    <u>People v. Derek Sean Wheat</u>, Contra Costa County Superior Court, Case No. 01001520667, charged with multiple felony counts of attempting to file false or forged instrument, forgery making/altering passport documents, forged handwriting, grand theft in violation of Penal Code sections 115(a), 470(b), 781, 487(a), 12022.6(a)(1), 801.5/803c, etc.;

vii)   <u>People v. Derek Sean Wheat</u>, Contra Costa County Superior Court, Case No. 02003006509, charged with multiple felony counts of criminal threats and exhibiting an imitation firearm in violation of Penal Code sections 422, 417.4;

viii)   <u>People v. Derek Sean Wheat</u>, Contra Costa County Superior Court, Case No. 05001213461, charged with multiple felony counts of attempting to file false or forged instrument, forgery signing another's name, offense committed in multiple counties, making/altering passport documents, forged handwriting, grand theft in violation of Penal Code sections 115(a), 470(b), 781, 487(a), 12022.6(a)(1), 801.5/803c, etc.; and

ix)   Dozens of Fraud Civil Actions

Included in the plan with David Kelvin and Derek Wheat was for Debra Wood Schwartz to gain illegal control of the Schwartz Foundation. Then, the plan was to bring a motion in the Alameda County Probate Court to redirect all of the assets of the Robert A. D. Schwartz Trust to an illegally created the "Debbra Wood Schwartz Q-Tip Trust" under the auspices of the initial Bob Schwartz trust. As such, the Robert A. D. Schwartz Trust was illegally forged and modified for this purpose.

34.   During the furtherance of this criminal scheme, Debbra Wood Schwartz and her co-conspirator, attorney David Ira Kelvin, began living together as stated, they confided in their plan and sought counsel from career criminal Derek Sean Wheat. Their criminal plan went awry in July 2020, while in Chicago, Illinois, Debbra Wood Schwartz had a stroke in her stomach and lost her digestive system (presumably from the stress of the scheme she was living under). While she was suffering a slow death she was seen barking out instructions to defendant Margot Wood Schwartz as to what to do to carry out the scheme. Debbra Wood Schwartz died on July 31, 2020. Three days later, presumably while her mother's body remained in the home, defendant Margot Wood Schwartz continued to carry forward with the criminal hostile corporate takeover of the Schwartz Foundation originally set in force by her mother, David Keln and Derek Wheat. On August 3, 2020 defendant Margot Schwartz created a set of fraudulent and false "Board Minutes" allegedly throwing plaintiffs Donald Charles Schwartz and Michael L. Ostberg off the Board of the non-profit Schwartz Foundation and placing herself in control on the Board of Directors.

35.     Despite having never been elected to the Board of Directors of the Schwartz Foundation and otherwise having no legal authority to call a Board Meeting of the Schwartz Foundation – and without giving notice to plaintiff Donald Charles Schwartz and Michael L. Osterberg – defendant Margot Wood Schwartz unlawfully began filing multiple documents with the State of California Secretary of State's Office, Department of Justice, Franchise Tax Board and Internal Revenue Service claiming to have control of the Schwartz Foundation. Of course, she did not. In truth, her actions were criminal and remain so.

36.     Seeing the writing on the wall that there was no future with continued loyalty to David Ira Kelvin, the career criminal Derek Sean Wheat started revealing the truth behind the criminal fraud scheme which he had helped orchestrate.

37.     Seeing that his pathway out of the dredges of the Alameda County criminal courts had died with Debbra Wood Schwartz and that his career criminal client/paralegal was flipping, David Ira Kelvin committed suicide and was found dead in a seedy Oakland Hotel.

38.     In October 2020, defendant Margot Wood Schwartz then stole all of the corporate records of the plaintiff Schwartz Foundation and has not returned them.

39.     Then, the career criminal, Derek Sean Wheat, while in New York suddenly died.

40.     A subsequent investigation, which included a professional 'questioned document' analysis has confirmed the forgery of the Robert A. D. Schwartz Trust and the fabrication of the Debbra Wood Schwartz Q-Tip Trust.

Hence this suit.

## FIRST CAUSE OF ACTION
### (Civil Racketeering (RICO) Scheme)

41.     Plaintiffs by this reference incorporate each and every other paragraph set forth in this Complaint as if fully set forth herein.

42.     As set forth above, defendant Margot Wood Schwartz is operating in a criminal conspiracy to illegally attempt a hostile corporate takeover of the Board of Directors of the Schwartz Foundation and the assets and proceeds thereof.

43.     Acting pursuant to the racketeering enterprise, association, conspiracy, and joint efforts, defendant Margot Wood Schwartz has seized control of the banking accounts and records

of the Schwartz Foundation, illegally converting some one-half million dollars from the Schwartz Foundation.

44.     Defendant Margot Wood Schwartz knowingly and intentionally joined together with co-conspirators to steal from the Schwartz Foundation, to submit multiple false official documents to various public agencies in violation of the California Penal Code section 115.

45.     Defendant Margot Wood Schwartz acting in complicity with the decedents, and otherwise joining together for the purposes of operating a civil racketeering enterprise did those things as set forth above and as follows:

i)     On or about October 6, 2021, defendant Margot Schwartz, without authorization from the Board of Directors of plaintiff Schwartz Foundation entered the offices of the Schwartz Foundation and stole all of the corporate records of plaintiff Schwartz Foundation. Defendant Margot Schwartz has refused to return the records to the rightful custodian.

ii)     On or about October 6, 2021, defendant Margot Schwartz caused to be filed an unauthorized  'Statement of Information' with the Secretary of State, State of California illegally naming herself as the 'Chief Executive Officer' of the Schwartz Foundation in violation of Penal Code section 115. Defendant Margot Schwartz also illegally caused her brother Noah Schwartz to be named as 'Secretary' of the Schwartz Foundation. In truth, neither Margot Schwartz nor Noah Schwartz have ever been so appointed by any duly authorized Board of Directors of the Schwartz Foundation. A true and correct copy of the illegal 'Statement of Information' is attached hereto as Exhibit 3.

iii)     On or about July 15, 2021, defendant Margot Schwartz filed an unauthorized 'Annual Registration Renewal Fee Report to Attorney General of California' in violation of Penal Code, section 115 where said defendant falsely names herself as the "President" of plaintiff Schwartz Foundation. A true and correct copy of the illegal 'Statement of Information' is attached hereto as Exhibit 4.

iv)     On or about October 4, 2022, defendant Margot Schwartz filed an unauthorized 'Annual Registration Renewal Fee Report to Attorney General of California' in violation of Penal Code, section 115 where said defendant falsely names herself as the "President"

of plaintiff Schwartz Foundation. A true and correct copy of the illegal 'Statement of Information' is attached hereto as Exhibit 5.

v)     On or about October 4, 2022, defendant Margot Schwartz filed an unauthorized 'Annual Registration Renewal Fee Report to Attorney General of California' in violation of Penal Code, section 115 where said defendant falsely names herself as the "President" of plaintiff Schwartz Foundation. A true and correct copy of the illegal 'Statement of Information' is attached hereto as Exhibit 6.

vi)     For tax years 2020, 2021 and 2023, defendant Margot Schwartz caused to be filed unauthorized tax returns with the United States Internal Revenue Service, of the United States and Franchise Tax Board, State of California in multiple violations of Penal Code, section 115.

46.     In carrying out the scheme to defraud, defendant Margot Wood Schwartz engaged, inter alia in conduct in violation of federal laws, to wit:

47.     Unlawful dealings in violation of 18 U.S.C. 1349, 18 U.S.C. Sections 1961, 1962 and their sub-parts.

48.     Mail fraud in violation of 18 U.S.C. Section 1341.

49.     Wire fraud in violation of 18 U.S.C. Section 1343.

50.     Instead of acting fairly, honestly, reasonably, and as required by statute and administrative regulations, each said defendant, pursuant to a promise of and expectation of economic gain and benefits, used false, fraudulent, dishonest, and corrupt pretenses and representations, calculated to deceive persons of reasonable prudence and care, made material misrepresentations of relevant facts, did those acts, facts and events as set forth above.

51.     The above acts were carried out unlawfully, intentionally, willfully, and with the intent to pervert and corrupt and obstruct justice, defraud plaintiffs, all while having knowledge or having reason to know that such actions would cause damage and injury to plaintiffs.

52.     Said acts were undertaken and knowingly allowed for the purpose of financial gain and the expectation of financial advantage to the benefit of co-conspirators, and defendants, and each of them.  As a result of said actions, plaintiffs suffered discrete losses of a significant nature,

including loss of fair and reasonable salary as well as control of the Schwartz Foundation – all in the public interest.

53.     During the relevant times, and in furtherance of and for the purpose of carrying out the unlawful scheme, and to assist the co-conspirators in their unlawful endeavors, defendants, and each of them, used, caused to be used, and participated in the use of mail depositories of the United States Postal Service and wrongfully drew, uttered, tendered, and participated in the drawing, uttering and tendering of cash and instruments of credit for the purposes of paying for the illegal funds to themselves or others.

54.     During the relevant times, and in furtherance of and for the purpose of carrying out the unlawful scheme, and to assist the co-conspirators in their unlawful endeavors, defendants, and each of them, used, caused to be used, and participated in the use of wire communications regulated as a part of interstate commerce, by both making and causing to be made telephone calls, emails, telegrams, and fax communications.

55.     The aforesaid complicit conduct of defendant Margot Wood Schwartz, her co-conspirators, and each and every defendant, constitute, inter alia, a  pattern of common law fraud and included and specified in the United States Code.

56.     As a direct and proximate result of the violations of statutes and regulations and as a direct and proximate result of the actions of defendants, and each of them, and violations of RICO, the complainant has been damaged as heretofore pled.

Wherefore, plaintiffs seek judgment as set forth below.

## SECOND CAUSE OF ACTION
### For An Accounting

57.     Plaintiffs by this reference incorporates paragraphs 1 through 50, inclusive, set forth in this Complaint for Equitable Relief and Damages as if fully set forth and re-alleged herein.

58.     Plaintiffs seek an accounting of all funds and assets of the Schwartz Foundation, all banking, checking, escrow and other accounts in any way related to the Schwartz Foundation.

WHEREFORE, plaintiffs pray judgment against defendants, and each of them, as further set forth below.

## THIRD CAUSE OF ACTION
**For Declaratory Relief**

59.    Plaintiffs by this reference incorporates paragraphs 1 through 52, inclusive, set forth in this Complaint for Equitable Relief and Damages as if fully set forth and re-alleged herein.

60.    An actual controversy exists between plaintiffs, on the one hand, and defendant Margot Wood Schwartz, on the other hand.

61.    Plaintiffs seeks an order of this honorable Court declaring the rights and responsibilities of plaintiffs, on the one hand, and defendant Margot Wood Schwartz, on the other hand.

WHEREFORE, complainants pray judgment against defendants, and each of them, as follows:

[1]    For general damages, mental distress, pain, suffering and other emotional distress, in the amount of $100.0 million or as according to proof;

[2]    For special damages, including lost income, profits, assets and the like in the amount of $100.0 million or as according to proof;

[3]    For punitive and exemplary damages in a sufficient amount to deter each and every defendant from acting in such a capricious, malicious, arbitrary, fraudulent and conspiratorial manner ever again and to make a proper example of said defendants, estimated as ten times actual damages;

[4]    That the Court declare defendants violated applicable provisions of law;

[5]    For such temporary, preliminary and/or permanent injunctions sufficient to cause each and every defendant, as well as their partners, agents, employees, assignees, and all persons acting in concert or participating with therewith, to cease and desist the illegal, unfair and/or fraudulent business practices as alleged hereinabove;

[6]    For pre-judgment interest from the time of the illegal scheme and other duties to the time of trial and/or otherwise as according to proof;

[7]    For restitution and disgorgement of any and all financial benefit derived from the operation of a scheme in violation of the civil RICO statutes, et seq.;

[8]     For trebling of damages under the civil RICO statutes;

[9]     For attorneys' fees and all costs, including costs of suit, according to proof;

[10]    For such other and further relief as the court deems just and proper.

Date: November 22, 2023          */s/ Donald Charles Schwartz*

                            _____
                            Donald C. Schwartz
                            Attorney for Plaintiffs

**EXHIBIT 1**

ARTICLES OF INCORPORATION

OF

SCHWARTZ FOUNDATION

967388

**ENDORSED**
**FILED**
In the office of the Secretary of State
of the State of California

**NOV 14 1979**

MARCH FONG EU, Secretary of State

Gloria J. Carroll
Deputy

ONE:    The name of this Corporation is:

Schwartz Foundation

TWO:    The purposes for which this corporation is formed are:

(a)  The specific and primary purposes are to promote, encourage and assist the development of vocational, musical and citizenship education.

(b)  The general purposes and powers are to have and exercise all rights and powers conferred on non-profit corporations under the laws of California, including the power to contract, rent, buy, or sell personal or real property;  provided, however, that this corporation shall not, except to an insubstantial degree, engage in activities or exercise any powers that are not in furtherance of the primary purposes of this corporation.

(c)  No substantial part of the activities of this corporation shall consist of the carrying on of propaganda or otherwise attempting to influence legislation, nor shall the corporation participate in, or intervene in (including publishing or distributing of statements), any political campaign on behalf of any candidate for public office.

THREE:    This corporation is organized pursuant to the General Non-profit Corporation Law of the State of California, and does not contemplate pecuniary gain or profit to the members of the corporation and is organized for non-profit purposes.

FOUR:    The county in this state where the principal office for the transaction of business of the corporation is located is Alameda County.

FIVE:    The names and addresses of the persons who are to act in the capacity of directors until the selection of their successors are:

Robert A. D. Schwartz          81 Kimberlin Hts. Drive
                               Oakland, California  94621

Donald C. Schwartz             513 Independent Road
                               Oakland, California  94621

Thom R. Picarello

4860 Seven Hills Road
Castro Valley, California   94546

SIX:      Any action required or permitted to be taken by the Board of Directors under any provisions of law may be taken without a meeting, if all members of the Board shall individually or collectively consent in writing to such action.  Such written consent or consents shall be filed with the minutes of the proceedings of the Board.  Such action by written consent shall have the same force and effect as the unanimous vote of such Directors.  Any certificate or other document filed under any provision of law which relates to action so taken shall state that the action was taken by the unanimous written consent of the Board of Directors without a meeting and that the Articles of Incorporation authorize the Directors to so act, and such statement shall be prima facie evidence of such authority.

SEVEN:    The manner of which Directors shall be chosen and removed from office, their qualifications, powers, duties, compensation, and tenure of office, the manner of filling vacancies on the Board, and the manner of calling and holding meetings of Directors, shall be stated in the Bylaws.

          The authorized number, if any, the qualifications of members of the corporation, the filling of vacancies, the different classes of membership, if any, the property, voting, and other rights and privileges of members, and their liability for dies and assessments and the method of collection thereof, and the termination of membership or transfer thereof shall be stated in the Bylaws.

EIGHT:    The property of this corporation is irrevocably dedicated to charitable purposes and no part of the net income or assets of the organization shall ever inure to the benefit of any director, officer, or member thereof or to the benefit of any private persons.

          On the dissolution or winding up of the corporation, its assets remaining after payment of or provision for payment of, all debts and liabilities of this corporation, shall be distributed to a non-profit fund, foundation, or corporation which is organized and operated exclusively for charitable purposes and which has established its tax-exempt status under Section 501 (c) (3) of the Internal Revenue Code.

          If this corporation holds any assets on trust, or the corporation is formed for charitable purposes, such assets shall be disposed of in such manner as may be directed by the decree of the superior court of the county in which the corporation has its principal office, on petition therefore by the Attorney General or by any person concerned in the liquidation, in a proceeding to which the Attorney General is a party.

NINE:    Notwithstanding any other provision of these Articles of Incorporation, if this corporation is classified as a private foundation under Section 509 of the Internal Revenue Code, the corporation shall be, while such status is in effect, subject to the following limitations and restrictions:

(a)  The corporation shall distribute its income for each taxable year at such time and in such manner as not to become subject to the tax on indistributed income imposed by Section 4942 of the Internal Revenue Code of 1954.

(b)  The corporation shall not engage in any act of self-dealing as defined in Section 4941(d) of the Internal Revenue Code of 1954.

(c)  The corporation shall not retain any excess business holdings as defined in Section 4943(c) of the Internal Revenue Code of 1954.

(d)  The corporation shall not make any investments in such manner as to subject it to tax under Section 4944 of the Internal Revenue Code of 1954.

(e)  The corporation shall not make any taxable expenditures as defined in Section 4945(d) of the Internal Revenue Code of 1954.

IN WITNESS WHEREOF, the undersigned, being persons named above as the first Directors, have executed these Articles of Incorporation on _____August   14th_____, 1979.


_____
Robert A. D. Schwartz

_____
Donald C. Schwartz

_____
Thom. R. Picarello

OFFICIAL SEAL
MARILYN L. SOARES
NOTARY PUBLIC - CALIFORNIA
COUNTY OF ALAMEDA
My Commission Expires March 1, 1983

State of California
County of Alameda

On _August 14_, 1979, before me, _Marilyn L._
_Soares_, a Notary Public for the State of
California, personally appeared Robert A. D. Schwartz, Donald Schwartz,
and Thom R. Picarello, known to me to be the persons whose names and
subscribed to the foregoing Articles of Incorporation, and acknowledged
that they executed the same.

Notary Public for the State of California.
My Commission expires _3/1_, ~~1979.~~
_1980_

**EXHIBIT 2**

# SCHWARTZ FOUNDATION

CAMRON-STANFORD HOUSE 1418 LAKESIDE DRIVE

OAKLAND, CALIFORNIA 94612

TELEPHONE 415/839-9232

MINUTES OF SPECIAL MEETING
OF
BOARD OF DIRECTORS OF
THE SCHWARTZ FOUNDATION
------------------------------------------

A special meeting of the board of directors of the Schwartz Foundation, was held at 11 A.M. on November 4, 1983, at One Kaiser Plaza, Suite 1450, Oakland, California..

The following directors were present at the meeting:

Robert A.D. Schwartz
Donald C. Schwartz
Thom R. Picarello

The following directors were absent from the meeting:

None

The following individuals were also present at the meeting:

None

The chairman called the meeting to order and announced that the meeting was held pursuant to waiver of notice of meeting which was given to all directors of the corporation. A copy of this waiver was ordered inserted in the minutes book immediately preceeding the minutes of this meeting.

The minutes of the last meeting of directors were then read and approved.

A motion was raised, seconded and passed unanimously to amend the Bylaws of the Schwartz Foundation, "Article 3. Directors", "Section 1. Number" text thereof to read as follows:

"The corporation shall have four directors and collectively they shall be known as the Board of Directors. The number may be changed by amendment of the Bylaw, or by repeal of this Bylaw and adoption of a new Bylaw, as provided in these Bylaws".

The chairman stated that the election of new officers was in order. The board then proceeded to elect new officers of the corporation. The following nominations were made and seconded:

Special Meeting Minutes continued

| Name | Office |
|------|--------|
| Robert A.D. Schwartz | President |
| Donald C. Schwartz | Vice President & Secretary |
| Michael L. Osterberg | Treasurer |

No further nominations were made, and the persons named above were unanimously elected to the offices set forth opposite their respective names.

(A)

The chairman stated that the election of new directors was in order.  The board then proceeded to elect new directors of the corporation.

The following nominations were made, seconded and unanimously approved:

Robert A.D. Schwartz

Donald C. Schwartz
Michael L. Osterberg

Thom R. Picarello has resigned from the board.

(A)

The chairman raised the issue of designation of agent for service of process.  A motion was made, seconded and unanimously passed to designate Donald C. Schwartz at One Kaiser Plaza, Suite 1450, Oakland, California, 94612, agent for service of process.

There being no further business to come before the meeting, the meeting was duly adjourned.

_____
Donald C. Schwartz
Secretary

The foregoing --- pages of minutes of the Special Meeting of the Schwartz Foundation have been read by me and approved.

_____
Robert A.D. Schwartz
President &
Chairman of the Board

_____
Thom R. Picarello
Secretary (resigned)
Member of Board (resigned)

-2-

Special Meeting Minutes continued


Donald C. Schwartz
Vice President and
Secretary
Member of the Board


Michael L. Osterberg
Treasurer
Member of the Board

**EXHIBIT 3**

MAIL TO:
Registry of Charitable Trusts
P.O. Box 903447
Sacramento, CA 94203-4470
(916) 210-6400

WEB SITE ADDRESS:
www.ag.ca.gov/charities/

## ANNUAL REGISTRATION RENEWAL FEE REPORT TO ATTORNEY GENERAL OF CALIFORNIA

Section 12586 and 12587, California Government Code
11 Cal. Code Regs. section 301-307, 311, and 312

Failure to submit this report annually no later than the 15th day of the 5th month after the end of the organization's accounting period may result in the loss of tax exemption and the assessment of a minimum tax of $800, plus interest, and/or fines or filing penalties as defined in Government Code section 12586.1. IRS extensions will be honored.



Attorney General's Office

| | | |
|---|---|---|
| State Charity Registration Number  039637 | Check if: | MAR 18 2020 |
| SCHWARTZ FOUNDATION | [X] Change of address | |
| Name of Organization | [ ] Amended report | Registry of Charitable Trusts |
| 14665 WASHINGTON AVENUE #26 | Corporate or Organization No  0967388 | |
| Address (Number and Street) | | |
| SAN LEANDRO, CA 94578 | Federal Employer I D. No.  94-2670122 | |
| City or Town, State and ZIP Code | | |

### ANNUAL REGISTRATION RENEWAL FEE SCHEDULE (11 Cal. Code Regs. sections 301-307, 311, and 312)
Make Check Payable to Attorney General's Registry of Charitable Trusts

| Gross Annual Revenue | Fee | Gross Annual Revenue | Fee | Gross Annual Revenue | Fee |
|---|---|---|---|---|---|
| Less than $25,000 | 0 | Between $100,001 and $250,000 | $50 | Between $1,000,001 and $10 million | $150 |
| Between $25,000 and $100,000 | $25 | Between $250,001 and $1 million | $75 | Between $10,000,001 and $50 million | $225 |
| | | | | Greater than $50 million | $300 |

## PART A – ACTIVITIES

For your most recent full accounting period (beginning  1/01/19  ending  12/31/19  ) list:

Gross annual revenue  $  7,680.  Total assets  $  362,955.

