Donald Charles Schwartz, Esq. (SBN 122476)
Law Offices of Donald C. Schwartz
7960 Soquel Drive, No. 291
Aptos, CA  95003
831-331-9909; Facsimile 815-301-6556
Email: triallaw@cruzio.com

Attorney for Plaintiffs
Schwartz Foundation, Donald Charles Schwartz
Michael L. Osterberg, Honorable Willie L. Brown, Jr.,
Charles P. Schwartz, III, Paul David Schwartz,
David L. Schwartz

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHWARTZ FOUNDATION, DONALD CHARLES SCHWARTZ, MICHAEL L. OSTERBERG, WILLIE L. BROWN, JR., CHARLES P. SCHWARTZ, III, PAUL DAVID SCHWARTZ, DAVID RICHARD SCHWARTZ,<br><br>Plaintiffs,<br><br>vs.<br><br>MARGOT WOOD SCHWARTZ, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 23-cv-06086<br><br>**PLEADINGS AND ORDERS IN RESPONSE TO REQUEST FOR REMOVING PARTIES TO PROVIDE ADDITIONAL INFORMATION**<br><br>Volume 2 - Partial |

Removing Parties Schwartz Foundation, Donald Charles Schwartz, Michael L. Osterberg, Honorable Willie L. Brown, Jr., Charles P. Schwartz, III, Paul Schwartz, David Schwartz hereby respond to the Court's Order Requesting Removing Parties to Provide Additional Information (Dkt 8) as follows:

**Exhibit 6 - Register of Action For Case No. 21CV00416**

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit 7 - Register of Action For Case No. 21CV00032**

Date: December 13, 2023          */s/ Donald Charles Schwartz*
                                 _____
                                 Donald C. Schwartz
                                 Attorney for Plaintiffs
                         Schwartz Foundation, Donald Charles Schwartz
                       Michael L. Osterberg, Honorable Willie L. Brown, Jr.,
                   Charles P. Schwartz, III, Paul David Schwartz, David L. Schwartz