## PART B – STATEMENTS REGARDING ORGANIZATION DURING THE PERIOD OF THIS REPORT

| Note: | If you answer "yes" to any of the questions below, you must attach a separate page providing an explanation and details for each "yes" response. Please review RRF-1 instructions for information required. | | |
|---|---|---|---|
| | | Yes | No |
| 1 | During this reporting period, were there any contracts, loans, leases or other financial transactions between the organization and any officer, director or trustee thereof either directly or with an entity in which any such officer, director or trustee had any financial interest? | [ ] | [X] |
| 2 | During this reporting period, were there any theft, embezzlement, diversion or misuse of the organization's charitable property or funds? | [ ] | [X] |
| 3 | During this reporting period, did non-program expenditures exceed 50% of gross revenue? | [ ] | [X] |
| 4 | During this reporting period, were any organization funds used to pay any penalty, fine or judgment? If you filed a Form 4720 with the Internal Revenue Service, attach a copy. | [ ] | [X] |
| 5 | During this reporting period, were the services of a commercial fundraiser or fundraising counsel for charitable purposes used? If "yes," provide an attachment listing the name, address, and telephone number of the service provider. | [ ] | [X] |
| 6 | During this reporting period, did the organization receive any governmental funding? If so, provide an attachment listing the name of the agency, mailing address, contact person, and telephone number. | [ ] | [X] |
| 7 | During this reporting period, did the organization hold a raffle for charitable purposes? If "yes," provide an attachment indicating the number of raffles and the date(s) they occurred. | [ ] | [X] |
| 8 | Does the organization conduct a vehicle donation program? If "yes," provide an attachment indicating whether the program is operated by the charity or whether the organization contracts with a commercial fundraiser for charitable purposes. | [ ] | [X] |
| 9 | Did your organization have prepared an audited financial statement in accordance with generally accepted accounting principles for this reporting period? | [ ] | [X] |

Organization's area code and telephone number  510-638-8764

Organization's e-mail address

I declare under penalty of perjury that I have examined this report, including accompanying documents, and to the best of my knowledge and belief, the content is true, correct, and complete.

| Signature of authorized officer | DEBBRA WOOD SCHWARTZ | PRESIDENT/CFO | 3-17-20 |
|---|---|---|---|
| Signature of authorized officer | Printed Name | Title | Date |

CAEA9801L  11/20/18

RRF-1 (0



Form **990-PF**

Department of the Treasury
Internal Revenue Service

## Return of Private Foundation
### or Section 4947(a)(1) Trust Treated as Private Foundation

► Do not enter social security numbers on this form as it may be made public.
► Go to *www.irs.gov/Form990PF* for instructions and the latest information.

OMB No 1545-0047

**2019**

Open to Public Inspection

For calendar year 2019 or tax year beginning _____ , 2019, and ending _____ ,

SCHWARTZ FOUNDATION
14665 WASHINGTON AVENUE #26
SAN LEANDRO, CA 94578

| | |
|---|---|
| **A** Employer identification number | 94-2670122 |
| **B** Telephone number (see instructions) | 510-638-8764 |

**C** If exemption application is pending, check here . ► ☐

**D 1** Foreign organizations, check here . . . ► ☐

**2** Foreign organizations meeting the 85% test, check here and attach computation . . . . . . ► ☐

**G** Check all that apply: ☐ Initial return ☐ Initial return of a former public charity
☐ Final return ☐ Amended return
☒ Address change ☐ Name change

**H** Check type of organization: ☒ Section 501(c)(3) exempt private foundation
☐ Section 4947(a)(1) nonexempt charitable trust ☐ Other taxable private foundation

**I** Fair market value of all assets at end of year (from Part II, column (c), line 16)
► $ 284,373.

**J** Accounting method: ☒ Cash ☐ Accrual
☐ Other (specify) _____
(Part I, column (d), must be on cash basis.)

**E** If private foundation status was terminated under section 507(b)(1)(A), check here . . ► ☐

**F** If the foundation is in a 60-month termination under section 507(b)(1)(B), check here . . . . ► ☐

### Part I — Analysis of Revenue and Expenses (The total of amounts in columns (b), (c), and (d) may not necessarily equal the amounts in column (a) (see instructions).)

| | | (a) Revenue and expenses per books | (b) Net investment income | (c) Adjusted net income | (d) Disbursements for charitable purposes (cash basis only) |
|---|---|---|---|---|---|
| **1** | Contributions, gifts, grants, etc., received (attach schedule) . . . | 1,400. | | | |
| **2** | Check ► ☒ if the foundation is not required to attach Sch B | | | | |
| **3** | Interest on savings and temporary cash investments | 220. | 220. | 220. | |
| **4** | Dividends and interest from securities . . . . . . . | 6,060. | 6,060. | 6,060. | |
| **5a** | Gross rents . . . . . . . . . | | | | |
| **b** | Net rental income or (loss) | | | | |
| **6a** | Net gain or (loss) from sale of assets not on line 10 | | | | |
| **b** | Gross sales price for all assets on line 6a . . . | | | | |
| **7** | Capital gain net income (from Part IV, line 2) | | | | |
| **8** | Net short-term capital gain . . . | | | | |
| **9** | Income modifications . . . . | | | | |
| **10a** | Gross sales less returns and allowances . . . | | | | |
| **b** | Less Cost of goods sold | | | | |
| **c** | Gross profit or (loss) (attach schedule) . . | | | | |
| **11** | Other income (attach schedule) . . | | | | |
| **12** | **Total.** Add lines 1 through 11 . . . . . | 7,680. | 6,280. | 6,280. | |
| **13** | Compensation of officers, directors, trustees, etc | 0. | | | |
| **14** | Other employee salaries and wages. . . . . | 33,000. | | | 33,000. |
| **15** | Pension plans, employee benefits . . . . . . | | | | |
| **16a** | Legal fees (attach schedule) . . | | | | |
| **b** | Accounting fees (attach sch) SEE ST 1 | 875. | | | 875. |
| **c** | Other professional fees (attach sch) . . . | | | | |
| **17** | Interest . . . . . . . . | | | | |
| **18** | Taxes (attach schedule)(see instrs) SEE STM 2 | 1,905. | | | 1,905. |
| **19** | Depreciation (attach schedule) and depletion . . | | | | |
| **20** | Occupancy . . . | | | | |
| **21** | Travel, conferences, and meetings. | | | | |
| **22** | Printing and publications . . . . | | | | |
| **23** | Other expenses (attach schedule) SEE STATEMENT 3 | 32,076. | | | 32,076. |
| **24** | **Total operating and administrative expenses.** Add lines 13 through 23 . . | 67,856. | | | 67,856. |
| **25** | Contributions, gifts, grants paid. | | | | |
| **26** | **Total expenses and disbursements.** Add lines 24 and 25 . . . | 67,856. | 0. | 0. | 67,856. |
| **27** | Subtract line 26 from line 12: | | | | |
| **a** | Excess of revenue over expenses and disbursements . . . | -60,176. | | | |
| **b** | Net investment income (if negative, enter -0-) . | | 6,280. | | |
| **c** | Adjusted net income (if negative, enter -0-). | | | 6,280. | |

RECEIVED
Attorney General's Office

MAR 18 2020

Registry of Charitable Trusts

**BAA For Paperwork Reduction Act Notice, see instructions.**     TEEA0301L  08/22/19     Form **990-PF** (2019)

Form 990-PF (2019) SCHWARTZ FOUNDATION                94-2670122       Page **2**

## Part II — Balance Sheets

Attached schedules and amounts in the description column should be for end-of-year amounts only (See instructions.)

| | | Beginning of year **(a)** Book Value | End of year **(b)** Book Value | End of year **(c)** Fair Market Value |
|---|---|---|---|---|
| **Assets** | | | | |
| 1 | Cash — non-interest-bearing | | | |
| 2 | Savings and temporary cash investments | 215,287. | 155,110. | |
| 3 | Accounts receivable ▶ | | | |
| | Less: allowance for doubtful accounts ▶ | | | |
| 4 | Pledges receivable ▶ | | | |
| | Less: allowance for doubtful accounts ▶ | | | |
| 5 | Grants receivable | | | |
| 6 | Receivables due from officers, directors, trustees, and other disqualified persons (attach schedule) (see instructions) | | | |
| 7 | Other notes and loans receivable (attach sch) ▶ | | | |
| | Less: allowance for doubtful accounts ▶ | | | |
| 8 | Inventories for sale or use | | | |
| 9 | Prepaid expenses and deferred charges | | | |
| 10a | Investments — U.S. and state government obligations (attach schedule) | | | |
| b | Investments — corporate stock (attach schedule) | 89,389. | 207,845. | 284,373. |
| c | Investments — corporate bonds (attach schedule) | | | |
| 11 | Investments — land, buildings, and equipment: basis ▶ | | | |
| | Less: accumulated depreciation (attach schedule) ▶ | | | |
| 12 | Investments — mortgage loans | | | |
| 13 | Investments — other (attach schedule) | 118,454. | | |
| 14 | Land, buildings, and equipment: basis ▶ | | | |
| | Less: accumulated depreciation (attach schedule) ▶ | | | |
| 15 | Other assets (describe ▶ _____ ) | 1. | | |
| 16 | **Total assets** (to be completed by all filers — see the instructions. Also, see page 1, item I) | 423,131. | 362,955. | 284,373. |
| **Liabilities** | | | | |
| 17 | Accounts payable and accrued expenses | | | |
| 18 | Grants payable | | | |
| 19 | Deferred revenue | | | |
| 20 | Loans from officers, directors, trustees, & other disqualified persons | | | |
| 21 | Mortgages and other notes payable (attach schedule) | | | |
| 22 | Other liabilities (describe ▶ _____ ) | | | |
| 23 | **Total liabilities** (add lines 17 through 22) | 0. | 0. | |
| **Net Assets or Fund Balances** | | | | |
| | Foundations that follow FASB ASC 958, check here ▶ [X] and complete lines 24, 25, 29, and 30. | | | |
| 24 | Net assets without donor restrictions | 423,131. | 362,955. | |
| 25 | Net assets with donor restrictions | | | |
| | Foundations that do not follow FASB ASC 958, check here ▶ [ ] and complete lines 26 through 30. | | | |
| 26 | Capital stock, trust principal, or current funds | | | |
| 27 | Paid-in or capital surplus, or land, bldg., and equipment fund | | | |
| 28 | Retained earnings, accumulated income, endowment, or other funds | | | |
| 29 | **Total net assets or fund balances** (see instructions) | 423,131. | 362,955. | |
| 30 | **Total liabilities and net assets/fund balances** (see instructions) | 423,131. | 362,955. | |

## Part III — Analysis of Changes in Net Assets or Fund Balances

| | | | |
|---|---|---|---|
| 1 | Total net assets or fund balances at beginning of year — Part II, column (a), line 29 (must agree with end-of-year figure reported on prior year's return) | **1** | 423,131. |
| 2 | Enter amount from Part I, line 27a | **2** | -60,176. |
| 3 | Other increases not included in line 2 (itemize) ▶ | **3** | |
| 4 | Add lines 1, 2, and 3 | **4** | 362,955. |
| 5 | Decreases not included in line 2 (itemize) ▶ | **5** | |
| 6 | Total net assets or fund balances at end of year (line 4 minus line 5) — Part II, column (b), line 29 | **6** | 362,955. |

**BAA**                  TEEA0302L  08/22/19                  Form **990-PF** (2019)

Form 990-PF (2019) SCHWARTZ FOUNDATION                                        94-2670122                    Page **3**

## Part IV | Capital Gains and Losses for Tax on Investment Income

| **(a)** List and describe the kind(s) of property sold (for example, real estate, 2-story brick warehouse; or common stock, 200 shs. MLC Co.) | **(b)** How acquired P — Purchase D — Donation | **(c)** Date acquired (mo., day, yr.) | **(d)** Date sold (mo., day, yr.) |
|---|---|---|---|
| 1a N/A | | | |
| b | | | |
| c | | | |
| d | | | |
| e | | | |

| **(e)** Gross sales price | **(f)** Depreciation allowed (or allowable) | **(g)** Cost or other basis plus expense of sale | **(h)** Gain or (loss) ((e) plus (f) minus (g)) |
|---|---|---|---|
| a | | | |
| b | | | |
| c | | | |
| d | | | |
| e | | | |

Complete only for assets showing gain in column (h) and owned by the foundation on 12/31/69.

| **(i)** FMV as of 12/31/69 | **(j)** Adjusted basis as of 12/31/69 | **(k)** Excess of col. (i) over col. (j), if any | **(l)** Gains (Col. (h) gain minus col. (k), but not less than -0-) or Losses (from col. (h)) |
|---|---|---|---|
| a | | | |
| b | | | |
| c | | | |
| d | | | |
| e | | | |

2   Capital gain net income or (net capital loss).  ⎰ If gain, also enter in Part I, line 7
                                                     ⎱ If (loss), enter -0- in Part I, line 7          **2**

3   Net short-term capital gain or (loss) as defined in sections 1222(5) and (6):

    If gain, also enter in Part I, line 8, column (c). See instructions. If (loss), enter -0-
    in Part I, line 8   . . . . .   . . . . .   . . . . .          **3**

## Part V | Qualification Under Section 4940(e) for Reduced Tax on Net Investment Income

(For optional use by domestic private foundations subject to the section 4940(a) tax on net investment income.)

If section 4940(d)(2) applies, leave this part blank.

Was the foundation liable for the section 4942 tax on the distributable amount of any year in the base period?    ☐ Yes   ☒ No
If 'Yes,' the foundation doesn't qualify under section 4940(e). Do not complete this part.

1   Enter the appropriate amount in each column for each year; see the instructions before making any entries.

| **(a)** Base period years Calendar year (or tax year beginning in) | **(b)** Adjusted qualifying distributions | **(c)** Net value of noncharitable-use assets | **(d)** Distribution ratio (col. (b) divided by col. (c)) |
|---|---|---|---|
| 2018 | 81,647. | | |
| 2017 | 79,393. | | |
| 2016 | 106,162. | | |
| 2015 | 103,651. | | |
| 2014 | 44,180. | | |

| | | |
|---|---|---|
| 2   **Total** of line 1, column (d)   . . . .   . . .   . . . | **2** | |
| 3   Average distribution ratio for the 5-year base period — divide the total on line 2 by 5.0, or by the number of years the foundation has been in existence if less than 5 years   . .   . | **3** | |
| 4   Enter the net value of noncharitable-use assets for 2019 from Part X, line 5   . | **4** | |
| 5   Multiply line 4 by line 3   . .   . | **5** | |
| 6   Enter 1% of net investment income (1% of Part I, line 27b)   . .   . . . . | **6** | 63. |
| 7   Add lines 5 and 6   . . . .   . . .   . . . . .   . . .   . . . | **7** | 63. |
| 8   Enter qualifying distributions from Part XII, line 4   . . .   . . .   . . . | **8** | 67,856. |

If line 8 is equal to or greater than line 7, check the box in Part VI, line 1b, and complete that part using a 1% tax rate. See the Part VI instructions.

**BAA**                                         TEEA0303L   08/22/19                                    Form 990-PF (2019)

Form 990-PF (2019) SCHWARTZ FOUNDATION                                      94-2670122                    Page **4**

| Part VI | Excise Tax Based on Investment Income (Section 4940(a), 4940(b), 4940(e), or 4948 — see instructions) | | |
|---|---|---|---|

**1 a** Exempt operating foundations described in section 4940(d)(2), check here ► ☐ and enter 'N/A' on line 1.

Date of ruling or determination letter: _ _ _ _ _ _ _ _ **(attach copy of letter if necessary — see instructions)**

**b** Domestic foundations that meet the section 4940(e) requirements in Part V,
check here. ► ☒ and enter 1% of Part I, line 27b

**c** All other domestic foundations enter 2% of line 27b. Exempt foreign organizations enter 4% of Part I, line 12, col. (b). .

| | | |
|---|---|---|
| **1** | | 63. |

**2** Tax under section 511 (domestic section 4947(a)(1) trusts and taxable
foundations only, others, enter -0-)   . . .   . . . . | **2** | 0. |

**3** Add lines 1 and 2. | **3** | 63. |

**4** Subtitle A (income) tax (domestic section 4947(a)(1) trusts and taxable foundations only; others, enter -0-) | **4** | 0. |

**5** **Tax based on investment income.** Subtract line 4 from line 3. If zero or less, enter -0-   . .   . | **5** | 63. |

**6** Credits/Payments:

| | | | |
|---|---|---|---|
| **a** 2019 estimated tax pymts and 2018 overpayment credited to 2019    . . . . | **6a** | | |
| **b** Exempt foreign organizations — tax withheld at source. . . | **6b** | | |
| **c** Tax paid with application for extension of time to file (Form 8868)   . . | **6c** | | |
| **d** Backup withholding erroneously withheld | **6d** | | |

**7** Total credits and payments. Add lines 6a through 6d   . . | **7** | 0. |

**8** Enter any **penalty** for underpayment of estimated tax. Check here ☐ if Form 2220 is attached   . | **8** | |

**9** **Tax due.** If the total of lines 5 and 8 is more than line 7, enter **amount owed** . . | ► **9** | 63. |

**10** Overpayment. If line 7 is more than the total of lines 5 and 8, enter the **amount overpaid** . . | ► **10** | |

**11** Enter the amount of line 10 to be: Credited to 2020 estimated tax ► _____ | Refunded ► **11** | |

| Part VII-A | Statements Regarding Activities | | | |
|---|---|---|---|---|

| | | | Yes | No |
|---|---|---|---|---|
| **1 a** During the tax year, did the foundation attempt to influence any national, state, or local legislation or did it participate or intervene in any political campaign?   . .   .   . . .   . . .   . . . | **1 a** | | | X |
| **b** Did it spend more than $100 during the year (either directly or indirectly) for political purposes? See the instructions for the definition   . .   .   .   .   . | **1 b** | | | X |
| If the answer is 'Yes' to **1a** or **1b**, attach a detailed description of the activities and copies of any materials published or distributed by the foundation in connection with the activities. | | | | |
| **c** Did the foundation file **Form 1120-POL** for this year?   . . .   . . . | **1 c** | | | X |
| **d** Enter the amount (if any) of tax on political expenditures (section 4955) imposed during the year: **(1)** On the foundation ► $           0. **(2)** On foundation managers ► $           0. | | | | |
| **e** Enter the reimbursement (if any) paid by the foundation during the year for political expenditure tax imposed on foundation managers  ► $           0. | | | | |
| **2** Has the foundation engaged in any activities that have not previously been reported to the IRS?   .   . | **2** | | | X |
| If 'Yes,' attach a detailed description of the activities. | | | | |
| **3** Has the foundation made any changes, not previously reported to the IRS, in its governing instrument, articles of incorporation, or bylaws, or other similar instruments? If 'Yes,' attach a conformed copy of the changes   . . | **3** | | | X |
| **4 a** Did the foundation have unrelated business gross income of $1,000 or more during the year?   .   . . | **4 a** | | | X |
| **b** If 'Yes,' has it filed a tax return on **Form 990-T** for this year?   . .   . | **4 b** | | N/A | |
| **5** Was there a liquidation, termination, dissolution, or substantial contraction during the year?. .   .   . .   . . . . .   . . . | **5** | | | X |
| If 'Yes,' attach the statement required by *General Instruction T.* | | | | |
| **6** Are the requirements of section 508(e) (relating to sections 4941 through 4945) satisfied either: | | | | |
| • By language in the governing instrument, or | | | | |
| • By state legislation that effectively amends the governing instrument so that no mandatory directions that conflict with the state law remain in the governing instrument?   . . .   . . . | **6** | | X | |
| **7** Did the foundation have at least $5,000 in assets at any time during the year? If 'Yes,' complete Part II, col (c), and Part XV.   . . . | **7** | | X | |
| **8 a** Enter the states to which the foundation reports or with which it is registered. See instructions  ► _____ CA | | | | |
| **b** If the answer is 'Yes' to line 7, has the foundation furnished a copy of Form 990-PF to the Attorney General (or designate) of each state as required by *General Instruction G?* If 'No,' attach explanation   .   .   . . . | **8 b** | | X | |
| **9** Is the foundation claiming status as a private operating foundation within the meaning of section 4942(j)(3) or 4942(j)(5) for calendar year 2019 or the tax year beginning in 2019? See the instructions for Part XIV. If 'Yes,' complete Part XIV | **9** | | X | |
| **10** Did any persons become substantial contributors during the tax year? If 'Yes,' attach a schedule listing their names and addresses.   . .   . .   . .   .   .   .   . .   . | **10** | | | X |

BAA                                                                                          Form **990-PF** (2019)

TEEA0304L  08/22/19

Form 990-PF (2019) SCHWARTZ FOUNDATION                                94-2670122          Page **5**

## Part VII-A | Statements Regarding Activities (continued)

|     |                                                                                                                                                                                                                    |     | Yes | No |
|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|-----|-----|
| 11  | At any time during the year, did the foundation, directly or indirectly, own a controlled entity within the meaning of section 512(b)(13)? If 'Yes,' attach schedule. See instructions                              | 11  |     | X  |
| 12  | Did the foundation make a distribution to a donor advised fund over which the foundation or a disqualified person had advisory privileges? If 'Yes,' attach statement. See instructions.                             | 12  |     | X  |
| 13  | Did the foundation comply with the public inspection requirements for its annual returns and exemption application?                                                                                                 | 13  | X   |    |

Website address          ► RADSCHWARTZFOUNDATION.ORG _____

14  The books are in care of ► SCHWARTZ FOUNDATION _____  Telephone no. ► 510-562-5000 ____
Located at ► 7711 OAKPORT ST.  OAKLAND CA _____  ZIP + 4 ► 94621-2026 _____

15  Section 4947(a)(1) nonexempt charitable trusts filing Form 990-PF in lieu of **Form 1041** – check here . . . . . . . . . . ► ☐   N/A
and enter the amount of tax-exempt interest received or accrued during the year  . . . ► | 15 |          | N/A

|     |                                                                                                                                                                                   |     | Yes | No |
|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|-----|-----|
| 16  | At any time during calendar year 2019, did the foundation have an interest in or a signature or other authority over a bank, securities, or other financial account in a foreign country? | 16  |     | X  |

See the instructions for exceptions and filing requirements for FinCEN Form 114. If 'Yes,'
enter the name of the foreign country      ►

## Part VII-B | Statements Regarding Activities for Which Form 4720 May Be Required

**File Form 4720 if any item is checked in the 'Yes' column, unless an exception applies.**

|     |                                                                                                                                                                                   |     | Yes | No |
|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|-----|-----|
| **1 a** | During the year, did the foundation (either directly or indirectly):                                                                                                         |     |     |    |
| **(1)** | Engage in the sale or exchange, or leasing of property with a disqualified person?  . .  ☐ Yes ☒ No                                                                          |     |     |    |
| **(2)** | Borrow money from, lend money to, or otherwise extend credit to (or accept it from) a disqualified person? . .  ☐ Yes ☒ No                                                   |     |     |    |
| **(3)** | Furnish goods, services, or facilities to (or accept them from) a disqualified person?   . .  ☐ Yes ☒ No                                                                     |     |     |    |
| **(4)** | Pay compensation to, or pay or reimburse the expenses of, a disqualified person? . .   . .  ☐ Yes ☒ No                                                                       |     |     |    |
| **(5)** | Transfer any income or assets to a disqualified person (or make any of either available for the benefit or use of a disqualified person)?   . . . .     ☐ Yes ☒ No           |     |     |    |
| **(6)** | Agree to pay money or property to a government official? (**Exception.** Check 'No' if the foundation agreed to make a grant to or to employ the official for a period after termination of government service, if terminating within 90 days.)    ☐ Yes ☒ No |     |     |    |

**b** If any answer is 'Yes' to 1a(1)–(6), did **any** of the acts fail to qualify under the exceptions described in
Regulations section 53.4941(d)-3 or in a current notice regarding disaster assistance? See instructions  | 1 b | N/A |

Organizations relying on a current notice regarding disaster assistance, check here . . . .  ► ☐

**c** Did the foundation engage in a prior year in any of the acts described in 1a, other than excepted acts,
that were not corrected before the first day of the tax year beginning in 2019?  . .    . .    . .  . . .  | 1 c |     | X |

2  Taxes on failure to distribute income (section 4942) (does not apply for years the foundation was a
private operating foundation defined in section 4942(j)(3) or 4942(j)(5)):

**a** At the end of tax year 2019, did the foundation have any undistributed income (Part XIII, lines 6d and
6e) for tax year(s) beginning before 2019?  . .    . .     . .    . .    . .    . .     ☐ Yes ☒ No

If 'Yes,' list the years ►  20 _ _ , 20 _ _ , 20 _ _ , 20 _ _

**b** Are there any years listed in 2a for which the foundation is **not** applying the provisions of section 4942(a)(2)
(relating to incorrect valuation of assets) to the year's undistributed income? (If applying section 4942(a)(2) to
**all** years listed, answer 'No' and attach statement — see instructions.)  . .    . .    . .  | 2 b | N/A |

**c** If the provisions of section 4942(a)(2) are being applied to **any** of the years listed in 2a, list the years here.
► 20 _ _ , 20 _ _ , 20 _ _ , 20 _ _

**3a** Did the foundation hold more than a 2% direct or indirect interest in any business
enterprise at any time during the year? . .   . . . . . .  . .    . .     . .    ☐ Yes ☒ No

**b** If 'Yes,' did it have excess business holdings in 2019 as a result of **(1)** any purchase by the foundation
or disqualified persons after May 26, 1969, **(2)** the lapse of the 5-year period (or longer period approved
by the Commissioner under section 4943(c)(7)) to dispose of holdings acquired by gift or bequest, or
**(3)** the lapse of the 10-, 15-, or 20-year first phase holding period? (Use Form 4720, Schedule C, to
determine if the foundation had excess business holdings in 2019.) . .    . .    . .    . . | 3 b | N/A |

**4a** Did the foundation invest during the year any amount in a manner that would jeopardize its
charitable purposes?.    . .      .     .     .     .     .     .     .     .     .     . | 4 a |     | X |

**b** Did the foundation make any investment in a prior year (but after December 31, 1969) that could
jeopardize its charitable purpose that had not been removed from jeopardy before the first day of
the tax year beginning in 2019? .    . .    . .    . .    . .    . . | 4 b |     | X |

BAA                                                                                Form **990-PF** (2019)

Form 990-PF (2019)   SCHWARTZ FOUNDATION                                    94-2670122          Page **6**

| **Part VII-B** | **Statements Regarding Activities for Which Form 4720 May Be Required** *(continued)* | | | |
|---|---|---|---|---|

|  |  |  | Yes | No |
|---|---|---|---|---|
| **5a** During the year, did the foundation pay or incur any amount to: | | | | |
| **(1)** Carry on propaganda, or otherwise attempt to influence legislation (section 4945(e))? ☐ Yes ☒ No | | | | |
| **(2)** Influence the outcome of any specific public election (see section 4955), or to carry on, directly or indirectly, any voter registration drive? ☐ Yes ☒ No | | | | |
| **(3)** Provide a grant to an individual for travel, study, or other similar purposes? ☐ Yes ☒ No | | | | |
| **(4)** Provide a grant to an organization other than a charitable, etc., organization described in section 4945(d)(4)(A)? See instructions ☐ Yes ☒ No | | | | |
| **(5)** Provide for any purpose other than religious, charitable, scientific, literary, or educational purposes, or for the prevention of cruelty to children or animals?.. ☐ Yes ☒ No | | | | |

**b** If any answer is 'Yes' to 5a(1)–(5), did **any** of the transactions fail to qualify under the exceptions described in Regulations section 53.4945 or in a current notice regarding disaster assistance? See instructions.        **5b**   N/A

Organizations relying on a current notice regarding disaster assistance, check here        ▶ ☐

**c** If the answer is 'Yes' to question 5a(4), does the foundation claim exemption from the tax because it maintained expenditure responsibility for the grant?        N/A ☐ Yes ☐ No

If 'Yes,' attach the statement required by Regulations section 53.4945-5(d).

**6a** Did the foundation, during the year, receive any funds, directly or indirectly, to pay premiums on a personal benefit contract?        ☐ Yes ☒ No

**b** Did the foundation, during the year, pay premiums, directly or indirectly, on a personal benefit contract?        **6b**   X

If 'Yes' to 6b, file Form 8870.

**7a** At any time during the tax year, was the foundation a party to a prohibited tax shelter transaction? ☐ Yes ☒ No

**b** If 'Yes,' did the foundation receive any proceeds or have any net income attributable to the transaction?        N/A   **7b**

**8** Is the foundation subject to the section 4960 tax on payment(s) of more than $1,000,000 in remuneration or excess parachute payment(s) during the year?        ☐ Yes ☒ No

| **Part VIII** | **Information About Officers, Directors, Trustees, Foundation Managers, Highly Paid Employees, and Contractors** |
|---|---|

**1**   List all officers, directors, trustees, and foundation managers and their compensation. See instructions.

| **(a)** Name and address | **(b)** Title, and average hours per week devoted to position | **(c)** Compensation (If not paid, enter -0-) | **(d)** Contributions to employee benefit plans and deferred compensation | **(e)** Expense account, other allowances |
|---|---|---|---|---|
| DEBBRA WOOD SCHWARTZ 2822 HILLEGASS AVE. BERKELEY, CA 94705 | PRES./CFO 2.00 | 0. | 0. | 0. |
| MARGOT SCHWARTZ 2822 HILLEGASS AVE. BERKELEY, CA 94705 | SECRETARY 2.00 | 0. | 0. | 0. |
|  |  |  |  |  |
|  |  |  |  |  |

**2**   Compensation of five highest-paid employees (other than those included on line 1 — see instructions). If none, enter 'NONE.'

| **(a)** Name and address of each employee paid more than $50,000 | **(b)** Title, and average hours per week devoted to position | **(c)** Compensation | **(d)** Contributions to employee benefit plans and deferred compensation | **(e)** Expense account, other allowances |
|---|---|---|---|---|
| NONE |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Total number of other employees paid over $50,000        ▶        0

Form 990-PF (2019) SCHWARTZ FOUNDATION                                    94-2670122           Page **7**

| Part VIII | Information About Officers, Directors, Trustees, Foundation Managers, Highly Paid Employees, and Contractors *(continued)* |

**3  Five highest-paid independent contractors for professional services. See instructions. If none, enter 'NONE.'**

| (a) Name and address of each person paid more than $50,000 | (b) Type of service | (c) Compensation |
|---|---|---|
| NONE | | |
| | | |
| | | |
| | | |
| | | |
| Total number of others receiving over $50,000 for professional services ▶ | | 0 |

| Part IX-A | Summary of Direct Charitable Activities |

| List the foundation's four largest direct charitable activities during the tax year. Include relevant statistical information such as the number of organizations and other beneficiaries served, conferences convened, research papers produced, etc. | Expenses |
|---|---|
| 1  SCHWARTZ FOUNDATION PROVIDES PEER TUTORING INFORMATION FOR TEACHERS AND INSTITUTIONS THAT WANT TO CREATE OR IMPROVE THE PEER TUTORING PROGRESS IN THEIR SCHOOLS. | |
| 2  A WEBSITE ENTITLED "PEER TUTORING RESOURCE" HAS CREATED AN INTERNET CENTER OF INFORMATION, AS WELL AS BLOG AND TWITTER ACTIVITY RELATED TO PEER TUTORING. | |
| 3  SEE STATEMENT 4 | |
| 4 | |

| Part IX-B | Summary of Program-Related Investments (see instructions) |

| Describe the two largest program-related investments made by the foundation during the tax year on lines 1 and 2 | Amount |
|---|---|
| 1  N/A | |
| 2 | |
| All other program-related investments. See instructions | |
| 3 | |
| **Total.** Add lines 1 through 3. ▶ | 0. |

**BAA**                                                                         Form **990-PF** (2019)

Form 990-PF (2019) SCHWARTZ FOUNDATION | 94-2670122 | Page **8**

### Part X | Minimum Investment Return (All domestic foundations must complete this part. Foreign foundations, see instructions.)

| | | | |
|---|---|---|---:|
| 1 | Fair market value of assets not used (or held for use) directly in carrying out charitable, etc., purposes. | | |
| a | Average monthly fair market value of securities | 1a | |
| b | Average of monthly cash balances | 1b | |
| c | Fair market value of all other assets (see instructions) | 1c | |
| d | **Total** (add lines 1a, b, and c) | 1d | 0. |
| e | Reduction claimed for blockage or other factors reported on lines 1a and 1c (attach detailed explanation) | 1e | |
| 2 | Acquisition indebtedness applicable to line 1 assets | 2 | |
| 3 | Subtract line 2 from line 1d | 3 | |
| 4 | Cash deemed held for charitable activities. Enter 1-1/2% of line 3 (for greater amount, see instructions) | 4 | |
| 5 | **Net value of noncharitable-use assets.** Subtract line 4 from line 3. Enter here and on Part V, line 4 | 5 | 0. |
| 6 | **Minimum investment return.** Enter 5% of line 5 | 6 | 0. |

### Part XI | Distributable Amount (see instructions) (Section 4942(j)(3) and (j)(5) private operating foundations and certain foreign organizations, check here ► [X] and do not complete this part.)

| | | | | |
|---|---|---|---:|---:|
| 1 | Minimum investment return from Part X, line 6 | N/A | 1 | |
| 2a | Tax on investment income for 2019 from Part VI, line 5 | 2a | | |
| b | Income tax for 2019. (This does not include the tax from Part VI.) | 2b | | |
| c | Add lines 2a and 2b | | 2c | |
| 3 | Distributable amount before adjustments. Subtract line 2c from line 1 | | 3 | |
| 4 | Recoveries of amounts treated as qualifying distributions | | 4 | |
| 5 | Add lines 3 and 4 | | 5 | |
| 6 | Deduction from distributable amount (see instructions) | | 6 | |
| 7 | **Distributable amount** as adjusted. Subtract line 6 from line 5. Enter here and on Part XIII, line 1. | | 7 | |

### Part XII | Qualifying Distributions (see instructions)

| | | | |
|---|---|---|---:|
| 1 | Amounts paid (including administrative expenses) to accomplish charitable, etc., purposes: | | |
| a | Expenses, contributions, gifts, etc. — total from Part I, column (d), line 26 | 1a | 67,856. |
| b | Program-related investments — total from Part IX-B | 1b | |
| 2 | Amounts paid to acquire assets used (or held for use) directly in carrying out charitable, etc., purposes | 2 | |
| 3 | Amounts set aside for specific charitable projects that satisfy the: | | |
| a | Suitability test (prior IRS approval required) | 3a | |
| b | Cash distribution test (attach the required schedule) | 3b | |
| 4 | **Qualifying distributions.** Add lines 1a through 3b. Enter here and on Part V, line 8; and Part XIII, line 4 | 4 | 67,856. |
| 5 | Foundations that qualify under section 4940(e) for the reduced rate of tax on net investment income. Enter 1% of Part I, line 27b. See instructions | 5 | 63. |
| 6 | **Adjusted qualifying distributions.** Subtract line 5 from line 4 | 6 | 67,793. |

**Note:** The amount on line 6 will be used in Part V, column (b), in subsequent years when calculating whether the foundation qualifies for the section 4940(e) reduction of tax in those years.

BAA | | Form **990-PF** (2019)

Form 990-PF (2019) SCHWARTZ FOUNDATION            94-2670122      Page **9**

## Part XIII | Undistributed Income (see instructions)     N/A

| | (a) Corpus | (b) Years prior to 2018 | (c) 2018 | (d) 2019 |
|---|---|---|---|---|
| 1 Distributable amount for 2019 from Part XI, line 7 | | | | |
| 2 Undistributed income, if any, as of the end of 2019: | | | | |
| a Enter amount for 2018 only | | | | |
| b Total for prior years. 20___, 20___, 20___ | | | | |
| 3 Excess distributions carryover, if any, to 2019. | | | | |
| a From 2014 | | | | |
| b From 2015 | | | | |
| c From 2016 | | | | |
| d From 2017 | | | | |
| e From 2018 | | | | |
| f **Total** of lines 3a through e | | | | |
| 4 Qualifying distributions for 2019 from Part XII, line 4: ► $ | | | | |
| a Applied to 2018, but not more than line 2a | | | | |
| b Applied to undistributed income of prior years (Election required — see instructions) | | | | |
| c Treated as distributions out of corpus (Election required — see instructions) | | | | |
| d Applied to 2019 distributable amount | | | | |
| e Remaining amount distributed out of corpus | | | | |
| 5 Excess distributions carryover applied to 2019 (If an amount appears in column (d), the same amount must be shown in column (a) ) | | | | |
| 6 **Enter the net total of each column as indicated below:** | | | | |
| a Corpus. Add lines 3f, 4c, and 4e. Subtract line 5 | | | | |
| b Prior years' undistributed income. Subtract line 4b from line 2b. | | | | |
| c Enter the amount of prior years' undistributed income for which a notice of deficiency has been issued, or on which the section 4942(a) tax has been previously assessed | | | | |
| d Subtract line 6c from line 6b. Taxable amount — see instructions | | | | |
| e Undistributed income for 2018. Subtract line 4a from line 2a. Taxable amount — see instructions. | | | | |
| f Undistributed income for 2019. Subtract lines 4d and 5 from line 1. This amount must be distributed in 2020 | | | | |
| 7 Amounts treated as distributions out of corpus to satisfy requirements imposed by section 170(b)(1)(F) or 4942(g)(3) (Election may be required — see instructions) | | | | |
| 8 Excess distributions carryover from 2014 not applied on line 5 or line 7 (see instructions) | | | | |
| 9 **Excess distributions carryover to 2020.** Subtract lines 7 and 8 from line 6a | | | | |
| 10 Analysis of line 9: | | | | |
| a Excess from 2015 | | | | |
| b Excess from 2016 | | | | |
| c Excess from 2017 | | | | |
| d Excess from 2018 | | | | |
| e Excess from 2019 | | | | |

BAA                                                    Form **990-PF** (2019)

Form 990-PF (2019) SCHWARTZ FOUNDATION                                    94-2670122          Page **10**

| **Part XIV** | **Private Operating Foundations** (see instructions and Part VII-A, question 9) | | | | |
|---|---|---|---|---|---|

**1 a** If the foundation has received a ruling or determination letter that it is a private operating foundation, and the ruling is effective for 2019, enter the date of the ruling ▶ 11/14/79

**b** Check box to indicate whether the foundation is a private operating foundation described in section [X] 4942(j)(3) or [ ] 4942(j)(5)

| | Tax year | Prior 3 years | | | (e) Total |
|---|---|---|---|---|---|
| **2a** Enter the lesser of the adjusted net income from Part I or the minimum investment return from Part X for each year listed | **(a)** 2019 | **(b)** 2018 | **(c)** 2017 | **(d)** 2016 | |
| | 0. | | | | 0. |
| **b** 85% of line 2a | | | | | 0. |
| **c** Qualifying distributions from Part XII, line 4, for each year listed | 67,856. | 81,700. | 80,171. | 106,250. | 335,977. |
| **d** Amounts included in line 2c not used directly for active conduct of exempt activities | | | | | 0. |
| **e** Qualifying distributions made directly for active conduct of exempt activities. Subtract line 2d from line 2c | 67,856. | 81,700. | 80,171. | 106,250. | 335,977. |
| **3** Complete 3a, b, or c for the alternative test relied upon: | | | | | |
| **a** 'Assets' alternative test — enter: | | | | | |
| (1) Value of all assets | 440,370. | | | | 440,370. |
| (2) Value of assets qualifying under section 4942(j)(3)(B)(i) | 440,370. | | | | 440,370. |
| **b** 'Endowment' alternative test — enter 2/3 of minimum investment return in Part X, line 6, for each year listed | | | | | |
| **c** 'Support' alternative test — enter: | | | | | |
| (1) Total support other than gross investment income (interest, dividends, rents, payments on securities loans (section 512(a)(5)), or royalties) | | | | | |
| (2) Support from general public and 5 or more exempt organizations as provided in section 4942(j)(3)(B)(iii) | | | | | |
| (3) Largest amount of support from an exempt organization | | | | | |
| (4) Gross investment income | | | | | |

| **Part XV** | **Supplementary Information** (Complete this part only if the foundation had $5,000 or more in assets at any time during the year — see instructions.) |
|---|---|

**1  Information Regarding Foundation Managers:**

**a** List any managers of the foundation who have contributed more than 2% of the total contributions received by the foundation before the close of any tax year (but only if they have contributed more than $5,000)  (See section 507(d)(2).)

NONE

**b** List any managers of the foundation who own 10% or more of the stock of a corporation (or an equally large portion of the ownership of a partnership or other entity) of which the foundation has a 10% or greater interest.

NONE

**2  Information Regarding Contribution, Grant, Gift, Loan, Scholarship, etc., Programs:**

Check here ▶ [ ] if the foundation only makes contributions to preselected charitable organizations and does not accept unsolicited requests for funds  If the foundation makes gifts, grants, etc , to individuals or organizations under other conditions, complete items 2a, b, c, and d. See instructions.

**a** The name, address, and telephone number or email address of the person to whom applications should be addressed:

SEE STATEMENT 5

**b** The form in which applications should be submitted and information and materials they should include:

SEE STATEMENT FOR LINE 2A

**c** Any submission deadlines:

SEE STATEMENT FOR LINE 2A

**d** Any restrictions or limitations on awards, such as by geographical areas, charitable fields, kinds of institutions, or other factors:

SEE STATEMENT FOR LINE 2A

Form 990-PF (2019) SCHWARTZ FOUNDATION                                    94-2670122        Page **11**

| Part XV | Supplementary Information (continued) |

**3  Grants and Contributions Paid During the Year or Approved for Future Payment**

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| **a** *Paid during the year* | | | | |
| | | | | |

| Total . . . . . . . . . . | | . . . . | . . . . | ▶ **3a** | |

| | | | | |
|---|---|---|---|---|
| **b** *Approved for future payment* | | | | |
| | | | | |

| Total . . . . . . . . . . | . . . . | . . . . | . . . . | ▶ **3b** | |

Form 990-PF (2019)   SCHWARTZ FOUNDATION                                    94-2670122              Page **12**

## Part XVI-A | Analysis of Income-Producing Activities

| Enter gross amounts unless otherwise indicated | Unrelated business income | | Excluded by section 512, 513, or 514 | | (e) Related or exempt function income (See instructions) |
|---|---|---|---|---|---|
| | **(a)** Business code | **(b)** Amount | **(c)** Exclu- sion code | **(d)** Amount | |
| **1** Program service revenue: | | | | | |
| **a** | | | | | |
| **b** | | | | | |
| **c** | | | | | |
| **d** | | | | | |
| **e** | | | | | |
| **f** | | | | | |
| **g** Fees and contracts from government agencies | | | | | |
| **2** Membership dues and assessments | | | | | |
| **3** Interest on savings and temporary cash investments | | | 14 | 220. | |
| **4** Dividends and interest from securities | | | 14 | 6,060. | |
| **5** Net rental income or (loss) from real estate: | | | | | |
| **a** Debt-financed property | | | | | |
| **b** Not debt-financed property | | | | | |
| **6** Net rental income or (loss) from personal property | | | | | |
| **7** Other investment income | | | | | |
| **8** Gain or (loss) from sales of assets other than inventory | | | | | |
| **9** Net income or (loss) from special events | | | | | |
| **10** Gross profit or (loss) from sales of inventory | | | | | |
| **11** Other revenue: | | | | | |
| **a** | | | | | |
| **b** | | | | | |
| **c** | | | | | |
| **d** | | | | | |
| **e** | | | | | |
| **12** Subtotal. Add columns (b), (d), and (e) | | | | 6,280. | |
| **13** **Total.** Add line 12, columns (b), (d), and (e) | | | | **13** | 6,280. |

(See worksheet in line 13 instructions to verify calculations.)

## Part XVI-B | Relationship of Activities to the Accomplishment of Exempt Purposes

| Line No. ▼ | Explain below how each activity for which income is reported in column (e) of Part XVI-A contributed importantly to the accomplishment of the foundation's exempt purposes (other than by providing funds for such purposes). (See instructions.) |
|---|---|
| N/A | |
| | |

Form 990-PF (2019)   SCHWARTZ FOUNDATION                                94-2670122          Page **13**

| **Part XVII** | Information Regarding Transfers to and Transactions and Relationships With Noncharitable Exempt Organizations |

| | | Yes | No |
|---|---|---|---|
| 1 Did the organization directly or indirectly engage in any of the following with any other organization described in section 501(c) (other than section 501(c)(3) organizations) or in section 527, relating to political organizations? | | | |
| a Transfers from the reporting foundation to a noncharitable exempt organization of: | | | |
| (1) Cash... | **1 a (1)** | | X |
| (2) Other assets . . . | **1 a (2)** | | X |
| b Other transactions: | | | |
| (1) Sales of assets to a noncharitable exempt organization . . . | **1 b (1)** | | X |
| (2) Purchases of assets from a noncharitable exempt organization . . . | **1 b (2)** | | X |
| (3) Rental of facilities, equipment, or other assets . . . . | **1 b (3)** | | X |
| (4) Reimbursement arrangements. . . . . . . . | **1 b (4)** | | X |
| (5) Loans or loan guarantees . . . . . . . . | **1 b (5)** | | X |
| (6) Performance of services or membership or fundraising solicitations . . . . . | **1 b (6)** | | X |
| c Sharing of facilities, equipment, mailing lists, other assets, or paid employees . . | **1 c** | | X |

**d** If the answer to any of the above is 'Yes,' complete the following schedule. Column **(b)** should always show the fair market value of the goods, other assets, or services given by the reporting foundation. If the foundation received less than fair market value in any transaction or sharing arrangement, show in column **(d)** the value of the goods, other assets, or services received.

| (a) Line no. | (b) Amount involved | (c) Name of noncharitable exempt organization | (d) Description of transfers, transactions, and sharing arrangements |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**2a** Is the foundation directly or indirectly affiliated with, or related to, one or more tax-exempt organizations described in section 501(c) (other than section 501(c)(3)) or in section 527? . . . . . . . . . ☐ Yes  ☒ No

**b** If 'Yes,' complete the following schedule.

| (a) Name of organization | (b) Type of organization | (c) Description of relationship |
|---|---|---|
| N/A | | |
| | | |
| | | |
| | | |

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| **Sign Here** | ▶ Signature of officer or trustee | | Date | ▶ PRESIDENT/CFO Title | | May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes  ☐ No |
|---|---|---|---|---|---|---|

| | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| **Paid Preparer Use Only** | CHARLENE R SMITH, CPA | CHARLENE R SMITH, CPA | 2/28/20 | | P00237963 |
| | Firm's name ▶ GRANT & SMITH, LLP | | | Firm's EIN ▶ 94-3169649 | |
| | Firm's address ▶ 333 HEGENBERGER ROAD., SUITE 325 OAKLAND, CA 94621 | | | Phone no (510) 832-0257 | |

**BAA**                                                                                      Form **990-PF** (2019)

TEEA0503L   08/22/19

**2019**     **FEDERAL STATEMENTS**     **PAGE 1**

**SCHWARTZ FOUNDATION**     94-2670122

**STATEMENT 1**
**FORM 990-PF, PART I, LINE 16B**
**ACCOUNTING FEES**

| | (A) EXPENSES PER BOOKS | (B) NET INVESTMENT INCOME | (C) ADJUSTED NET INCOME | (D) CHARITABLE PURPOSES |
|---|---|---|---|---|
| ACCOUNTING | $ 875. | | | $ 875. |
| TOTAL | $ 875. | $ 0. | $ 0. | $ 875. |

**STATEMENT 2**
**FORM 990-PF, PART I, LINE 18**
**TAXES**

| | (A) EXPENSES PER BOOKS | (B) NET INVESTMENT INCOME | (C) ADJUSTED NET INCOME | (D) CHARITABLE PURPOSES |
|---|---|---|---|---|
| FEDERAL TAX | $ -780. | | | $ -780. |
| PAYROLL TAX EXPENSE | 2,685. | | | 2,685. |
| TOTAL | $ 1,905. | $ 0. | $ 0. | $ 1,905. |

**STATEMENT 3**
**FORM 990-PF, PART I, LINE 23**
**OTHER EXPENSES**

| | (A) EXPENSES PER BOOKS | (B) NET INVESTMENT INCOME | (C) ADJUSTED NET INCOME | (D) CHARITABLE PURPOSES |
|---|---|---|---|---|
| ADVERTISING | $ 2,426. | | | $ 2,426. |
| BANK CHARGES | 179. | | | 179. |
| BUSINESS MEETINGS | 187. | | | 187. |
| INSURANCE | 853. | | | 853. |
| PAYROLL PROCESSING FEES | 1,558. | | | 1,558. |
| SENIOR ENTERTAINMENT THERAPY | 26,120. | | | 26,120. |
| SUPPLIES | 391. | | | 391. |
| TAXES, LICENSES & FEE | 108. | | | 108. |
| WORKERS' COMP. INSURANCE | 254. | | | 254. |
| TOTAL | $ 32,076. | $ 0. | $ 0. | $ 32,076. |

**STATEMENT 4**
**FORM 990-PF, PART IX-A, LINE 3**
**SUMMARY OF DIRECT CHARITABLE ACTIVITIES**

| DIRECT CHARITABLE ACTIVITIES | EXPENSES |
|---|---|

SENIOR ENTERTAINMENT THERAPY THROUGH MUSIC HELPS RENEW THE MEMORIES
OF SENIOR CITIZENS AND STIMULATES BRAIN FUNCTIONS THUS PROVIDING MORE
SOCIAL AND PHYSICAL ACTIVITY THROUGH SINGING AND DANCING.
PERFORMANCES WERE PROVIDED TO 23 RETIREMENT HOMES.

**2019**                          **FEDERAL STATEMENTS**                          **PAGE 2**

SCHWARTZ FOUNDATION                                    94-2670122

**STATEMENT 5**
**FORM 990-PF, PART XV, LINE 2A-D**
**APPLICATION SUBMISSION INFORMATION**

```
NAME OF GRANT PROGRAM:
NAME:                     DEBBRA WOOD SCHWARTZ
CARE OF:
STREET ADDRESS:           7711 OAKPORT ST.
CITY, STATE, ZIP CODE:    OAKLAND, CA 94621
TELEPHONE:                510-562-5000
E-MAIL ADDRESS:
FORM AND CONTENT:         WRITTEN PROGRAM DESCRIPTION
SUBMISSION DEADLINES:     NONE
RESTRICTIONS ON AWARDS:   NONE
```

**EXHIBIT 4**

STATE OF CALIFORNIA
RRF-1
(Rev. 09/2017)
IN

MAIL TO:
Registry of Charitable Trusts
P.O. Box 903447
Sacramento, CA 94203-4470
(916) 210-6400

STREET ADDRESS:
1300 I Street
Sacramento, CA 95814
(916) 210-6400

WEBSITE ADDRESS:
www.ag.ca.gov/charities/

DEPARTMENT OF JUSTICE
PAGE 1 of 5

(For Registry Use Only)

## ANNUAL REGISTRATION RENEWAL FEE REPORT
## TO ATTORNEY GENERAL OF CALIFORNIA

Sections 12586 and 12587, California Government Code
11 Cal. Code Regs. sections 301-306, 309, 311, and 312

Failure to submit this report annually no later than four months and fifteen after the end of the organization's accounting period may result in the loss of tax exemption and the assessment of a minimum tax of $800, plus interest, and/or fines or filing penalties. Revenue & Taxation Code section 23703; Government code section 12586.1. IRS extensions will be honored.

RECEIVED
Attorney General's Office

JUL 15 2021

Registry of Charitable Trusts

**Check if:**
- [ ] Change of address
- [ ] Amended report

SCHWARTZ FOUNDATION
Name of Organization

List all DBAs and names the organization uses or has used

14665 WASHINGTON AVENUE #26
Address (Number and Street)

SAN LEANDRO, CA 94578
City or Town, State and ZIP Code

510-638-8764
Telephone Number                    E-mail Address

State Charity Registration Number  039637

Corporation or Organization No.  0967388

Federal Employer ID No.  94-2670122

### ANNUAL REGISTRATION RENEWAL FEE SCHEDULE (11 Cal. Code Regs. sections 301-307, 311, and 312)
### Make Check Payable to Department of Justice

| Gross Annual Revenue | Fee | Gross Annual Revenue | Fee | Gross Annual Revenue | Fee |
|---|---|---|---|---|---|
| Less than $25,000 | 0 | Between $100,001 and $250,000 | $50 | Between $1,000,001 and $10 million | $150 |
| Between $25,000 and $100,000 | $25 | Between $250,001 and $1 million | $75 | Between $10,000,001 and $50 million | $225 |
| | | | | Greater than $50 million | $300 |

## PART A — ACTIVITIES

For your most recent full accounting period (beginning  1/01/20  ending  12/31/20  ) list:

Gross Annual Revenue $  8,448,288.    Noncash Contributions $  0.    Total Assets $  8,739,218.

Program Expenses $  72,025.    Total Expenses $  72,025.

## PART B — STATEMENTS REGARDING ORGANIZATION DURING THE PERIOD OF THIS REPORT

Note:  All questions must be answered. If you answer "yes" to any of the questions below, you must attach a separate page providing an explanation and details for each "yes" response. Please review RRF-1 instructions for information required.

| | | Yes | No |
|---|---|---|---|
| 1 | During this reporting period, were there any contracts, loans, leases or other financial transactions between the organization and any officer, director or trustee thereof, either directly or with an entity in which any such officer, director or trustee had any financial interest? | ☐ | ☒ |
| 2 | During this reporting period, was there any theft, embezzlement, diversion or misuse of the organization's charitable property or funds? | ☐ | ☒ |
| 3 | During this reporting period, were any organization funds used to pay any penalty, fine or judgment? | ☐ | ☒ |
| 4 | During this reporting period, were the services of a commercial fundraiser, fundraising counsel for charitable purposes, or commercial coventurer used? | ☐ | ☒ |
| 5 | During this reporting period, did the organization receive any governmental funding? | ☐ | ☒ |
| 6 | During this reporting period, did the organization hold a raffle for charitable purposes? | ☐ | ☒ |
| 7 | Does the organization conduct a vehicle donation program? | ☐ | ☒ |
| 8 | Did the organization conduct an independent audit and prepare audited financial statements in accordance with generally accepted accounting principles for this reporting period? | ☐ | ☒ |
| 9 | At the end of this reporting period, did the organization hold restricted net assets, while reporting negative unrestricted net assets? | ☐ | ☒ |

I declare under penalty of perjury that I have examined this report, including accompanying documents, and to the best of my knowledge and belief the content is true, correct and complete, and I am authorized to sign.

Signature of Authorized Agent        MARGOT SCHWARTZ        PRESIDENT        7/10/21
                                     Printed Name              Title             Date

CAEA9801L  03/19/20

77/658  $/60  —58

Form **990-PF**

Department of the Treasury
Internal Revenue Service

### Return of Private Foundation
### or Section 4947(a)(1) Trust Treated as Private Foundation

► Do not enter social security numbers on this form as it may be made public.
► Go to *www.irs.gov/Form990PF* for instructions and the latest information.

OMB No. 1545-0047

**2020**

Open to Public Inspection

For calendar year 2020 or tax year beginning , 2020, and ending , 20

SCHWARTZ FOUNDATION
14665 WASHINGTON AVENUE #26
SAN LEANDRO, CA 94578

**A** Employer identification number
94-2670122

**B** Telephone number (see instructions)
510-638-8764

**C** If exemption application is pending, check here.. ► ☐

**G** Check all that apply: ☐ Initial return  ☐ Initial return of a former public charity
☐ Final return  ☐ Amended return
☐ Address change  ☐ Name change

**D** 1 Foreign organizations, check here. . . . . . . . . . ► ☐
2 Foreign organizations meeting the 85% test, check here and attach computation. . . . . . . . . . . . . ► ☐

**H** Check type of organization: ☒ Section 501(c)(3) exempt private foundation
☐ Section 4947(a)(1) nonexempt charitable trust  ☐ Other taxable private foundation

**E** If private foundation status was terminated
under section 507(b)(1)(A), check here. . . . . . ► ☐

**I** Fair market value of all assets at end of year
(from Part II, column (c), line 16)
► $  8,949,810.

**J** Accounting method: ☒ Cash  ☐ Accrual
☐ Other (specify)
(Part I, column (d), must be on cash basis.)

**F** If the foundation is in a 60-month termination
under section 507(b)(1)(B), check here. . . . . . ► ☐

| Part I | Analysis of Revenue and Expenses (The total of amounts in columns (b), (c), and (d) may not necessarily equal the amounts in column (a) (see instructions).) | (a) Revenue and expenses per books | (b) Net investment income | (c) Adjusted net income | (d) Disbursements for charitable purposes (cash basis only) |
|---|---|---|---|---|---|
| Revenue | 1 Contributions, gifts, grants, etc., received (attach schedule). . . | 8,421,725. | | | |
| | 2 Check ► ☐ if the foundation is not required to attach Sch. B | | | | |
| | 3 Interest on savings and temporary cash investments. . . . . . | 2,777. | 2,777. | 2,777. | |
| | 4 Dividends and interest from securities. . . . . . . | 12,997. | 12,997. | 12,997. | |
| | 5 a Gross rents. . . . . . . . . . . . . . . . . . . . . . | | | | |
| | b Net rental income or (loss). . . . . . | | | | |
| | 6 a Net gain or (loss) from sale of assets not on line 10. . . . . . | 10,789. | | | |
| | b Gross sales price for all assets on line 6a. . . . . 35,250. | | | | |
| | 7 Capital gain net income (from Part IV, line 2) . . . | | 10,789. | | |
| | 8 Net short-term capital gain . . . . . . . . . . . . . | | | | |
| | 9 Income modifications. . . . . . . . . . . . . . . . . | | | | |
| | 10 a Gross sales less returns and allowances. . . . . . | | | | |
| | b Less: Cost of goods sold. . . . | | | | |
| | c Gross profit or (loss) (attach schedule). . . . . . . . . . | | | | |
| | 11 Other income (attach schedule). . . . . . . . . . . . | | | | |
| | 12 Total. Add lines 1 through 11. . . . . . . . . . . . . | 8,448,288. | 26,563. | 15,774. | |
| Operating and Administrative Expenses | 13 Compensation of officers, directors, trustees, etc. . . . | 0. | | | |
| | 14 Other employee salaries and wages. . . . . . . . . | 33,625. | | | 33,625. |
| | 15 Pension plans, employee benefits. . . . . . . . . . | | | | |
| | 16 a Legal fees (attach schedule). . . SEE ST 1 | 5,957. | | | 5,957. |
| | b Accounting fees (attach sch). . . SEE ST 2 | 925. | | | 925. |
| | c Other professional fees (attach sch). SEE ST 3 | 7,000. | | | 7,000. |
| | 17 Interest. . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| | 18 Taxes (attach schedule)(see instrs). . SEE STM 4 | 2,780. | | | 2,780. |
| | 19 Depreciation (attach schedule) and depletion. . . . . . . . . . . . | | | | |
| | 20 Occupancy. . . . . . . . . . . . . . . . . . . . . . . | | | | |
| | 21 Travel, conferences, and meetings. . . . . . . . . | | | | |
| | 22 Printing and publications. . . . . . . . . . . . . . | | | | |
| | 23 Other expenses (attach schedule) SEE STATEMENT 5 | 11,738. | | | 11,738. |
| | 24 Total operating and administrative expenses. Add lines 13 through 23. . . | 62,025. | | | 62,025. |
| | 25 Contributions, gifts, grants paid. . . . . PART XV | 10,000. | | | 10,000. |
| | 26 Total expenses and disbursements. Add lines 24 and 25. . . . . . . . . . | 72,025. | 0. | 0. | 72,025. |
| | 27 Subtract line 26 from line 12: | | | | |
| | a Excess of revenue over expenses and disbursements. . . . . . . . . . . . . . . . | 8,376,263. | | | |
| | b Net investment income (if negative, enter -0-). . . . | | 26,563. | | |
| | c Adjusted net income (if negative, enter -0-). . . . | | | 15,774. | |

RECEIVED
Attorney General's Office

JUL 15 2021

Registry of Charitable Trusts

BAA For Paperwork Reduction Act Notice, see instructions.  TEEA0301L 01/20/21  Form 990-PF (2020)

Form 990-PF (2020)  SCHWARTZ FOUNDATION                                    94-2670122                    Page **2**

| Part II | Balance Sheets | Attached schedules and amounts in the description column should be for end-of-year amounts only. (See instructions.) | Beginning of year | End of year | |
|---|---|---|---|---|---|
| | | | **(a)** Book Value | **(b)** Book Value | **(c)** Fair Market Value |

**Assets**

| | | (a) | (b) | (c) |
|---|---|---|---|---|
| 1 | Cash — non-interest-bearing | | | |
| 2 | Savings and temporary cash investments | 155,110. | 8,080,008. | 8,080,008. |
| 3 | Accounts receivable ► | | | |
| | Less: allowance for doubtful accounts ► | | | |
| 4 | Pledges receivable ► | | | |
| | Less: allowance for doubtful accounts ► | | | |
| 5 | Grants receivable | | | |
| 6 | Receivables due from officers, directors, trustees, and other disqualified persons (attach schedule) (see instructions) | | | |
| 7 | Other notes and loans receivable (attach sch) ► | | | |
| | Less: allowance for doubtful accounts ► | | | |
| 8 | Inventories for sale or use | | | |
| 9 | Prepaid expenses and deferred charges | | | |
| 10a | Investments — U.S. and state government obligations (attach schedule) | | | |
| b | Investments — corporate stock (attach schedule) | 207,845. | 659,210. | 869,802. |
| c | Investments — corporate bonds (attach schedule) | | | |
| 11 | Investments — land, buildings, and equipment: basis ► | | | |
| | Less: accumulated depreciation (attach schedule) ► | | | |
| 12 | Investments — mortgage loans | | | |
| 13 | Investments — other (attach schedule) | | | |
| 14 | Land, buildings, and equipment: basis ► | | | |
| | Less: accumulated depreciation (attach schedule) ► | | | |
| 15 | Other assets (describe ► ) | | | |
| 16 | **Total assets** (to be completed by all filers — see the instructions. Also, see page 1, item I) | 362,955. | 8,739,218. | 8,949,810. |

**Liabilities**

| | | (a) | (b) | (c) |
|---|---|---|---|---|
| 17 | Accounts payable and accrued expenses | | | |
| 18 | Grants payable | | | |
| 19 | Deferred revenue | | | |
| 20 | Loans from officers, directors, trustees, & other disqualified persons | | | |
| 21 | Mortgages and other notes payable (attach schedule) | | | |
| 22 | Other liabilities (describe ► ) | | | |
| 23 | **Total liabilities** (add lines 17 through 22) | 0. | 0. | |

**Net Assets or Fund Balances**

| | | (a) | (b) | (c) |
|---|---|---|---|---|
| | **Foundations that follow FASB ASC 958, check here** ► [X] **and complete lines 24, 25, 29, and 30.** | | | |
| 24 | Net assets without donor restrictions | 362,955. | 8,739,218. | |
| 25 | Net assets with donor restrictions | | | |
| | **Foundations that do not follow FASB ASC 958, check here** ► [ ] **and complete lines 26 through 30.** | | | |
| 26 | Capital stock, trust principal, or current funds | | | |
| 27 | Paid-in or capital surplus, or land, bldg., and equipment fund | | | |
| 28 | Retained earnings, accumulated income, endowment, or other funds | | | |
| 29 | **Total net assets or fund balances** (see instructions) | 362,955. | 8,739,218. | |
| 30 | **Total liabilities and net assets/fund balances** (see instructions) | 362,955. | 8,739,218. | |

| Part III | Analysis of Changes in Net Assets or Fund Balances |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Total net assets or fund balances at beginning of year — Part II, column (a), line 29 (must agree with end-of-year figure reported on prior year's return) | 1 | 362,955. |
| 2 | Enter amount from Part I, line 27a | 2 | 8,376,263. |
| 3 | Other increases not included in line 2 (itemize) ► | 3 | |
| 4 | Add lines 1, 2, and 3 | 4 | 8,739,218. |
| 5 | Decreases not included in line 2 (itemize) ► | 5 | |
| 6 | Total net assets or fund balances at end of year (line 4 minus line 5) — Part II, column (b), line 29 | 6 | 8,739,218. |

BAA                                    TEEA0302L   09/28/20                                    Form **990-PF** (2020)

Form 990-PF (2020) SCHWARTZ FOUNDATION                                               94-2670122                    Page 3

## Part IV | Capital Gains and Losses for Tax on Investment Income

| (a) List and describe the kind(s) of property sold (for example, real estate, 2-story brick warehouse; or common stock, 200 shs. MLC Co.) | (b) How acquired P — Purchase D — Donation | (c) Date acquired (mo., day, yr.) | (d) Date sold (mo., day, yr.) |
|---|---|---|---|
| 1a MOBILEIRON INC | P | 4/03/18 | 12/01/20 |
| b | | | |
| c | | | |
| d | | | |
| e | | | |

| (e) Gross sales price | (f) Depreciation allowed (or allowable) | (g) Cost or other basis plus expense of sale | (h) Gain or (loss) ((e) plus (f) minus (g)) |
|---|---|---|---|
| a | 35,250. | 24,461. | 10,789. |
| b | | | |
| c | | | |
| d | | | |
| e | | | |

Complete only for assets showing gain in column (h) and owned by the foundation on 12/31/69.

| (i) FMV as of 12/31/69 | (j) Adjusted basis as of 12/31/69 | (k) Excess of col. (i) over col. (j), if any | (l) Gains (Col. (h) gain minus col. (k), but not less than -0-) or Losses (from col. (h)) |
|---|---|---|---|
| a | | | 10,789. |
| b | | | |
| c | | | |
| d | | | |
| e | | | |

| 2 | Capital gain net income or (net capital loss)..... | If gain, also enter in Part I, line 7 If (loss), enter -0- in Part I, line 7 | 2 | 10,789. |
|---|---|---|---|---|
| 3 | Net short-term capital gain or (loss) as defined in sections 1222(5) and (6): If gain, also enter in Part I, line 8, column (c). See instructions. If (loss), enter -0- in Part I, line 8................................................................ | | 3 | 0. |

## Part V | Qualification Under Section 4940(e) for Reduced Tax on Net Investment Income

### SECTION 4940(e) REPEALED ON DECEMBER 20, 2019 — DO NOT COMPLETE.

1   Reserved

| (a) Reserved | (b) Reserved | (c) Reserved | (d) Reserved |
|---|---|---|---|
| Reserved | | | |
| Reserved | | | |
| Reserved | | | |
| Reserved | | | |
| Reserved | | | |

| 2 | Reserved | 2 | |
|---|---|---|---|
| 3 | Reserved | 3 | |
| 4 | Reserved | 4 | |
| 5 | Reserved | 5 | |
| 6 | Reserved | 6 | |
| 7 | Reserved | 7 | |
| 8 | Reserved | 8 | |

BAA                                                                                              Form **990-PF** (2020)

TEEA0303L   01/19/21

Form 990-PF (2020) SCHWARTZ FOUNDATION                                                  94-2670122                    Page 4

## Part VI — Excise Tax Based on Investment Income (Section 4940(a), 4940(b), or 4948 — see instructions)

| | | |
|---|---|---|
| **1 a** Exempt operating foundations described in section 4940(d)(2), check here...... ▶ ☐ and enter 'N/A' on line 1. | | |
| Date of ruling or determination letter: _ _ _ _ _ _ _ **(attach copy of letter if necessary — see instructions)** | | |
| **b** Reserved............................................................... | **1** | 369. |
| **c** All other domestic foundations enter 1.39% of line 27b. Exempt foreign organizations, enter 4% of Part I, line 12, col. (b)................................................ | | |
| **2** Tax under section 511 (domestic section 4947(a)(1) trusts and taxable foundations only; others, enter -0-)........................ | **2** | 0. |
| **3** Add lines 1 and 2.......................................................... | **3** | 369. |
| **4** Subtitle A (income) tax (domestic section 4947(a)(1) trusts and taxable foundations only; others, enter -0-).. | **4** | 0. |
| **5** **Tax based on investment income.** Subtract line 4 from line 3. If zero or less, enter -0-.................. | **5** | 369. |
| **6** Credits/Payments: | | |
| **a** 2020 estimated tax pymts and 2019 overpayment credited to 2020......................... | 6a | |
| **b** Exempt foreign organizations — tax withheld at source...................... | 6b | |
| **c** Tax paid with application for extension of time to file (Form 8868)............. | 6c | |
| **d** Backup withholding erroneously withheld.......................... | 6d | |
| **7** Total credits and payments. Add lines 6a through 6d.................................... | **7** | 0. |
| **8** Enter any **penalty** for underpayment of estimated tax. Check here ☐ if Form 2220 is attached.............. | **8** | |
| **9** **Tax due.** If the total of lines 5 and 8 is more than line 7, enter **amount owed**.................... ▶ | **9** | 369. |
| **10** **Overpayment.** If line 7 is more than the total of lines 5 and 8, enter the **amount overpaid** ............ ▶ | **10** | |
| **11** Enter the amount of line 10 to be: Credited to 2021 estimated tax ▶ _____ Refunded ▶ | **11** | |

## Part VII-A — Statements Regarding Activities

| | | Yes | No |
|---|---|---|---|
| **1 a** During the tax year, did the foundation attempt to influence any national, state, or local legislation or did it participate or intervene in any political campaign?............................................ | **1 a** | | X |
| **b** Did it spend more than $100 during the year (either directly or indirectly) for political purposes? See the instructions for the definition................................................ | **1 b** | | X |
| If the answer is 'Yes' to **1a** or **1b**, attach a detailed description of the activities and copies of any materials published or distributed by the foundation in connection with the activities. | | | |
| **c** Did the foundation file **Form 1120-POL** for this year?.................................... | **1 c** | | X |
| **d** Enter the amount (if any) of tax on political expenditures (section 4955) imposed during the year: **(1)** On the foundation ▶ $ 0. **(2)** On foundation managers ▶ $ 0. | | | |
| **e** Enter the reimbursement (if any) paid by the foundation during the year for political expenditure tax imposed on foundation managers ▶ $ 0. | | | |
| **2** Has the foundation engaged in any activities that have not previously been reported to the IRS?...................... | **2** | | X |
| If 'Yes,' attach a detailed description of the activities. | | | |
| **3** Has the foundation made any changes, not previously reported to the IRS, in its governing instrument, articles of incorporation, or bylaws, or other similar instruments? If 'Yes,' attach a conformed copy of the changes.............. | **3** | | X |
| **4 a** Did the foundation have unrelated business gross income of $1,000 or more during the year?..................... | **4 a** | | X |
| **b** If 'Yes,' has it filed a tax return on **Form 990-T** for this year?............................... | **4 b** | N/A | |
| **5** Was there a liquidation, termination, dissolution, or substantial contraction during the year?.................... | **5** | | X |
| If 'Yes,' attach the statement required by *General Instruction T.* | | | |
| **6** Are the requirements of section 508(e) (relating to sections 4941 through 4945) satisfied either: | | | |
| • By language in the governing instrument, or | | | |
| • By state legislation that effectively amends the governing instrument so that no mandatory directions that conflict with the state law remain in the governing instrument?.................................... | **6** | X | |
| **7** Did the foundation have at least $5,000 in assets at any time during the year? If 'Yes,' complete Part II, col. (c), and Part XV.. | **7** | X | |
| **8 a** Enter the states to which the foundation reports or with which it is registered. See instructions ▶ _____ CA | | | |
| **b** If the answer is 'Yes' to line 7, has the foundation furnished a copy of Form 990-PF to the Attorney General (or designate) of each state as required by *General Instruction G?* If 'No,' attach explanation.................... | **8 b** | X | |
| **9** Is the foundation claiming status as a private operating foundation within the meaning of section 4942(j)(3) or 4942(j)(5) for calendar year 2020 or the tax year beginning in 2020? See the instructions for Part XIV. If 'Yes,' complete Part XIV.. | **9** | X | |
| **10** Did any persons become substantial contributors during the tax year? If 'Yes,' attach a schedule listing their names and addresses................................................. | **10** | | X |

BAA                                                                                              Form **990-PF** (2020)

TEEA0304L  09/28/20

Form 990-PF (2020) SCHWARTZ FOUNDATION 94-2670122 Page 5

## Part VII-A | Statements Regarding Activities *(continued)*

|  |  | | Yes | No |
|---|---|---|---|---|
| 11 | At any time during the year, did the foundation, directly or indirectly, own a controlled entity within the meaning of section 512(b)(13)? If 'Yes,' attach schedule. See instructions. | 11 | | X |
| 12 | Did the foundation make a distribution to a donor advised fund over which the foundation or a disqualified person had advisory privileges? If 'Yes,' attach statement. See instructions. | 12 | | X |
| 13 | Did the foundation comply with the public inspection requirements for its annual returns and exemption application? | 13 | X | |

Website address . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ RADSCHWARTZFOUNDATION.ORG

14 The books are in care of ▶ SCHWARTZ FOUNDATION Telephone no. ▶ 510-562-5000

Located at ▶ 7711 OAKPORT ST. OAKLAND CA ZIP + 4 ▶ 94621-2026

15 Section 4947(a)(1) nonexempt charitable trusts filing Form 990-PF in lieu of **Form 1041** — check here . . . . . . . . . . . . . . . . N/A ▶ ☐

and enter the amount of tax-exempt interest received or accrued during the year . . . . . . . . . . . . . . . . . . . . . ▶ | 15 |   N/A

|  |  | | Yes | No |
|---|---|---|---|---|
| 16 | At any time during calendar year 2020, did the foundation have an interest in or a signature or other authority over a bank, securities, or other financial account in a foreign country? | 16 | | X |

See the instructions for exceptions and filing requirements for FinCEN Form 114. If 'Yes,' enter the name of the foreign country ▶

## Part VII-B | Statements Regarding Activities for Which Form 4720 May Be Required

**File Form 4720 if any item is checked in the 'Yes' column, unless an exception applies.**

|  | | Yes | No |
|---|---|---|---|
| **1 a** During the year, did the foundation (either directly or indirectly): | | | |
| **(1)** Engage in the sale or exchange, or leasing of property with a disqualified person? . . . . . . . . . . . . ☐ Yes ☒ No | | | |
| **(2)** Borrow money from, lend money to, or otherwise extend credit to (or accept it from) a disqualified person? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No | | | |
| **(3)** Furnish goods, services, or facilities to (or accept them from) a disqualified person? . . . . . . . . . . ☐ Yes ☒ No | | | |
| **(4)** Pay compensation to, or pay or reimburse the expenses of, a disqualified person? . . . . . . . . . . . . ☐ Yes ☒ No | | | |
| **(5)** Transfer any income or assets to a disqualified person (or make any of either available for the benefit or use of a disqualified person)? . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No | | | |
| **(6)** Agree to pay money or property to a government official? (**Exception.** Check 'No' if the foundation agreed to make a grant to or to employ the official for a period after termination of government service, if terminating within 90 days.) . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No | | | |
| **b** If any answer is 'Yes' to 1a(1)–(6), did **any** of the acts fail to qualify under the exceptions described in Regulations section 53.4941(d)-3 or in a current notice regarding disaster assistance? See instructions . . . . . . . . . . . . . | **1 b** | | N/A |
| Organizations relying on a current notice regarding disaster assistance, check here . . . . . . . . . . . ▶ ☐ | | | |
| **c** Did the foundation engage in a prior year in any of the acts described in 1a, other than excepted acts, that were not corrected before the first day of the tax year beginning in 2020? . . . . . . . . . . . . . . . . . . . . . | **1 c** | | X |
| **2** Taxes on failure to distribute income (section 4942) (does not apply for years the foundation was a private operating foundation defined in section 4942(j)(3) or 4942(j)(5)): | | | |
| **a** At the end of tax year 2020, did the foundation have any undistributed income (Part XIII, lines 6d and 6e) for tax year(s) beginning before 2020? . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No | | | |
| If 'Yes,' list the years ▶ 20 _ _ , 20 _ _ , 20 _ _ , 20 _ _ | | | |
| **b** Are there any years listed in 2a for which the foundation is **not** applying the provisions of section 4942(a)(2) (relating to incorrect valuation of assets) to the year's undistributed income? (If applying section 4942(a)(2) to **all** years listed, answer 'No' and attach statement — see instructions.) . . . . . . . . . . . . . | **2 b** | | N/A |
| **c** If the provisions of section 4942(a)(2) are being applied to **any** of the years listed in 2a, list the years here. ▶ 20 _ _ , 20 _ _ , 20 _ _ , 20 _ _ | | | |
| **3 a** Did the foundation hold more than a 2% direct or indirect interest in any business enterprise at any time during the year? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No | | | |
| **b** If 'Yes,' did it have excess business holdings in 2020 as a result of **(1)** any purchase by the foundation or disqualified persons after May 26, 1969; **(2)** the lapse of the 5-year period (or longer period approved by the Commissioner under section 4943(c)(7)) to dispose of holdings acquired by gift or bequest; or **(3)** the lapse of the 10-, 15-, or 20-year first phase holding period? (Use Form 4720, Schedule C, to determine if the foundation had excess business holdings in 2020.) . . . . . . . . . . . . . . . . . . . . . . | **3 b** | | N/A |
| **4 a** Did the foundation invest during the year any amount in a manner that would jeopardize its charitable purposes? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4 a** | | X |
| **b** Did the foundation make an investment in a prior year (but after December 31, 1969) that could jeopardize its charitable purpose that had not been removed from jeopardy before the first day of the tax year beginning in 2020? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4 b** | | X |

BAA Form **990-PF** (2020)

Form 990-PF (2020)   SCHWARTZ FOUNDATION                                      94-2670122                Page **6**

## Part VII-B | Statements Regarding Activities for Which Form 4720 May Be Required *(continued)*

|  |  | Yes | No |
|---|---|---|---|
| **5a** During the year, did the foundation pay or incur any amount to: |  |  |  |
| **(1)** Carry on propaganda, or otherwise attempt to influence legislation (section 4945(e))? ☐ Yes ☒ No |  |  |  |
| **(2)** Influence the outcome of any specific public election (see section 4955); or to carry on, directly or indirectly, any voter registration drive? ☐ Yes ☒ No |  |  |  |
| **(3)** Provide a grant to an individual for travel, study, or other similar purposes? ☐ Yes ☒ No |  |  |  |
| **(4)** Provide a grant to an organization other than a charitable, etc., organization described in section 4945(d)(4)(A)? See instructions ☐ Yes ☒ No |  |  |  |
| **(5)** Provide for any purpose other than religious, charitable, scientific, literary, or educational purposes, or for the prevention of cruelty to children or animals? ☐ Yes ☒ No |  |  |  |
| **b** If any answer is 'Yes' to 5a(1)—(5), did any of the transactions fail to qualify under the exceptions described in Regulations section 53.4945 or in a current notice regarding disaster assistance? See instructions | **5b** |  | N/A |
| Organizations relying on a current notice regarding disaster assistance, check here ▶ ☐ |  |  |  |
| **c** If the answer is 'Yes' to question 5a(4), does the foundation claim exemption from the tax because it maintained expenditure responsibility for the grant? N/A ☐ Yes ☐ No |  |  |  |
| If 'Yes,' attach the statement required by Regulations section 53.4945-5(d). |  |  |  |
| **6a** Did the foundation, during the year, receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? ☐ Yes ☒ No |  |  |  |
| **b** Did the foundation, during the year, pay premiums, directly or indirectly, on a personal benefit contract? | **6b** |  | X |
| If 'Yes' to 6b, file Form 8870. |  |  |  |
| **7a** At any time during the tax year, was the foundation a party to a prohibited tax shelter transaction? ☐ Yes ☒ No |  |  |  |
| **b** If 'Yes,' did the foundation receive any proceeds or have any net income attributable to the transaction? N/A | **7b** |  |  |
| **8** Is the foundation subject to the section 4960 tax on payment(s) of more than $1,000,000 in remuneration or excess parachute payment(s) during the year? ☐ Yes ☒ No |  |  |  |

## Part VIII | Information About Officers, Directors, Trustees, Foundation Managers, Highly Paid Employees, and Contractors

**1** List all officers, directors, trustees, and foundation managers and their compensation. See instructions.

| **(a)** Name and address | **(b)** Title, and average hours per week devoted to position | **(c)** Compensation (If not paid, enter -0-) | **(d)** Contributions to employee benefit plans and deferred compensation | **(e)** Expense account, other allowances |
|---|---|---|---|---|
| NOAH SCHWARTZ<br>2822 HILLEGASS AVE.<br>BERKELEY, CA 94705 | TREASURER/SEC<br>1.00 | 0. | 0. | 0. |
| MARGOT SCHWARTZ<br>2822 HILLEGASS AVE.<br>BERKELEY, CA 94705 | PRESIDENT<br>2.00 | 0. | 0. | 0. |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**2** Compensation of five highest-paid employees (other than those included on line 1 — see instructions). If none, enter 'NONE.'

| **(a)** Name and address of each employee paid more than $50,000 | **(b)** Title, and average hours per week devoted to position | **(c)** Compensation | **(d)** Contributions to employee benefit plans and deferred compensation | **(e)** Expense account, other allowances |
|---|---|---|---|---|
| NONE |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Form 990-PF (2020)  SCHWARTZ FOUNDATION                                94-2670122        Page **7**

| Part VIII | Information About Officers, Directors, Trustees, Foundation Managers, Highly Paid Employees, and Contractors *(continued)* |

**3  Five highest-paid independent contractors for professional services. See instructions. If none, enter 'NONE.'**

| (a) Name and address of each person paid more than $50,000 | (b) Type of service | (c) Compensation |
|---|---|---|
| NONE | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total number of others receiving over $50,000 for professional services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | 0 |

| Part IX-A | Summary of Direct Charitable Activities |

| List the foundation's four largest direct charitable activities during the tax year. Include relevant statistical information such as the number of organizations and other beneficiaries served, conferences convened, research papers produced, etc. | Expenses |
|---|---|
| 1  SCHWARTZ FOUNDATION PROVIDES PEER TUTORING INFORMATION FOR TEACHERS AND INSTITUTIONS THAT WANT TO CREATE OR IMPROVE THE  PEER TUTORING PROGRESS IN THEIR SCHOOLS. | 72,025. |
| 2  A WEBSITE ENTITLED "PEER TUTORING RESOURCE" HAS CREATED AN INTERNET CENTER OF INFORMATION, AS WELL AS BLOG AND TWITTER ACTIVITY RELATED TO PEER TUTORING. | |
| 3  SEE STATEMENT 6 | |
| 4 | |

| Part IX-B | Summary of Program-Related Investments *(see instructions)* |

| Describe the two largest program-related investments made by the foundation during the tax year on lines 1 and 2. | Amount |
|---|---|
| 1  N/A | |
| 2 | |
| All other program-related investments. See instructions. | |
| 3 | |
| Total. Add lines 1 through 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 0. |

**BAA**                                                                 Form **990-PF** (2020)

Form 990-PF (2020)  SCHWARTZ FOUNDATION                                    94-2670122          Page **8**

| **Part X** | **Minimum Investment Return** (All domestic foundations must complete this part. Foreign foundations, see instructions.) | | |
|---|---|---|---|
| **1** | Fair market value of assets not used (or held for use) directly in carrying out charitable, etc., purposes: | | |
| **a** | Average monthly fair market value of securities................................................... | **1a** | |
| **b** | Average of monthly cash balances ...................................................................... | **1b** | |
| **c** | Fair market value of all other assets (see instructions)............................................. | **1c** | |
| **d** | **Total** (add lines 1a, b, and c) ......................................................................... | **1d** | 0. |
| **e** | Reduction claimed for blockage or other factors reported on lines 1a and 1c (attach detailed explanation).................. **1e** | | |
| **2** | Acquisition indebtedness applicable to line 1 assets................................................. | **2** | |
| **3** | Subtract line 2 from line 1d............................................................................. | **3** | |
| **4** | Cash deemed held for charitable activities. Enter 1-1/2% of line 3 (for greater amount, see instructions)................. | **4** | |
| **5** | **Net value of noncharitable-use assets.** Subtract line 4 from line 3. Enter here and on Part V, line 4 .......... | **5** | 0. |
| **6** | **Minimum investment return.** Enter 5% of line 5. | **6** | 0. |

| **Part XI** | **Distributable Amount** (see instructions) (Section 4942(j)(3) and (j)(5) private operating foundations and certain foreign organizations, check here ▶ ☒ and do not complete this part.) | | |
|---|---|---|---|
| **1** | Minimum investment return from Part X, line 6 ............ N/A ......................................... | **1** | |
| **2a** | Tax on investment income for 2020 from Part VI, line 5.............. **2a** | | |
| **b** | Income tax for 2020. (This does not include the tax from Part VI.) .............. **2b** | | |
| **c** | Add lines 2a and 2b.................................................................................... | **2c** | |
| **3** | Distributable amount before adjustments. Subtract line 2c from line 1 ........................... | **3** | |
| **4** | Recoveries of amounts treated as qualifying distributions ......................................... | **4** | |
| **5** | Add lines 3 and 4. ..................................................................................... | **5** | |
| **6** | Deduction from distributable amount (see instructions)............................................. | **6** | |
| **7** | **Distributable amount** as adjusted. Subtract line 6 from line 5. Enter here and on Part XIII, line 1.............. | **7** | |

| **Part XII** | **Qualifying Distributions** (see instructions) | | |
|---|---|---|---|
| **1** | Amounts paid (including administrative expenses) to accomplish charitable, etc., purposes: | | |
| **a** | Expenses, contributions, gifts, etc. — total from Part I, column (d), line 26................................. | **1a** | 72,025. |
| **b** | Program-related investments — total from Part IX-B.................................................. | **1b** | |
| **2** | Amounts paid to acquire assets used (or held for use) directly in carrying out charitable, etc., purposes ...... | **2** | |
| **3** | Amounts set aside for specific charitable projects that satisfy the: | | |
| **a** | Suitability test (prior IRS approval required).......................................................... | **3a** | |
| **b** | Cash distribution test (attach the required schedule).................................................. | **3b** | |
| **4** | **Qualifying distributions.** Add lines 1a through 3b. Enter here and on Part V, line 8; and Part XIII, line 4....... | **4** | 72,025. |
| **5** | Foundations that qualify under section 4940(e) for the reduced rate of tax on net investment income. Enter 1% of Part I, line 27b. See instructions................. | **5** | |
| **6** | **Adjusted qualifying distributions.** Subtract line 5 from line 4 ...................................... | **6** | 72,025. |

**Note:** The amount on line 6 will be used in Part V, column (b), in subsequent years when calculating whether the foundation qualifies for the section 4940(e) reduction of tax in those years.

**BAA**                                                                            Form **990-PF** (2020)

TEEA0308L   09/28/20

Form 990-PF (2020) SCHWARTZ FOUNDATION                                              94-2670122          Page 9

## Part XIII | Undistributed Income (see instructions)

N/A

| | (a) Corpus | (b) Years prior to 2019 | (c) 2019 | (d) 2020 |
|---|---|---|---|---|
| **1** Distributable amount for 2020 from Part XI, line 7 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| **2** Undistributed income, if any, as of the end of 2020: | | | | |
| **a** Enter amount for 2019 only . . . . . . . . . . . . . . . | | | | |
| **b** Total for prior years: 20___, 20___, 20___ | | | | |
| **3** Excess distributions carryover, if any, to 2020: | | | | |
| **a** From 2015 . . . . . . . . . . | | | | |
| **b** From 2016 . . . . . . . . . . | | | | |
| **c** From 2017 . . . . . . . . . . | | | | |
| **d** From 2018 . . . . . . . . . . | | | | |
| **e** From 2019 . . . . . . . . . . | | | | |
| **f** **Total** of lines 3a through e . . . . . . . . . . . . . . . . | | | | |
| **4** Qualifying distributions for 2020 from Part XII, line 4: ► $_____ | | | | |
| **a** Applied to 2019, but not more than line 2a . . . | | | | |
| **b** Applied to undistributed income of prior years (Election required — see instructions) . . . . . . . | | | | |
| **c** Treated as distributions out of corpus (Election required — see instructions) . . . . . . . | | | | |
| **d** Applied to 2020 distributable amount . . . . . . . | | | | |
| **e** Remaining amount distributed out of corpus . . | | | | |
| **5** Excess distributions carryover applied to 2020 (If an amount appears in column (d), the same amount must be shown in column (a).) | | | | |
| **6** **Enter the net total of each column as indicated below:** | | | | |
| **a** Corpus. Add lines 3f, 4c, and 4e. Subtract line 5 . . . . . . . | | | | |
| **b** Prior years' undistributed income. Subtract line 4b from line 2b . . . . . . . . . . . . . . . . . . . . . . | | | | |
| **c** Enter the amount of prior years' undistributed income for which a notice of deficiency has been issued, or on which the section 4942(a) tax has been previously assessed . . . . . . . . . . | | | | |
| **d** Subtract line 6c from line 6b. Taxable amount — see instructions . . . . . . . . . . . . . . . . . | | | | |
| **e** Undistributed income for 2019. Subtract line 4a from line 2a. Taxable amount — see instructions . . . . . . . . . . | | | | |
| **f** Undistributed income for 2020. Subtract lines 4d and 5 from line 1. This amount must be distributed in 2021 . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| **7** Amounts treated as distributions out of corpus to satisfy requirements imposed by section 170(b)(1)(F) or 4942(g)(3) (Election may be required — see instructions) . . . . . . . | | | | |
| **8** Excess distributions carryover from 2015 not applied on line 5 or line 7 (see instructions) . . | | | | |
| **9** **Excess distributions carryover to 2021.** Subtract lines 7 and 8 from line 6a . . . . . . . . . | | | | |
| **10** Analysis of line 9: | | | | |
| **a** Excess from 2016 . . . . | | | | |
| **b** Excess from 2017 . . . . | | | | |
| **c** Excess from 2018 . . . . | | | | |
| **d** Excess from 2019 . . . . | | | | |
| **e** Excess from 2020 . . . . | | | | |

**BAA**                                                                                     Form **990-PF** (2020)

Form 990-PF (2020)  SCHWARTZ FOUNDATION                                    94-2670122           Page **10**

## Part XIV | Private Operating Foundations (see instructions and Part VII-A, question 9)

**1 a** If the foundation has received a ruling or determination letter that it is a private operating foundation, and the ruling is effective for 2020, enter the date of the ruling.................................................................► 11/14/79

**b** Check box to indicate whether the foundation is a private operating foundation described in section [X] 4942(j)(3) or [ ] 4942(j)(5)

| 2a Enter the lesser of the adjusted net income from Part I or the minimum investment return from Part X for each year listed ..................... | Tax year (a) 2020 | Prior 3 years (b) 2019 | (c) 2018 | (d) 2017 | (e) Total |
|---|---|---|---|---|---|
| | 0. | | | | 0. |
| **b** 85% of line 2a........................... | | | | | 0. |
| **c** Qualifying distributions from Part XII, line 4, for each year listed ............. | 72,025. | 67,856. | 81,700. | 80,171. | 301,752. |
| **d** Amounts included in line 2c not used directly for active conduct of exempt activities.......... | | | | | 0. |
| **e** Qualifying distributions made directly for active conduct of exempt activities. Subtract line 2d from line 2c........... | 72,025. | 67,856. | 81,700. | 80,171. | 301,752. |
| **3** Complete 3a, b, or c for the alternative test relied upon: | | | | | |
| **a** 'Assets' alternative test — enter: | | | | | |
| **(1)** Value of all assets ................ | | 440,370. | | | 440,370. |
| **(2)** Value of assets qualifying under section 4942(j)(3)(B)(i)............. | | 440,370. | | | 440,370. |
| **b** 'Endowment' alternative test — enter 2/3 of minimum investment return shown in Part X, line 6, for each year listed .................. | | | | | |
| **c** 'Support' alternative test — enter: | | | | | |
| **(1)** Total support other than gross investment income (interest, dividends, rents, payments on securities loans (section 512(a)(5)), or royalties)........... | | | | | |
| **(2)** Support from general public and 5 or more exempt organizations as provided in section 4942(j)(3)(B)(iii) ............. | | | | | |
| **(3)** Largest amount of support from an exempt organization............. | | | | | |
| **(4)** Gross investment income.......... | | | | | |

## Part XV | Supplementary Information (Complete this part only if the foundation had $5,000 or more in assets at any time during the year — see instructions.)

**1   Information Regarding Foundation Managers:**

**a** List any managers of the foundation who have contributed more than 2% of the total contributions received by the foundation before the close of any tax year (but only if they have contributed more than $5,000). (See section 507(d)(2).)

NONE

**b** List any managers of the foundation who own 10% or more of the stock of a corporation (or an equally large portion of the ownership of a partnership or other entity) of which the foundation has a 10% or greater interest.

NONE

**2   Information Regarding Contribution, Grant, Gift, Loan, Scholarship, etc., Programs:**

Check here ► [ ] if the foundation only makes contributions to preselected charitable organizations and does not accept unsolicited requests for funds. If the foundation makes gifts, grants, etc., to individuals or organizations under other conditions, complete items 2a, b, c, and d. See instructions.

**a** The name, address, and telephone number or email address of the person to whom applications should be addressed:

SEE STATEMENT 7

**b** The form in which applications should be submitted and information and materials they should include:

SEE STATEMENT FOR LINE 2A

**c** Any submission deadlines:

SEE STATEMENT FOR LINE 2A

**d** Any restrictions or limitations on awards, such as by geographical areas, charitable fields, kinds of institutions, or other factors:

SEE STATEMENT FOR LINE 2A

BAA                                    TEEA0310L  09/28/20                                    Form **990-PF** (2020)

Form 990-PF (2020) SCHWARTZ FOUNDATION                                      94-2670122                    Page **11**

| Part XV | Supplementary Information (continued) |

**3   Grants and Contributions Paid During the Year or Approved for Future Payment**

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| **a** *Paid during the year* | | | | |
| | | | | |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ **3a** | | | | |
| **b** *Approved for future payment* | | | | |
| | | | | |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ **3b** | | | | |

**BAA**                                     TEEA0501L  09/28/20                              Form **990-PF** (2020)

Form 990-PF (2020)   SCHWARTZ FOUNDATION                                      94-2670122                    Page **12**

## Part XVI-A   Analysis of Income-Producing Activities

Enter gross amounts unless otherwise indicated.

| | Unrelated business income | | Excluded by section 512, 513, or 514 | | (e) Related or exempt function income (See instructions.) |
|---|---|---|---|---|---|
| | (a) Business code | (b) Amount | (c) Exclusion code | (d) Amount | |
| **1** Program service revenue: | | | | | |
| a | | | | | |
| b | | | | | |
| c | | | | | |
| d | | | | | |
| e | | | | | |
| f | | | | | |
| **g** Fees and contracts from government agencies | | | | | |
| **2** Membership dues and assessments | | | | | |
| **3** Interest on savings and temporary cash investments | | | 14 | 2,777. | |
| **4** Dividends and interest from securities | | | 14 | 12,997. | |
| **5** Net rental income or (loss) from real estate: | | | | | |
| **a** Debt-financed property | | | | | |
| **b** Not debt-financed property | | | | | |
| **6** Net rental income or (loss) from personal property | | | | | |
| **7** Other investment income | | | | | |
| **8** Gain or (loss) from sales of assets other than inventory | | | | | 10,789. |
| **9** Net income or (loss) from special events | | | | | |
| **10** Gross profit or (loss) from sales of inventory | | | | | |
| **11** Other revenue: | | | | | |
| a | | | | | |
| b | | | | | |
| c | | | | | |
| d | | | | | |
| e | | | | | |
| **12** Subtotal. Add columns (b), (d), and (e) | | | | 15,774. | 10,789. |
| **13 Total.** Add line 12, columns (b), (d), and (e) | | | | **13** | 26,563. |

(See worksheet in line 13 instructions to verify calculations.)

## Part XVI-B   Relationship of Activities to the Accomplishment of Exempt Purposes

| Line No. ▼ | Explain below how each activity for which income is reported in column (e) of Part XVI-A contributed importantly to the accomplishment of the foundation's exempt purposes (other than by providing funds for such purposes). (See instructions.) |
|---|---|
| N/A | |

Form 990-PF (2020)   SCHWARTZ FOUNDATION                                94-2670122                   Page 13

**Part XVII** | **Information Regarding Transfers to and Transactions and Relationships With Noncharitable Exempt Organizations**

|  |  | Yes | No |
|---|---|---|---|
| **1** Did the organization directly or indirectly engage in any of the following with any other organization described in section 501(c) (other than section 501(c)(3) organizations) or in section 527, relating to political organizations? |  |  |  |
| **a** Transfers from the reporting foundation to a noncharitable exempt organization of: |  |  |  |
| (1) Cash | **1 a (1)** |  | X |
| (2) Other assets | **1 a (2)** |  | X |
| **b** Other transactions: |  |  |  |
| (1) Sales of assets to a noncharitable exempt organization | **1 b (1)** |  | X |
| (2) Purchases of assets from a noncharitable exempt organization | **1 b (2)** |  | X |
| (3) Rental of facilities, equipment, or other assets | **1 b (3)** |  | X |
| (4) Reimbursement arrangements | **1 b (4)** |  | X |
| (5) Loans or loan guarantees | **1 b (5)** |  | X |
| (6) Performance of services or membership or fundraising solicitations | **1 b (6)** |  | X |
| **c** Sharing of facilities, equipment, mailing lists, other assets, or paid employees | **1 c** |  | X |

**d** If the answer to any of the above is 'Yes,' complete the following schedule. Column **(b)** should always show the fair market value of the goods, other assets, or services given by the reporting foundation. If the foundation received less than fair market value in any transaction or sharing arrangement, show in column **(d)** the value of the goods, other assets, or services received.

| (a) Line no. | (b) Amount involved | (c) Name of noncharitable exempt organization | (d) Description of transfers, transactions, and sharing arrangements |
|---|---|---|---|
| N/A |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**2a** Is the foundation directly or indirectly affiliated with, or related to, one or more tax-exempt organizations described in section 501(c) (other than section 501(c)(3)) or in section 527? ☐ Yes ☒ No

**b** If 'Yes,' complete the following schedule.

| (a) Name of organization | (b) Type of organization | (c) Description of relationship |
|---|---|---|
| N/A |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer or trustee _____ Date _____

Title: **PRESIDENT**

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

**Paid Preparer Use Only**

| | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| | CHARLENE R SMITH, CPA | CHARLENE R SMITH, CPA | 6/30/21 | | P00237963 |

Firm's name ▶ GRANT & SMITH, LLP

Firm's address ▶ 333 HEGENBERGER ROAD., SUITE 325
OAKLAND, CA 94621

Firm's EIN ▶ 94-3169649

Phone no. 510-832-0257

BAA

Form **990-PF** (2020)

TEEA0503L   09/28/20

| 2020 | FEDERAL STATEMENTS | PAGE 1 |
|---|---|---|
| | SCHWARTZ FOUNDATION | 94-2670122 |

**STATEMENT 1**
**FORM 990-PF, PART I, LINE 16A**
**LEGAL FEES**

| | (A) EXPENSES PER BOOKS | (B) NET INVESTMENT INCOME | (C) ADJUSTED NET INCOME | (D) CHARITABLE PURPOSES |
|---|---|---|---|---|
| LEGAL FEES | $ 5,957. | | | $ 5,957. |
| TOTAL | $ 5,957. | $ 0. | $ 0. | $ 5,957. |

**STATEMENT 2**
**FORM 990-PF, PART I, LINE 16B**
**ACCOUNTING FEES**

| | (A) EXPENSES PER BOOKS | (B) NET INVESTMENT INCOME | (C) ADJUSTED NET INCOME | (D) CHARITABLE PURPOSES |
|---|---|---|---|---|
| ACCOUNTING | $ 925. | | | $ 925. |
| TOTAL | $ 925. | $ 0. | $ 0. | $ 925. |

**STATEMENT 3**
**FORM 990-PF, PART I, LINE 16C**
**OTHER PROFESSIONAL FEES**

| | (A) EXPENSES PER BOOKS | (B) NET INVESTMENT INCOME | (C) ADJUSTED NET INCOME | (D) CHARITABLE PURPOSES |
|---|---|---|---|---|
| OUTSIDE CONTRACT SERVICES | $ 7,000. | | | $ 7,000. |
| TOTAL | $ 7,000. | $ 0. | $ 0. | $ 7,000. |

**STATEMENT 4**
**FORM 990-PF, PART I, LINE 18**
**TAXES**

| | (A) EXPENSES PER BOOKS | (B) NET INVESTMENT INCOME | (C) ADJUSTED NET INCOME | (D) CHARITABLE PURPOSES |
|---|---|---|---|---|
| FEDERAL TAX | $ 63. | | | $ 63. |
| PAYROLL TAX EXPENSE | 2,717. | | | 2,717. |
| TOTAL | $ 2,780. | $ 0. | $ 0. | $ 2,780. |

**2020**        **FEDERAL STATEMENTS**        **PAGE 2**

**SCHWARTZ FOUNDATION**        94-2670122

**STATEMENT 5**
**FORM 990-PF, PART I, LINE 23**
**OTHER EXPENSES**

| | (A) EXPENSES PER BOOKS | (B) NET INVESTMENT INCOME | (C) ADJUSTED NET INCOME | (D) CHARITABLE PURPOSES |
|---|---|---|---|---|
| .............................................. | $ 10. | | | $ 10. |
| ADVERTISING.................................. | 2,989. | | | 2,989. |
| BANK CHARGES................................. | 43. | | | 43. |
| INSURANCE.................................... | 853. | | | 853. |
| PAYROLL PROCESSING FEES ................. | 1,440. | | | 1,440. |
| SENIOR ENTERTAINMENT THERAPY........ | 5,440. | | | 5,440. |
| SUPPLIES.................................... | 361. | | | 361. |
| WORKERS' COMP. INSURANCE..... ........ | 602. | | | 602. |
| TOTAL | $ 11,738. | $ 0. | $ 0. | $ 11,738. |

**STATEMENT 6**
**FORM 990-PF, PART IX-A, LINE 3**
**SUMMARY OF DIRECT CHARITABLE ACTIVITIES**

| DIRECT CHARITABLE ACTIVITIES | EXPENSES |
|---|---|

SENIOR ENTERTAINMENT THERAPY THROUGH MUSIC HELPS RENEW THE MEMORIES
OF SENIOR CITIZENS AND STIMULATES BRAIN FUNCTIONS THUS PROVIDING MORE
SOCIAL AND PHYSICAL ACTIVITY THROUGH SINGING AND DANCING.
PERFORMANCES WERE PROVIDED TO 23 RETIREMENT HOMES.

**STATEMENT 7**
**FORM 990-PF, PART XV, LINE 2A-D**
**APPLICATION SUBMISSION INFORMATION**

| | |
|---|---|
| NAME OF GRANT PROGRAM: | |
| NAME: | DEBBRA WOOD SCHWARTZ |
| CARE OF: | |
| STREET ADDRESS: | 7711 OAKPORT ST. |
| CITY, STATE, ZIP CODE: | OAKLAND, CA 94621 |
| TELEPHONE: | 510-562-5000 |
| E-MAIL ADDRESS: | |
| FORM AND CONTENT: | WRITTEN PROGRAM DESCRIPTION |
| SUBMISSION DEADLINES: | NONE |
| RESTRICTIONS ON AWARDS: | NONE |

**EXHIBIT 5**

STATE OF CALIFORNIA
RRF-1
(Rev. 02/2021)
1N

MAIL TO:
Registry of Charitable Trusts
P.O. Box 903447
Sacramento, CA 94203-4470

STREET ADDRESS:
1300 I Street
Sacramento, CA 95814
(916) 210-6400

WEBSITE ADDRESS:
www.oag.ca.gov/charities

DEPARTMENT OF JUSTICE
PAGE 1 of 5

# ANNUAL REGISTRATION RENEWAL FEE REPORT
## TO ATTORNEY GENERAL OF CALIFORNIA

Sections 12586 and 12587, California Government Code
11 Cal. Code Regs. sections 301-306, 309, 311, and 312

Failure to submit this report annually no later than four months and fifteen days after the end of the organization's accounting period may result in the loss of tax exemption and the assessment of a minimum tax of $800, plus interest, and/or fines or filing penalties. Revenue & Taxation Code section 23703; Government Code section 12586.1. IRS extensions will be honored.

(For Registry Use Only)

RECEIVED
Attorney General's Office

OCT 0 4 2022

Registry of Charitable Trusts

**SCHWARTZ FOUNDATION**
Name of Organization

Check if:
☐ Change of address
☐ Amended report

List all DBAs and names the organization uses or has used

**14665 WASHINGTON AVENUE #26**
Address (Number and Street)

State Charity Registration Number  039637

**SAN LEANDRO, CA 94578**
City or Town, State, and ZIP Code

Corporation or Organization No.  0967388

**510-638-9100**
Telephone Number                     E-mail Address

Federal Employer ID No.  94-2670122

## ANNUAL REGISTRATION RENEWAL FEE SCHEDULE (11 Cal. Code Regs. sections 301-307, 311, and 312)
### Make Check Payable to Department of Justice

| Total Revenue | Fee | Total Revenue | Fee | Total Revenue | Fee |
|---|---|---|---|---|---|
| Less than $50,000 | $25 | Between $250,001 and $1 million | $100 | Between $20,000,001 and $100 million | $800 |
| Between $50,000 and $100,000 | $50 | Between $1,000,001 and $5 million | $200 | Between $100,000,001 and $500 million | $1,000 |
| Between $100,001 and $250,000 | $75 | Between $5,000,001 and $20 million | $400 | Greater than $500 million | $1,200 |

## PART A — ACTIVITIES

For your most recent full accounting period (beginning    1/01/21    ending    12/31/21    ) list:

Total Revenue $ (including noncash contributions)     95,030.     Noncash Contributions $     0.     Total Assets $     8,376,946.

Program Expenses $     457,502.          Total Expenses $     457,302.

## PART B — STATEMENTS REGARDING ORGANIZATION DURING THE PERIOD OF THIS REPORT

Note: All questions must be answered. If you answer "yes" to any of the questions below, you must attach a separate page providing an explanation and details for each "yes" response. Please review RRF-1 instructions for information required.

| | Yes | No |
|---|---|---|
| 1  During this reporting period, were there any contracts, loans, leases or other financial transactions between the organization and any officer, director or trustee thereof, either directly or with an entity in which any such officer, director or trustee had any financial interest? | ☐ | ☒ |
| 2  During this reporting period, was there any theft, embezzlement, diversion or misuse of the organization's charitable property or funds? | ☐ | ☒ |
| 3  During this reporting period, were any organization funds used to pay any penalty, fine or judgment? | ☐ | ☒ |
| 4  During this reporting period, were the services of a commercial fundraiser, fundraising counsel for charitable purposes, or commercial coventurer used? | ☐ | ☒ |
| 5  During this reporting period, did the organization receive any governmental funding? | ☐ | ☒ |
| 6  During this reporting period, did the organization hold a raffle for charitable purposes? | ☐ | ☒ |
| 7  Does the organization conduct a vehicle donation program? | ☐ | ☒ |
| 8  Did the organization conduct an independent audit and prepare audited financial statements in accordance with generally accepted accounting principles for this reporting period? | ☐ | ☒ |
| 9  At the end of this reporting period, did the organization hold restricted net assets, while reporting negative unrestricted net assets? | ☐ | ☒ |

RECEIVED
Attorney General's Office
OCT 0 4 2022
Registry of Charitable Trusts

I declare under penalty of perjury that I have examined this report, including accompanying documents, and to the best of my knowledge and belief, the content is true, correct and complete, and I am authorized to sign.

Signature of Authorized Agent     MARGOT SCHWARTZ      PRESIDENT      9|27|22
                                  Printed Name            Title           Date

CAEA9801L  01/26/22

870885 $50

Form **8868**
(Rev. January 2022)

Department of the Treasury
Internal Revenue Service

## Application for Automatic Extension of Time To File an Exempt Organization Return

► File a separate application for each return.
► Go to *www.irs.gov/Form8868* for the latest information.

OMB No. 1545-0047

**Electronic filing (e-file).** You can electronically file Form 8868 to request a 6-month automatic extension of time to file any of the forms listed below with the exception of Form 8870, Information Return for Transfers Associated With Certain Personal Benefit Contracts, for which an extension request must be sent to the IRS in paper format (see instructions). For more details on the electronic filing of this form, visit *www.irs.gov/e-file-providers/e-file-for-charities-and-non-profits*.

**Automatic 6-Month Extension of Time.** Only submit original (no copies needed).

All corporations required to file an income tax return other than Form 990-T (including 1120-C filers), partnerships, REMICs, and trusts must use Form 7004 to request an extension of time to file income tax returns.

| Type or print | Name of exempt organization or other filer, see instructions. | Taxpayer identification number (TIN) |
|---|---|---|
| | SCHWARTZ FOUNDATION | 94-2670122 |
| File by the due date for filing your return. See instructions. | Number, street, and room or suite no. If a P.O. box, see instructions. | |
| | 14665 WASHINGTON AVENUE #26 | |
| | City, town or post office, state, and ZIP code. For a foreign address, see instructions. | |
| | SAN LEANDRO, CA 94578 | |

Enter the Return Code for the return that this application is for (file a separate application for each return) . . . . . . . . . . . . . . . . . . . . . . . . .  `04`

| Application Is For | Return Code | Application Is For | Return Code |
|---|---|---|---|
| Form 990 or Form 990-EZ | 01 | Form 1041-A | 08 |
| Form 4720 (individual) | 03 | Form 4720 (other than individual) | 09 |
| Form 990-PF | 04 | Form 5227 | 10 |
| Form 990-T (section 401(a) or 408(a) trust) | 05 | Form 6069 | 11 |
| Form 990-T (trust other than above) | 06 | Form 8870 | 12 |
| Form 990-T (corporation) | 07 | | |

- The books are in the care of ► SCHWARTZ FOUNDATION _____

  Telephone No. ► 510-638-9100 _____.   Fax No. ► _____
- If the organization does not have an office or place of business in the United States, check this box . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► ☐
- If this is for a Group Return, enter the organization's four digit Group Exemption Number (GEN) _____ . If this is for the whole group, check this box . . . . . ► ☐ . If it is for part of the group, check this box . . . ► ☐ and attach a list with the names and TINs of all members the extension is for.

**1** I request an automatic 6-month extension of time until __11/15____, 20 _22_ , to file the exempt organization return
for the organization named above. The extension is for the organization's return for:
  ► ☒ calendar year 20 _21_ or
  ► ☐ tax year beginning _____, 20 ___ , and ending _____, 20 ___ .

**2** If the tax year entered in line 1 is for less than 12 months, check reason: ☐ Initial return   ☐ Final return
  ☐ Change in accounting period

| | | | |
|---|---|---|---|
| **3 a** If this application is for Forms 990-PF, 990-T, 4720, or 6069, enter the tentative tax, less any nonrefundable credits. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3a** | $ | 200. |
| **b** If this application is for Forms 990-PF, 990-T, 4720, or 6069, enter any refundable credits and estimated tax payments made. Include any prior year overpayment allowed as a credit . . . . . . . . . . . . . . . . . . . . . . . | **3b** | $ | 0. |
| **c Balance due.** Subtract line 3b from line 3a. Include your payment with this form, if required, by using EFTPS (Electronic Federal Tax Payment System). See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3c** | $ | 200. |

**Caution:** If you are going to make an electronic funds withdrawal (direct debit) with this Form 8868, see Form 8453-TE and Form 8879-TE for payment instructions.

**BAA  For Privacy Act and Paperwork Reduction Act Notice, see instructions.**

Form **8868** (Rev. 1-2022)

FIFZ0501L 10/28/21

Form **990-PF**

Department of the Treasury
Internal Revenue Service

### Return of Private Foundation
### or Section 4947(a)(1) Trust Treated as Private Foundation

▶ Do not enter social security numbers on this form as it may be made public.
▶ Go to *www.irs.gov/Form990PF* for instructions and the latest information.

OMB No. 1545-0047

**2021**

Open to Public Inspection

**For calendar year 2021 or tax year beginning** _____ **, 2021, and ending** _____ **,20** ____

SCHWARTZ FOUNDATION
14665 WASHINGTON AVENUE #26
SAN LEANDRO, CA 94578

| | |
|---|---|
| **A** Employer identification number | 94-2670122 |
| **B** Telephone number (see instructions) | 510-638-9100 |

**G** Check all that apply: ☐ Initial return ☐ Initial return of a former public charity
☐ Final return ☐ Amended return
☐ Address change ☐ Name change

**H** Check type of organization: ☒ Section 501(c)(3) exempt private foundation
☐ Section 4947(a)(1) nonexempt charitable trust ☐ Other taxable private foundation

**I** Fair market value of all assets at end of year (from Part II, column (c), line 16)
▶ $ 8,977,109.

**J** Accounting method: ☒ Cash ☐ Accrual
☐ Other (specify) _____
(Part I, column (d), must be on cash basis.)

**C** If exemption application is pending, check here . ▶ ☐

**D** 1 Foreign organizations, check here . . . . . . . . . . ▶ ☐
2 Foreign organizations meeting the 85% test, check here and attach computation. . . . . . . . . . . . . . ▶ ☐

**E** If private foundation status was terminated under section 507(b)(1)(A), check here . . . . . . ▶ ☐

**F** If the foundation is in a 60-month termination under section 507(b)(1)(B), check here . . . . . . . ▶ ☐

**Part I** | **Analysis of Revenue and Expenses** (The total of amounts in columns (b), (c), and (d) may not necessarily equal the amounts in column (a) (see instructions).)

| | | (a) Revenue and expenses per books | (b) Net investment income | (c) Adjusted net income | (d) Disbursements for charitable purposes (cash basis only) |
|---|---|---|---|---|---|
| **Revenue** | 1 Contributions, gifts, grants, etc., received (attach schedule) . . . | 80,628. | | | |
| | 2 Check ▶ ☐ if the foundation is **not** required to attach Sch. B | | | | |
| | 3 Interest on savings and temporary cash investments . . . | 788. | 788. | 788. | |
| | 4 Dividends and interest from securities . . . . . . . . | 13,614. | 13,614. | 13,614. | |
| | 5a Gross rents . . . . . . . . . . . . . . . . . . . . . . | | | | |
| | b Net rental income or (loss) . . . . . . . | | | | |
| | 6a Net gain or (loss) from sale of assets not on line 10 . . . . . | | | | |
| | b Gross sales price for all assets on line 6a. . . . . . . | | | | |
| | 7 Capital gain net income (from Part IV, line 2) . . . . | | | | |
| | 8 Net short-term capital gain . . . . . . . . . . . . . . . | | | | |
| | 9 Income modifications . . . . . . . . . . . . . . . . | | | | |
| | 10a Gross sales less returns and allowances . . . . . . | | | | |
| | b Less: Cost of goods sold . . . . . | | | | |
| | c Gross profit or (loss) (attach schedule) . . . . . . . . . . | | | | |
| | 11 Other income (attach schedule) . . . . . . . . . . . . | | | | |
| | 12 **Total.** Add lines 1 through 11 . . . . . . . . . . . . . . | 95,030. | 14,402. | 14,402. | |
| **Operating and Administrative Expenses** | 13 Compensation of officers, directors, trustees, etc. | 0. | | | |
| | 14 Other employee salaries and wages . . . . . . . . . . | 43,000. | | | 43,000. |
| | 15 Pension plans, employee benefits . . . . . . . . . . | | | | |
| | 16a Legal fees (attach schedule) . . . SEE ST 1 | 325,851. | | | 325,851. |
| | b Accounting fees (attach sch) . . . SEE ST 2 | 1,175. | | | 1,175. |
| | c Other professional fees (attach sch) . . SEE ST 3 | 3,782. | | | 3,782. |
| | 17 Interest . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| | 18 Taxes (attach schedule)(see instrs) . . SEE STM 4 | 3,903. | | | 3,903. |
| | 19 Depreciation (attach schedule) and depletion . . . . . . . . . . . . . . . . | | | | |
| | 20 Occupancy . . . . . . . . . . . . . . . . . . . . . . | 519. | | | 519. |
| | 21 Travel, conferences, and meetings . . . . . . . . . | | | | |
| | 22 Printing and publications . . . . . . . . . . | | | | |
| | 23 Other expenses (attach schedule) SEE STATEMENT 5 | 74,072. | | | 74,072. |
| | 24 **Total operating and administrative expenses.** Add lines 13 through 23 . . . . . . . | 452,302. | | | 452,302. |
| | 25 Contributions, gifts, grants paid . . . . . PART XIV | 5,000. | | | 5,000. |
| | 26 **Total expenses and disbursements.** Add lines 24 and 25. . . . . . . . . . . . . . | 457,302. | 0. | 0. | 457,302. |
| | 27 Subtract line 26 from line 12: | | | | |
| | **a** Excess of revenue over expenses and disbursements . . . . . . . . . . . . . . | -362,272. | | | |
| | **b** Net investment income (if negative, enter -0-) . . . . | | 14,402. | | |
| | **c** Adjusted net income (if negative, enter -0-) . . . . | | | 14,402. | |

BAA **For Paperwork Reduction Act Notice, see instructions.**      TEEA0301L 09/02/21      Form **990-PF** (2021)

Form 990-PF (2021) SCHWARTZ FOUNDATION                                94-2670122               Page 2

| Part II | Balance Sheets | Attached schedules and amounts in the description column should be for end-of-year amounts only. (See instructions.) | Beginning of year | End of year | |
|---|---|---|---|---|---|
| | | | **(a)** Book Value | **(b)** Book Value | **(c)** Fair Market Value |

| | | | (a) Book Value | (b) Book Value | (c) Fair Market Value |
|---|---|---|---|---|---|
| **Assets** | **1** Cash — non-interest-bearing. | | | | |
| | **2** Savings and temporary cash investments. | | 8,080,008. | 7,717,736. | 7,717,536. |
| | **3** Accounts receivable. ► | | | | |
| | Less: allowance for doubtful accounts ► | | | | |
| | **4** Pledges receivable. ► | | | | |
| | Less: allowance for doubtful accounts ► | | | | |
| | **5** Grants receivable. | | | | |
| | **6** Receivables due from officers, directors, trustees, and other disqualified persons (attach schedule) (see instructions). | | | | |
| | **7** Other notes and loans receivable (attach sch) . . ► | | | | |
| | Less: allowance for doubtful accounts ► | | | | |
| | **8** Inventories for sale or use. | | | | |
| | **9** Prepaid expenses and deferred charges. | | | | |
| | **10a** Investments — U.S. and state government obligations (attach schedule). | | | | |
| | **b** Investments — corporate stock (attach schedule). | | 659,210. | 659,210. | 1,259,573. |
| | **c** Investments — corporate bonds (attach schedule). | | | | |
| | **11** Investments — land, buildings, and equipment: basis. ► | | | | |
| | Less: accumulated depreciation (attach schedule). ► | | | | |
| | **12** Investments — mortgage loans. | | | | |
| | **13** Investments — other (attach schedule). | | | | |
| | **14** Land, buildings, and equipment: basis ► | | | | |
| | Less: accumulated depreciation (attach schedule). ► | | | | |
| | **15** Other assets (describe ► ) | | | | |
| | **16** **Total assets** (to be completed by all filers — see the instructions. Also, see page 1, item I). | | 8,739,218. | 8,376,946. | 8,977,109. |
| **Liabilities** | **17** Accounts payable and accrued expenses. | | | | |
| | **18** Grants payable. | | | | |
| | **19** Deferred revenue. | | | | |
| | **20** Loans from officers, directors, trustees, & other disqualified persons. | | | | |
| | **21** Mortgages and other notes payable (attach schedule). | | | | |
| | **22** Other liabilities (describe ► ) | | | | |
| | **23** **Total liabilities** (add lines 17 through 22). | | 0. | 0. | |
| **Net Assets or Fund Balances** | Foundations that follow FASB ASC 958, check here ► [X] and complete lines 24, 25, 29, and 30. | | | | |
| | **24** Net assets without donor restrictions. | | 8,739,218. | 8,376,946. | |
| | **25** Net assets with donor restrictions. | | | | |
| | Foundations that do not follow FASB ASC 958, check here ► [ ] and complete lines 26 through 30. | | | | |
| | **26** Capital stock, trust principal, or current funds. | | | | |
| | **27** Paid-in or capital surplus, or land, bldg., and equipment fund. | | | | |
| | **28** Retained earnings, accumulated income, endowment, or other funds. | | | | |
| | **29** **Total net assets or fund balances** (see instructions). | | 8,739,218. | 8,376,946. | |
| | **30** **Total liabilities and net assets/fund balances** (see instructions). | | 8,739,218. | 8,376,946. | |

| Part III | Analysis of Changes in Net Assets or Fund Balances |
|---|---|

| | | | |
|---|---|---|---|
| **1** | Total net assets or fund balances at beginning of year — Part II, column (a), line 29 (must agree with end-of-year figure reported on prior year's return). | **1** | 8,739,218. |
| **2** | Enter amount from Part I, line 27a. | **2** | -362,272. |
| **3** | Other increases not included in line 2 (itemize) ► | **3** | |
| **4** | Add lines 1, 2, and 3. | **4** | 8,376,946. |
| **5** | Decreases not included in line 2 (itemize) ► | **5** | |
| **6** | Total net assets or fund balances at end of year (line 4 minus line 5) — Part II, column (b), line 29. | **6** | 8,376,946. |

BAA                              TEEA0302L  09/02/21                       Form **990-PF** (2021)

Form 990-PF (2021) SCHWARTZ FOUNDATION                                94-2670122            Page **3**

## Part IV | Capital Gains and Losses for Tax on Investment Income

| (a) List and describe the kind(s) of property sold (for example, real estate, 2-story brick warehouse; or common stock, 200 shs. MLC Co.) | (b) How acquired P — Purchase D — Donation | (c) Date acquired (mo., day, yr.) | (d) Date sold (mo., day, yr.) |
|---|---|---|---|
| **1 a** N/A | | | |
| **b** | | | |
| **c** | | | |
| **d** | | | |
| **e** | | | |

| (e) Gross sales price | (f) Depreciation allowed (or allowable) | (g) Cost or other basis plus expense of sale | (h) Gain or (loss) ((e) plus (f) minus (g)) |
|---|---|---|---|
| **a** | | | |
| **b** | | | |
| **c** | | | |
| **d** | | | |
| **e** | | | |

Complete only for assets showing gain in column (h) and owned by the foundation on 12/31/69.

| (i) FMV as of 12/31/69 | (j) Adjusted basis as of 12/31/69 | (k) Excess of col. (i) over col. (j), if any | (l) Gains (Col. (h) gain minus col. (k), but not less than -0-) or Losses (from col. (h)) |
|---|---|---|---|
| **a** | | | |
| **b** | | | |
| **c** | | | |
| **d** | | | |
| **e** | | | |

**2** Capital gain net income or (net capital loss)..... ⎱ If gain, also enter in Part I, line 7
⎰ If (loss), enter -0- in Part I, line 7          **2**

**3** Net short-term capital gain or (loss) as defined in sections 1222(5) and (6):
If gain, also enter in Part I, line 8, column (c). See instructions. If (loss), enter -0- in Part I, line 8....          **3**

## Part V | Excise Tax Based on Investment Income (Section 4940(a), 4940(b), or 4948 — see instructions)

| | | |
|---|---|---:|
| **1 a** Exempt operating foundations described in section 4940(d)(2), check here ...... ▶ ☐ and enter 'N/A' on line 1. Date of ruling or determination letter: _ _ _ _ _ _ _ **(attach copy of letter if necessary — see instructions)** | | |
| **b** All other domestic foundations enter 1.39% (0.0139) of line 27b. Exempt foreign organizations, enter 4% (0.04) of Part I, line 12, col. (b)................................................ | **1** | 200. |
| **2** Tax under section 511 (domestic section 4947(a)(1) trusts and taxable foundations only; others, enter -0-)................................................ | **2** | 0. |
| **3** Add lines 1 and 2............................................................. | **3** | 200. |
| **4** Subtitle A (income) tax (domestic section 4947(a)(1) trusts and taxable foundations only; others, enter -0-).. | **4** | 0. |
| **5** **Tax based on investment income.** Subtract line 4 from line 3. If zero or less, enter -0-...................... | **5** | 200. |
| **6** Credits/Payments: | | |
| **a** 2021 estimated tax pymts and 2020 overpayment credited to 2021........................... **6a** | | |
| **b** Exempt foreign organizations — tax withheld at source........................ **6b** | | |
| **c** Tax paid with application for extension of time to file (Form 8868).............. **6c** | | |
| **d** Backup withholding erroneously withheld................................... **6d** | | |
| **7** Total credits and payments. Add lines 6a through 6d........................................ | **7** | 0. |
| **8** Enter any **penalty** for underpayment of estimated tax. Check here ☐ if Form 2220 is attached............. | **8** | |
| **9** **Tax due.** If the total of lines 5 and 8 is more than line 7, enter amount owed.................... ▶ | **9** | 200. |
| **10** **Overpayment.** If line 7 is more than the total of lines 5 and 8, enter the amount overpaid.................... ▶ | **10** | |
| **11** Enter the amount of line 10 to be: **Credited to 2022 estimated tax** ▶ \| **Refunded** ▶ | **11** | |

BAA                                                                Form **990-PF** (2021)

TEEA0303L   09/02/21

Form 990-PF (2021) SCHWARTZ FOUNDATION                                    94-2670122                    Page 4

| **Part VI-A** | **Statements Regarding Activities** | | | |
|---|---|---|---|---|

| | | | Yes | No |
|---|---|---|---|---|
| **1a** During the tax year, did the foundation attempt to influence any national, state, or local legislation or did it participate or intervene in any political campaign?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1a** | | | X |
| **b** Did it spend more than $100 during the year (either directly or indirectly) for political purposes? See the instructions for the definition. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1b** | | | X |
| If the answer is 'Yes' to **1a** or **1b**, attach a detailed description of the activities and copies of any materials published or distributed by the foundation in connection with the activities. | | | | |
| **c** Did the foundation file **Form 1120-POL** for this year?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1c** | | | X |
| **d** Enter the amount (if any) of tax on political expenditures (section 4955) imposed during the year: | | | | |
| **(1)** On the foundation  ► $            0.  **(2)** On foundation managers ► $            0. | | | | |
| **e** Enter the reimbursement (if any) paid by the foundation during the year for political expenditure tax imposed on foundation managers      ► $            0. | | | | |
| **2** Has the foundation engaged in any activities that have not previously been reported to the IRS?. . . . . . . . . . . . . . . . . . . . . | **2** | | | X |
| If 'Yes,' attach a detailed description of the activities. | | | | |
| **3** Has the foundation made any changes, not previously reported to the IRS, in its governing instrument, articles of incorporation, or bylaws, or other similar instruments? If 'Yes,' attach a conformed copy of the changes . . . . . . . . . . . . . | **3** | | | X |
| **4a** Did the foundation have unrelated business gross income of $1,000 or more during the year? . . . . . . . . . . . . . . . . . . . . . . . | **4a** | | | X |
| **b** If 'Yes,' has it filed a tax return on **Form 990-T** for this year?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4b** | | | |
| **5** Was there a liquidation, termination, dissolution, or substantial contraction during the year?. . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | | | X |
| If 'Yes,' attach the statement required by *General Instruction T.* | | | | |
| **6** Are the requirements of section 508(e) (relating to sections 4941 through 4945) satisfied either: | | | | |
| ● By language in the governing instrument, or | | | | |
| ● By state legislation that effectively amends the governing instrument so that no mandatory directions that conflict with the state law remain in the governing instrument?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | | X | |
| **7** Did the foundation have at least $5,000 in assets at any time during the year? If 'Yes,' complete Part II, col. (c), and Part XIV. . . . . . . . . . . . . . . . . | **7** | | X | |
| **8a** Enter the states to which the foundation reports or with which it is registered. See instructions       ► _____ | | | | |
| CA | | | | |
| **b** If the answer is 'Yes' to line 7, has the foundation furnished a copy of Form 990-PF to the Attorney General (or designate) of each state as required by *General Instruction G?* If 'No,' attach explanation. . . . . . . . . . . . . . . . . . . . . . . . . . . | **8b** | | X | |
| **9** Is the foundation claiming status as a private operating foundation within the meaning of section 4942(j)(3) or 4942(j)(5) for calendar year 2021 or the tax year beginning in 2021? See the instructions for Part XIII. If 'Yes,' complete Part XIII . . | **9** | | | X |
| **10** Did any persons become substantial contributors during the tax year? If 'Yes,' attach a schedule listing their names and addresses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **10** | | | X |
| **11** At any time during the year, did the foundation, directly or indirectly, own a controlled entity within the meaning of section 512(b)(13)? If 'Yes,' attach schedule. See instructions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11** | | | X |
| **12** Did the foundation make a distribution to a donor advised fund over which the foundation or a disqualified person had advisory privileges? If 'Yes,' attach statement. See instructions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **12** | | | X |
| **13** Did the foundation comply with the public inspection requirements for its annual returns and exemption application?. . . . . . | **13** | | X | |
| Website address. . . . . . . . . . . . . . . . . . . . . . . . . ► RADSCHWARTZFOUNDATION.ORG_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | | |

**14** The books are in care of ► SCHWARTZ FOUNDATION_ _ _ _ _ _ _ _ _ _ _ _ _   Telephone no. ► 510-638-9100 _ _ _ _
 Located at ► 14665 WASHINGTON AVE., #26 SAN LEANDRO CA_ _ _ _   ZIP + 4 ► 94578_ _ _ _ _ _ _ _ _ _

**15** Section 4947(a)(1) nonexempt charitable trusts filing Form 990-PF in lieu of **Form 1041** − check here. . . . . . . . . . . . . . . . . . . N/A  ► ☐

 and enter the amount of tax-exempt interest received or accrued during the year . . . . . . . . . . . . . . . . . . . . . . . . . ► | **15** |                     | N/A

| | | | Yes | No |
|---|---|---|---|---|
| **16** At any time during calendar year 2021, did the foundation have an interest in or a signature or other authority over a bank, securities, or other financial account in a foreign country?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **16** | | | X |
| See the instructions for exceptions and filing requirements for FinCEN Form 114. If 'Yes,' enter the name of the foreign country      ► | | | | |

BAA                                                                                      Form **990-PF** (2021)

TEEA0304L  09/02/21

Form 990-PF (2021)  SCHWARTZ FOUNDATION                                    94-2670122                    Page **5**

| **Part VI-B** | **Statements Regarding Activities for Which Form 4720 May Be Required** | | | |
|---|---|---|---|---|

**File Form 4720 if any item is checked in the 'Yes' column, unless an exception applies.**

| | | | Yes | No |
|---|---|---|---|---|
| **1 a** During the year, did the foundation (either directly or indirectly): | | | | |
| **(1)** Engage in the sale or exchange, or leasing of property with a disqualified person? | 1a(1) | | | X |
| **(2)** Borrow money from, lend money to, or otherwise extend credit to (or accept it from) a disqualified person? | 1a(2) | | | X |
| **(3)** Furnish goods, services, or facilities to (or accept them from) a disqualified person? | 1a(3) | | | X |
| **(4)** Pay compensation to, or pay or reimburse the expenses of, a disqualified person? | 1a(4) | | | X |
| **(5)** Transfer any income or assets to a disqualified person (or make any of either available for the benefit or use of a disqualified person)? | 1a(5) | | | X |
| **(6)** Agree to pay money or property to a government official? (**Exception.** Check 'No' if the foundation agreed to make a grant to or to employ the official for a period after termination of government service, if terminating within 90 days.) | 1a(6) | | | X |
| **b** If any answer is 'Yes' to 1a(1)–(6), did **any** of the acts fail to qualify under the exceptions described in Regulations section 53.4941(d)-3 or in a current notice regarding disaster assistance? See instructions | 1b | | | |
| **c** Organizations relying on a current notice regarding disaster assistance, check here........ ► ☐ | | | | |
| **d** Did the foundation engage in a prior year in any of the acts described in 1a, other than excepted acts, that were not corrected before the first day of the tax year beginning in 2021? | 1d | | | X |
| **2** Taxes on failure to distribute income (section 4942) (does not apply for years the foundation was a private operating foundation defined in section 4942(j)(3) or 4942(j)(5)): | | | | |
| **a** At the end of tax year 2021, did the foundation have any undistributed income (Part XII, lines 6d and 6e) for tax year(s) beginning before 2021? | 2a | | | X |
| If 'Yes,' list the years ► 20__ , 20__ , 20__ , 20__ | | | | |
| **b** Are there any years listed in 2a for which the foundation is **not** applying the provisions of section 4942(a)(2) (relating to incorrect valuation of assets) to the year's undistributed income? (If applying section 4942(a)(2) to **all** years listed, answer 'No' and attach statement — see instructions.) | 2b | | | |
| **c** If the provisions of section 4942(a)(2) are being applied to **any** of the years listed in 2a, list the years here. ► 20__ , 20__ , 20__ , 20__ | | | | |
| **3 a** Did the foundation hold more than a 2% direct or indirect interest in any business enterprise at any time during the year? | 3a | | | X |
| **b** If 'Yes,' did it have excess business holdings in 2021 as a result of **(1)** any purchase by the foundation or disqualified persons after May 26, 1969; **(2)** the lapse of the 5-year period (or longer period approved by the Commissioner under section 4943(c)(7)) to dispose of holdings acquired by gift or bequest; or **(3)** the lapse of the 10-, 15-, or 20-year first phase holding period? (Use Form 4720, Schedule C, to determine if the foundation had excess business holdings in 2021.) | 3b | | | |
| **4 a** Did the foundation invest during the year any amount in a manner that would jeopardize its charitable purposes? | 4a | | | X |
| **b** Did the foundation make any investment in a prior year (but after December 31, 1969) that could jeopardize its charitable purpose that had not been removed from jeopardy before the first day of the tax year beginning in 2021? | 4b | | | X |

BAA                                                                          Form **990-PF** (2021)

Form 990-PF (2021)   SCHWARTZ FOUNDATION                                      94-2670122                        Page 6

| **Part VI-B** | **Statements Regarding Activities for Which Form 4720 May Be Required** *(continued)* | | | |
|---|---|---|---|---|

| | | | Yes | No |
|---|---|---|---|---|
| **5a** During the year, did the foundation pay or incur any amount to: | | | | |
| **(1)** Carry on propaganda, or otherwise attempt to influence legislation (section 4945(e))?........................ | | **5a(1)** | | X |
| **(2)** Influence the outcome of any specific public election (see section 4955); or to carry on, directly or indirectly, any voter registration drive?............................ | | **5a(2)** | | X |
| **(3)** Provide a grant to an individual for travel, study, or other similar purposes? ....................... | | **5a(3)** | | X |
| **(4)** Provide a grant to an organization other than a charitable, etc., organization described in section 4945(d)(4)(A)? See instructions......................... | | **5a(4)** | | X |
| **(5)** Provide for any purpose other than religious, charitable, scientific, literary, or educational purposes, or for the prevention of cruelty to children or animals?................ | | **5a(5)** | | X |
| **b** If any answer is 'Yes' to 5a(1)–(5), did **any** of the transactions fail to qualify under the exceptions described in Regulations section 53.4945 or in a current notice regarding disaster assistance? See instructions......................... | | **5b** | N/A | |
| Organizations relying on a current notice regarding disaster assistance, check here........................ ▶ ☐ | | | | |
| **c** If the answer is 'Yes' to question 5a(4), does the foundation claim exemption from the tax because it maintained expenditure responsibility for the grant?....................N/A | | **5d** | | |
| If 'Yes,' attach the statement required by Regulations section 53.4945-5(d). | | | | |
| **6a** Did the foundation, during the year, receive any funds, directly or indirectly, to pay premiums on a personal benefit contract?.......................... | | **6a** | | X |
| **b** Did the foundation, during the year, pay premiums, directly or indirectly, on a personal benefit contract?............... | | **6b** | | X |
| If 'Yes' to 6b, file Form 8870. | | | | |
| **7a** At any time during the tax year, was the foundation a party to a prohibited tax shelter transaction? ..................... | | **7a** | | X |
| **b** If 'Yes,' did the foundation receive any proceeds or have any net income attributable to the transaction?..........N/A | | **7b** | | |
| **8** Is the foundation subject to the section 4960 tax on payment(s) of more than $1,000,000 in remuneration or excess parachute payment(s) during the year?.......................... | | **8** | | X |

| **Part VII** | **Information About Officers, Directors, Trustees, Foundation Managers, Highly Paid Employees, and Contractors** |
|---|---|

**1** List all officers, directors, trustees, and foundation managers and their compensation. See instructions.

| **(a)** Name and address | **(b)** Title, and average hours per week devoted to position | **(c)** Compensation (If not paid, enter -0-) | **(d)** Contributions to employee benefit plans and deferred compensation | **(e)** Expense account, other allowances |
|---|---|---|---|---|
| NOAH SCHWARTZ 2822 HILLEGASS AVE. BERKELEY, CA 94705 | TREASURER/SEC 1.00 | 0. | 0. | 0. |
| MARGOT SCHWARTZ 2822 HILLEGASS AVE. BERKELEY, CA 94705 | PRESIDENT 2.00 | 0. | 0. | 0. |
| | | | | |
| | | | | |
| | | | | |

**2**    Compensation of five highest-paid employees (other than those included on line 1 — see instructions). If none, enter 'NONE.'

| **(a)** Name and address of each employee paid more than $50,000 | **(b)** Title, and average hours per week devoted to position | **(c)** Compensation | **(d)** Contributions to employee benefit plans and deferred compensation | **(e)** Expense account, other allowances |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Total** number of other employees paid over $50,000 ....................................................... ▶   |   0

BAA                                  TEEA0306L   09/02/21                              Form **990-PF** (2021)

Form 990-PF (2021) SCHWARTZ FOUNDATION                 94-2670122       Page **7**

**Part VII** **Information About Officers, Directors, Trustees, Foundation Managers, Highly Paid Employees, and Contractors** *(continued)*

**3 Five highest-paid independent contractors for professional services. See instructions. If none, enter 'NONE.'**

| (a) Name and address of each person paid more than $50,000 | (b) Type of service | (c) Compensation |
|---|---|---|
| NONE | | |
| | | |
| | | |
| | | |
| | | |
| **Total** number of others receiving over $50,000 for professional services............................................ ▶ | | 0 |

**Part VIII-A** **Summary of Direct Charitable Activities**

| List the foundation's four largest direct charitable activities during the tax year. Include relevant statistical information such as the number of organizations and other beneficiaries served, conferences convened, research papers produced, etc. | Expenses |
|---|---|
| 1 SCHWARTZ FOUNDATION PROVIDES PEER TUTORING INFORMATION FOR TEACHERS AND INSTITUTIONS THAT WANT TO CREATE OR IMPROVE THE PEER TUTORING PROGRESS IN THEIR SCHOOLS. | 390,719. |
| 2 A WEBSITE ENTITLED "PEER TUTORING RESOURCE" HAS CREATED AN INTERNET CENTER OF INFORMATION, AS WELL AS BLOG AND TWITTER ACTIVITY RELATED TO PEER TUTORING. | |
| 3 SEE STATEMENT 6 | 66,783. |
| 4 | |

**Part VIII-B** **Summary of Program-Related Investments** *(see instructions)*

| Describe the two largest program-related investments made by the foundation during the tax year on lines 1 and 2. | Amount |
|---|---|
| 1 N/A | |
| 2 | |
| All other program-related investments. See instructions. | |
| 3 | |
| **Total.** Add lines 1 through 3........................................................................ ▶ | 0. |

**BAA**                              Form **990-PF** (2021)

Form 990-PF (2021) SCHWARTZ FOUNDATION                                              94-2670122                    Page 8

| **Part IX** | **Minimum Investment Return** (All domestic foundations must complete this part. Foreign foundations, see instructions.) | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **1** | Fair market value of assets not used (or held for use) directly in carrying out charitable, etc., purposes: | | |
| **a** | Average monthly fair market value of securities | **1a** | |
| **b** | Average of monthly cash balances | **1b** | |
| **c** | Fair market value of all other assets (see instructions) | **1c** | |
| **d** | **Total** (add lines 1a, b, and c) | **1d** | 0. |
| **e** | Reduction claimed for blockage or other factors reported on lines 1a and 1c (attach detailed explanation) | **1e** | |
| **2** | Acquisition indebtedness applicable to line 1 assets | **2** | |
| **3** | Subtract line 2 from line 1d | **3** | |
| **4** | Cash deemed held for charitable activities. Enter 1.5% (0.015) of line 3 (for greater amount, see instructions) | **4** | |
| **5** | **Net value of noncharitable-use assets.** Subtract line 4 from line 3. Enter here and on Part V, line 4 | **5** | 0. |
| **6** | **Minimum investment return.** Enter 5% (0.05) of line 5 | **6** | 0. |

| **Part X** | **Distributable Amount** (see instructions) (Section 4942(j)(3) and (j)(5) private operating foundations and certain foreign organizations, check here ► ☐ and do not complete this part.) | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **1** | Minimum investment return from Part IX, line 6 | **1** | |
| **2a** | Tax on investment income for 2021 from Part V, line 5 | **2a** 200. | |
| **b** | Income tax for 2021. (This does not include the tax from Part V.) | **2b** | |
| **c** | Add lines 2a and 2b | **2c** | 200. |
| **3** | Distributable amount before adjustments. Subtract line 2c from line 1 | **3** | -200. |
| **4** | Recoveries of amounts treated as qualifying distributions | **4** | |
| **5** | Add lines 3 and 4 | **5** | -200. |
| **6** | Deduction from distributable amount (see instructions) | **6** | |
| **7** | **Distributable amount** as adjusted. Subtract line 6 from line 5. Enter here and on Part XII, line 1 | **7** | 0. |

| **Part XI** | **Qualifying Distributions** (see instructions) | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **1** | Amounts paid (including administrative expenses) to accomplish charitable, etc., purposes: | | |
| **a** | Expenses, contributions, gifts, etc. — total from Part I, column (d), line 26 | **1a** | 457,302. |
| **b** | Program-related investments — total from Part VIII-B | **1b** | |
| **2** | Amounts paid to acquire assets used (or held for use) directly in carrying out charitable, etc., purposes | **2** | |
| **3** | Amounts set aside for specific charitable projects that satisfy the: | | |
| **a** | Suitability test (prior IRS approval required) | **3a** | |
| **b** | Cash distribution test (attach the required schedule) | **3b** | |
| **4** | **Qualifying distributions.** Add lines 1a through 3b. Enter here and on Part XII, line 4 | **4** | 457,302. |

BAA                                                                                                    Form **990-PF** (2021)

TEEA0308L  09/02/21

Form 990-PF (2021) SCHWARTZ FOUNDATION                                      94-2670122          Page 9

## Part XII | Undistributed Income (see instructions)

| | (a) Corpus | (b) Years prior to 2020 | (c) 2020 | (d) 2021 |
|---|---|---|---|---|
| 1 Distributable amount for 2021 from Part X, line 7 | | | | 0. |
| 2 Undistributed income, if any, as of the end of 2021: | | | | |
| a Enter amount for 2020 only | | | 0. | |
| b Total for prior years: 20___, 20___, 20___ | | 0. | | |
| 3 Excess distributions carryover, if any, to 2021: | | | | |
| a From 2016 | | | | |
| b From 2017 | | | | |
| c From 2018 | | | | |
| d From 2019 | | | | |
| e From 2020 | | | | |
| f Total of lines 3a through e | 0. | | | |
| 4 Qualifying distributions for 2021 from Part XI, line 4: ► $ 457,302. | | | | |
| a Applied to 2020, but not more than line 2a | | | 0. | |
| b Applied to undistributed income of prior years (Election required — see instructions) | | 0. | | |
| c Treated as distributions out of corpus (Election required — see instructions) | 0. | | | |
| d Applied to 2021 distributable amount | | | | 0. |
| e Remaining amount distributed out of corpus | 457,302. | | | |
| 5 Excess distributions carryover applied to 2021 (If an amount appears in column (d), the same amount must be shown in column (a).) | 0. | | | 0. |
| 6 Enter the net total of each column as indicated below: | | | | |
| a Corpus. Add lines 3f, 4c, and 4e. Subtract line 5 | 457,302. | | | |
| b Prior years' undistributed income. Subtract line 4b from line 2b | | 0. | | |
| c Enter the amount of prior years' undistributed income for which a notice of deficiency has been issued, or on which the section 4942(a) tax has been previously assessed | | 0. | | |
| d Subtract line 6c from line 6b. Taxable amount — see instructions | | 0. | | |
| e Undistributed income for 2020. Subtract line 4a from line 2a. Taxable amount — see instructions | | | 0. | |
| f Undistributed income for 2021. Subtract lines 4d and 5 from line 1. This amount must be distributed in 2022 | | | | 0. |
| 7 Amounts treated as distributions out of corpus to satisfy requirements imposed by section 170(b)(1)(F) or 4942(g)(3) (Election may be required — see instructions) | 0. | | | |
| 8 Excess distributions carryover from 2016 not applied on line 5 or line 7 (see instructions) | 0. | | | |
| 9 Excess distributions carryover to 2022. Subtract lines 7 and 8 from line 6a | 457,302. | | | |
| 10 Analysis of line 9: | | | | |
| a Excess from 2017 | | | | |
| b Excess from 2018 | | | | |
| c Excess from 2019 | | | | |
| d Excess from 2020 | | | | |
| e Excess from 2021 .... 457,302. | | | | |

BAA                                                                          Form **990-PF** (2021)

Form 990-PF (2021)  SCHWARTZ FOUNDATION                                      94-2670122          Page **10**

| **Part XIII** | **Private Operating Foundations** (see instructions and Part VI-A, question 9) | | | | N/A |

**1 a** If the foundation has received a ruling or determination letter that it is a private operating foundation, and the ruling
is effective for 2021, enter the date of the ruling . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► 

**b** Check box to indicate whether the foundation is a private operating foundation described in section ☐ 4942(j)(3) or ☐ 4942(j)(5)

| | Tax year | Prior 3 years | | | (e) Total |
|---|---|---|---|---|---|
| **2a** Enter the lesser of the adjusted net income from Part I or the minimum investment return from Part IX for each year listed . . . . . . . . . . . . . . . . . . | **(a)** 2021 | **(b)** 2020 | **(c)** 2019 | **(d)** 2018 | |
| **b** 85% (0.85) of line 2a . . . . . . . . . . . . . . . . . | | | | | |
| **c** Qualifying distributions from Part XI, line 4, for each year listed . . . . . . . . . . . . . | | | | | |
| **d** Amounts included in line 2c not used directly for active conduct of exempt activities . . . . . . . . . | | | | | |
| **e** Qualifying distributions made directly for active conduct of exempt activities. Subtract line 2d from line 2c . . . . . . . . . . | | | | | |
| **3** Complete 3a, b, or c for the alternative test relied upon: | | | | | |
| **a** 'Assets' alternative test — enter: | | | | | |
| **(1)** Value of all assets . . . . . . . . . . . . . . . . | | | | | |
| **(2)** Value of assets qualifying under section 4942(j)(3)(B)(i) . . . . . . . . . . . . | | | | | |
| **b** 'Endowment' alternative test — enter 2/3 of minimum investment return shown in Part IX, line 6, for each year listed . . . . . . . . . . . . . . . . . | | | | | |
| **c** 'Support' alternative test — enter: | | | | | |
| **(1)** Total support other than gross investment income (interest, dividends, rents, payments on securities loans (section 512(a)(5)), or royalties) . . . . . . . . . . . | | | | | |
| **(2)** Support from general public and 5 or more exempt organizations as provided in section 4942(j)(3)(B)(iii) . . . . . . . . . . . . . | | | | | |
| **(3)** Largest amount of support from an exempt organization . . . . . . . . . . . | | | | | |
| **(4)** Gross investment income . . . . . . . . . | | | | | |

| **Part XIV** | **Supplementary Information (Complete this part only if the foundation had $5,000 or more in assets at any time during the year — see instructions.)** |

**1  Information Regarding Foundation Managers:**

**a** List any managers of the foundation who have contributed more than 2% of the total contributions received by the foundation before the close of any tax year (but only if they have contributed more than $5,000). (See section 507(d)(2).)

NONE

**b** List any managers of the foundation who own 10% or more of the stock of a corporation (or an equally large portion of the ownership of a partnership or other entity) of which the foundation has a 10% or greater interest.

NONE

**2  Information Regarding Contribution, Grant, Gift, Loan, Scholarship, etc., Programs:**

Check here ► ☒ if the foundation only makes contributions to preselected charitable organizations and does not accept unsolicited requests for funds. If the foundation makes gifts, grants, etc., to individuals or organizations under other conditions, complete items 2a, b, c, and d. See instructions.

**a** The name, address, and telephone number or email address of the person to whom applications should be addressed:

SEE STATEMENT 7

**b** The form in which applications should be submitted and information and materials they should include:

SEE STATEMENT FOR LINE 2A

**c** Any submission deadlines:

SEE STATEMENT FOR LINE 2A

**d** Any restrictions or limitations on awards, such as by geographical areas, charitable fields, kinds of institutions, or other factors:

SEE STATEMENT FOR LINE 2A

Form 990-PF (2021) SCHWARTZ FOUNDATION                              94-2670122          Page **11**

**Part XIV** **Supplementary Information** (continued)

**3   Grants and Contributions Paid During the Year or Approved for Future Payment**

| Recipient | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| Name and address (home or business) | | | | |
| **a** *Paid during the year* | | | | |
| MILWAUKEE SYMPHONY ORCHESTRA<br>212 W. WICONSIN AVE.<br>MILWAUKEE WI 53203 | NONE | PC | GALA PERFORMANCE | 5,000. |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ **3a** | | | | 5,000. |
| **b** *Approved for future payment* | | | | |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ **3b** | | | | |

Form 990-PF (2021)   SCHWARTZ FOUNDATION                                94-2670122          Page **12**

## Part XV-A | Analysis of Income-Producing Activities

Enter gross amounts unless otherwise indicated.

| | Unrelated business income | | Excluded by section 512, 513, or 514 | | (e) |
|---|---|---|---|---|---|
| | **(a)** Business code | **(b)** Amount | **(c)** Exclusion code | **(d)** Amount | Related or exempt function income (See instructions.) |
| **1** Program service revenue: | | | | | |
| **a** | | | | | |
| **b** | | | | | |
| **c** | | | | | |
| **d** | | | | | |
| **e** | | | | | |
| **f** | | | | | |
| **g** Fees and contracts from government agencies.. | | | | | |
| **2** Membership dues and assessments............ | | | | | |
| **3** Interest on savings and temporary cash investments ...... | | | 14 | 788. | |
| **4** Dividends and interest from securities......... | | | 14 | 13,614. | |
| **5** Net rental income or (loss) from real estate: | | | | | |
| **a** Debt-financed property......................... | | | | | |
| **b** Not debt-financed property .................... | | | | | |
| **6** Net rental income or (loss) from personal property ........ | | | | | |
| **7** Other investment income...................... | | | | | |
| **8** Gain or (loss) from sales of assets other than inventory..... | | | | | |
| **9** Net income or (loss) from special events ....... | | | | | |
| **10** Gross profit or (loss) from sales of inventory.... | | | | | |
| **11** Other revenue: **a** | | | | | |
| **b** | | | | | |
| **c** | | | | | |
| **d** | | | | | |
| **e** | | | | | |
| **12** Subtotal. Add columns (b), (d), and (e)......... | | | | 14,402. | |
| **13** **Total.** Add line 12, columns (b), (d), and (e) ............................................ **13** | | | | | 14,402. |

(See worksheet in line 13 instructions to verify calculations.)

## Part XV-B | Relationship of Activities to the Accomplishment of Exempt Purposes

| Line No. ▼ | Explain below how each activity for which income is reported in column (e) of Part XV-A contributed importantly to the accomplishment of the foundation's exempt purposes (other than by providing funds for such purposes). (See instructions.) |
|---|---|
| XV-B | DIVIDENDS & INTEREST INCREASE VALUE OF INVESTMENT USED TO FURTHER EXEMPT FUNCTION. |
| | |

TEEA0502L   09/04/21

Form 990-PF (2021)   SCHWARTZ FOUNDATION                     94-2670122          Page 13

## Part XVI  Information Regarding Transfers to and Transactions and Relationships With Noncharitable Exempt Organizations

| | | Yes | No |
|---|---|---|---|
| **1** Did the organization directly or indirectly engage in any of the following with any other organization described in section 501(c) (other than section 501(c)(3) organizations) or in section 527, relating to political organizations? | | | |
| **a** Transfers from the reporting foundation to a noncharitable exempt organization of: | | | |
| (1) Cash | 1a(1) | | X |
| (2) Other assets | 1a(2) | | X |
| **b** Other transactions: | | | |
| (1) Sales of assets to a noncharitable exempt organization | 1b(1) | | X |
| (2) Purchases of assets from a noncharitable exempt organization | 1b(2) | | X |
| (3) Rental of facilities, equipment, or other assets | 1b(3) | | X |
| (4) Reimbursement arrangements | 1b(4) | | X |
| (5) Loans or loan guarantees | 1b(5) | | X |
| (6) Performance of services or membership or fundraising solicitations | 1b(6) | | X |
| **c** Sharing of facilities, equipment, mailing lists, other assets, or paid employees | 1c | | X |

**d** If the answer to any of the above is 'Yes,' complete the following schedule. Column **(b)** should always show the fair market value of the goods, other assets, or services given by the reporting foundation. If the foundation received less than fair market value in any transaction or sharing arrangement, show in column **(d)** the value of the goods, other assets, or services received.

| (a) Line no. | (b) Amount involved | (c) Name of noncharitable exempt organization | (d) Description of transfers, transactions, and sharing arrangements |
|---|---|---|---|
| N/A | | | |

**2a** Is the foundation directly or indirectly affiliated with, or related to, one or more tax-exempt organizations described in section 501(c) (other than section 501(c)(3)) or in section 527? ☐ Yes ☒ No

**b** If 'Yes,' complete the following schedule.

| (a) Name of organization | (b) Type of organization | (c) Description of relationship |
|---|---|---|
| N/A | | |

**Sign Here** — Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer or trustee ▶    Date    Title: PRESIDENT    May the IRS discuss this return with the preparer shown below? ☒ Yes ☐ No

**Paid Preparer Use Only**
Print/Type preparer's name: CHARLENE R SMITH, CPA
Preparer's signature: CHARLENE R SMITH, CPA   Date 9/20/22   Check ☐ if self-employed   PTIN P00237963
Firm's name ▶ GRANT & SMITH, LLP
Firm's address ▶ 333 HEGENBERGER ROAD., SUITE 325  OAKLAND, CA 94621
Firm's EIN ▶ 94-3169649   Phone no. 510-832-0257

BAA                                    Form **990-PF** (2021)

TEEA0503L  09/02/21

| 2021 | FEDERAL STATEMENTS | PAGE 1 |
|------|--------------------|--------|

**SCHWARTZ FOUNDATION** — 94-2670122

**STATEMENT 1**
**FORM 990-PF, PART I, LINE 16A**
**LEGAL FEES**

|  | (A) EXPENSES PER BOOKS | (B) NET INVESTMENT INCOME | (C) ADJUSTED NET INCOME | (D) CHARITABLE PURPOSES |
|--|------------------------|---------------------------|-------------------------|-------------------------|
| LEGAL FEES | $ 325,851. |  |  | $ 325,851. |
| TOTAL | $ 325,851. | $ 0. | $ 0. | $ 325,851. |

**STATEMENT 2**
**FORM 990-PF, PART I, LINE 16B**
**ACCOUNTING FEES**

|  | (A) EXPENSES PER BOOKS | (B) NET INVESTMENT INCOME | (C) ADJUSTED NET INCOME | (D) CHARITABLE PURPOSES |
|--|------------------------|---------------------------|-------------------------|-------------------------|
| ACCOUNTING | $ 1,175. |  |  | $ 1,175. |
| TOTAL | $ 1,175. | $ 0. | $ 0. | $ 1,175. |

**STATEMENT 3**
**FORM 990-PF, PART I, LINE 16C**
**OTHER PROFESSIONAL FEES**

|  | (A) EXPENSES PER BOOKS | (B) NET INVESTMENT INCOME | (C) ADJUSTED NET INCOME | (D) CHARITABLE PURPOSES |
|--|------------------------|---------------------------|-------------------------|-------------------------|
| OUTSIDE CONTRACT SERVICES | $ 3,782. |  |  | $ 3,782. |
| TOTAL | $ 3,782. | $ 0. | $ 0. | $ 3,782. |

**STATEMENT 4**
**FORM 990-PF, PART I, LINE 18**
**TAXES**

|  | (A) EXPENSES PER BOOKS | (B) NET INVESTMENT INCOME | (C) ADJUSTED NET INCOME | (D) CHARITABLE PURPOSES |
|--|------------------------|---------------------------|-------------------------|-------------------------|
| FEDERAL TAX | $ 369. |  |  | $ 369. |
| PAYROLL TAX EXPENSE | 3,534. |  |  | 3,534. |
| TOTAL | $ 3,903. | $ 0. | $ 0. | $ 3,903. |

| 2021 | FEDERAL STATEMENTS | PAGE 2 |
|---|---|---|
| CLIENT 6437 | SCHWARTZ FOUNDATION | 94-2670122 |
| 9/20/22 | | 08:39AM |

**STATEMENT 5**
**FORM 990-PF, PART I, LINE 23**
**OTHER EXPENSES**

| | (A)<br>EXPENSES<br>PER BOOKS | (B) NET<br>INVESTMENT<br>INCOME | (C)<br>ADJUSTED<br>NET INCOME | (D)<br>CHARITABLE<br>PURPOSES |
|---|---|---|---|---|
| ADVERTISING | $      3,010. | | | $      3,010. |
| BANK CHARGES | 137. | | | 137. |
| INSURANCE | 853. | | | 853. |
| OTHER EXPENSES | 2. | | | 2. |
| PAYROLL PROCESSING FEES | 1,450. | | | 1,450. |
| SENIOR ENTERTAINMENT THERAPY | 66,583. | | | 66,583. |
| SUPPLIES | 1,397. | | | 1,397. |
| TAXES, LICENSES & FEES | 170. | | | 170. |
| WORKERS' COMP. INSURANCE | 470. | | | 470. |
| TOTAL | $     74,072. | $          0. | $          0. | $     74,072. |

**STATEMENT 6**
**FORM 990-PF, PART VIII-A, LINE 3**
**SUMMARY OF DIRECT CHARITABLE ACTIVITIES**

| DIRECT CHARITABLE ACTIVITIES | EXPENSES |
|---|---|
| SENIOR ENTERTAINMENT THERAPY THROUGH MUSIC HELPS RENEW THE MEMORIES OF SENIOR CITIZENS AND STIMULATES BRAIN FUNCTIONS THUS PROVIDING MORE SOCIAL AND PHYSICAL ACTIVITY THROUGH SINGING AND DANCING. PERFORMANCES WERE PROVIDED TO 23 RETIREMENT HOMES. | $      66,783. |

**STATEMENT 7**
**FORM 990-PF, PART XIV, LINE 2A-D**
**APPLICATION SUBMISSION INFORMATION**

```
NAME OF GRANT PROGRAM:
NAME:                    MARGOT SCHWARTZ
CARE OF:
STREET ADDRESS:          14665 WASHINGTON AVE., #26
CITY, STATE, ZIP CODE:   SAN LEANDRO, CA 94578
TELEPHONE:               510-638-9100
E-MAIL ADDRESS:
FORM AND CONTENT:        WRITTEN PROGRAM DESCRIPTION
SUBMISSION DEADLINES:    NONE
RESTRICTIONS ON AWARDS:  NONE
```