Donald Charles Schwartz, Esq. (SBN 122476)
Law Offices of Donald C. Schwartz
7960 Soquel Drive, No. 291
Aptos, CA  95003
831-331-9909; Facsimile 815-301-6556
Email: triallaw@cruzio.com

Attorney for Plaintiffs
Schwartz Foundation, Donald Charles Schwartz
Michael L. Osterberg, Honorable Willie L. Brown, Jr.,
Charles P. Schwartz, III, Paul David Schwartz,
David L. Schwartz

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHWARTZ FOUNDATION, DONALD CHARLES SCHWARTZ, MICHAEL L. OSTERBERG, WILLIE L. BROWN, JR., CHARLES P. SCHWARTZ, III, PAUL DAVID SCHWARTZ, DAVID RICHARD SCHWARTZ, <br><br> Plaintiffs, <br><br> vs. <br><br> MARGOT WOOD SCHWARTZ, an individual; and DOES 1 through 50, inclusive, <br><br> Defendants. | No. 23-cv-06086 <br><br> **PLEADINGS AND ORDERS IN RESPONSE TO REQUEST FOR REMOVING PARTIES TO PROVIDE ADDITIONAL INFORMATION** <br><br> Volume 2 - Partial |

Removing Parties Schwartz Foundation, Donald Charles Schwartz, Michael L. Osterberg, Honorable Willie L. Brown, Jr., Charles P. Schwartz, III, Paul Schwartz, David Schwartz hereby respond to the Court's Order Requesting Removing Parties to Provide Additional Information (Dkt 8) as follows:

**Exhibit 6 - Register of Action For Case No. 21CV00416**

1

1

2

**Exhibit 7 - Register of Action For Case No. 21CV00032**

Date: December 13, 2023          */s/ **Donald Charles Schwartz***

_____
Donald C. Schwartz
Attorney for Plaintiffs
Schwartz Foundation, Donald Charles Schwartz
Michael L. Osterberg, Honorable Willie L. Brown, Jr.,
Charles P. Schwartz, III, Paul David Schwartz, David L. Schwartz

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT 6**

## Superior Court of California, County of Santa Cruz

# Case Summary

### Case No. 21CV00416

| | | | |
|---|---|---|---|
| **Schwartz Foundation, a California corporation, et al vs Donald Schwartz, et al** | § § § | Location: Judicial Officer: Filed on: | **Civil** **Volkmann, Timothy** **02/22/2021** |

---

## Case Information

Case Type:  (21) Unlimited Partnership and Corp Gov

Case Status:  **11/22/2023  Stayed**

File Date   02/22/2021
**Cause of Action**
Complaint
   **Description/Remedy**
   Action

File Date   09/24/2021
**Cause of Action**
Cross-Complaint
   **Description/Remedy**
   Action
   by Donald Schwartz and Michael Osterberg
**Related Cases**
21CV00032 (Related Case)

---

## Party Information

| **Plaintiff** | **Schwartz, Margot** | **Stein, David Andrew** *Retained* |
|---|---|---|
| | | **Schum, Diea** *Retained* |
| | **Schwartz, Noah** | **Stein, David Andrew** |

|  |  | *Retained* |
|--|--|--|
|  |  | **Schum, Diea** *Retained* |
|  | **Schwartz Foundation, a California corporation** | **Stein, David Andrew** *Retained* |
|  |  | **Takano, Jessica May** *Retained* **Schum, Diea** *Retained* |
| **Defendant** | **Osterberg, Michael Lenor** Doe 1 318 Harrison Street, Ste. 302 Oakland, CA 94607 | **Pro Se** |
|  | **Schwartz, Charles P. III** | **Schwartz, Donald** *Retained* |
|  | **Schwartz, David Richard** | **Schwartz, Donald** *Retained* |
|  | **Schwartz, Donald C.** Law Offices of Donald C Schwartz 7960 B Soquel Drive No 291 Aptos, CA 95003 | **Pro Se** |
|  | **Schwartz, Paul D.** | **Schwartz, Donald** *Retained* |
|  | **Schwartz, Stevon S.** | **Schwartz, Donald** *Retained* |
| **Cross Complainant** | **Osterberg, Michael Lenor** Doe 1 318 Harrison Street, Ste. 302 Oakland, CA 94607 | **Pro Se** |
|  | **Schwartz, Donald C.** Law Offices of Donald C Schwartz 7960 B Soquel Drive No 291 Aptos, CA 95003 | **Pro Se** |
| **Cross Defendant** | **Schwartz, Margot** | **Stein, David Andrew** *Retained* |

**Schum, Diea**
*Retained*

**Schwartz, Noah**                              **Stein, David Andrew**
                                                *Retained*

                                                **Schum, Diea**
                                                *Retained*

**Other Party**     **Lamerdin, Attorney General of California     Lamerdin, Christopher
                    Christopher**                                  Carl**
                                                                   *Retained*

                    455 Golden Gate Ave Ste 11000
                    San Francisco, CA 94102

---

## Causes of Action

---

02/22/2021     **Cause of Action** Complaint
               Action Type     Action

09/24/2021     **Cause of Action** Cross-Complaint (by Donald Schwartz and Michael Osterberg)
               Action Type     Action

---

## Case Events

---

02/22/2021     New Filed Case

02/22/2021     
               Complaint Filed
                    Party:   Cross Defendant, Plaintiff Schwartz, Margot;
                             Cross Defendant, Plaintiff Schwartz, Noah;
                             Plaintiff Schwartz Foundation, a California corporation

02/22/2021     
               Civil Case Cover Sheet
                    Party:   Cross Defendant, Plaintiff Schwartz, Margot;
                             Cross Defendant, Plaintiff Schwartz, Noah;
                             Plaintiff Schwartz Foundation, a California corporation

02/22/2021     
               Summons Issued / Filed
                    Party:   Cross Defendant, Plaintiff Schwartz, Margot;
                             Cross Defendant, Plaintiff Schwartz, Noah;
                             Plaintiff Schwartz Foundation, a California corporation

02/22/2021    
    Notice
      *of related case*

02/25/2021    
    Amendment to Complaint
      *Naming Doe 1*

03/08/2021    
    Demurrer Filed
      Party:   Cross Complainant, Defendant Osterberg, Michael Lenor;
              Cross Complainant, Defendant Schwartz, Donald C.;
              Defendant Schwartz, Paul D.;
              Defendant Schwartz, Charles P. III;
              Defendant Schwartz, David Richard;
              Defendant Schwartz, Stevon S.

03/08/2021    
    Memorandum of Points & Authorities
      *in Support of Demurrer*
      Party:   Cross Complainant, Defendant Osterberg, Michael Lenor;
              Cross Complainant, Defendant Schwartz, Donald C.;
              Defendant Schwartz, Paul D.;
              Defendant Schwartz, Charles P. III;
              Defendant Schwartz, David Richard;
              Defendant Schwartz, Stevon S.

03/08/2021    
    Proof of Service
      Party:   Cross Complainant, Defendant Osterberg, Michael Lenor;
              Cross Complainant, Defendant Schwartz, Donald C.;
              Defendant Schwartz, Paul D.;
              Defendant Schwartz, Charles P. III;
              Defendant Schwartz, David Richard;
              Defendant Schwartz, Stevon S.

03/08/2021    
    Notice
      *of Demurrer to Complaint for Relief under corporate code / Injunctive Relief*

03/09/2021     
               Declaration
               *of Demurrer Meet and Confer*
               Filing Party:   Cross Complainant, Defendant Osterberg, Michael Lenor;
                               Cross Complainant, Defendant Schwartz, Donald C.;
                               Defendant Schwartz, Paul D.;
                               Defendant Schwartz, Charles P. III;
                               Defendant Schwartz, David Richard;
                               Defendant Schwartz, Stevon S.


03/09/2021     
               Request for Judicial Notice
               *in Support of Demurrer*
               Filing Party:   Cross Complainant, Defendant Osterberg, Michael Lenor;
                               Cross Complainant, Defendant Schwartz, Donald C.;
                               Defendant Schwartz, Paul D.;
                               Defendant Schwartz, Charles P. III;
                               Defendant Schwartz, David Richard;
                               Defendant Schwartz, Stevon S.


03/09/2021     
               Ex Parte Application
               Party:   Cross Defendant, Plaintiff Schwartz, Margot;
                        Cross Defendant, Plaintiff Schwartz, Noah;
                        Plaintiff Schwartz Foundation, a California corporation

03/09/2021     
               Request for Judicial Notice
               Filing Party:   Cross Defendant, Plaintiff Schwartz, Margot;
                               Cross Defendant, Plaintiff Schwartz, Noah;
                               Plaintiff Schwartz Foundation, a California corporation


03/09/2021     
               Proposed Order/Judgment Received
               Party:   Cross Defendant, Plaintiff Schwartz, Margot;
                        Cross Defendant, Plaintiff Schwartz, Noah;
                        Plaintiff Schwartz Foundation, a California corporation

03/09/2021     
               Memorandum of Points & Authorities
               Party:   Cross Defendant, Plaintiff Schwartz, Margot;
                        Cross Defendant, Plaintiff Schwartz, Noah;
                        Plaintiff Schwartz Foundation, a California corporation

03/09/2021    
              Declaration
                  Filing Party:   Cross Defendant, Plaintiff Schwartz, Margot;
                                  Cross Defendant, Plaintiff Schwartz, Noah;
                                  Plaintiff Schwartz Foundation, a California corporation

03/09/2021    
              Declaration
                  Filing Party:   Cross Defendant, Plaintiff Schwartz, Margot;
                                  Cross Defendant, Plaintiff Schwartz, Noah;
                                  Plaintiff Schwartz Foundation, a California corporation

03/09/2021    
              Opposition
                  *Opposition to Ex Parte Application*
                  Filing Party:   Cross Complainant, Defendant Osterberg, Michael Lenor;
                                  Cross Complainant, Defendant Schwartz, Donald C.;
                                  Defendant Schwartz, Paul D.;
                                  Defendant Schwartz, Charles P. III;
                                  Defendant Schwartz, David Richard;
                                  Defendant Schwartz, Stevon S.

03/22/2021    
              Document Received
                  *170.6 Disqualification*
                  Party:   Cross Complainant, Defendant Osterberg, Michael Lenor;
                           Cross Complainant, Defendant Schwartz, Donald C.;
                           Defendant Schwartz, Paul D.;
                           Defendant Schwartz, Charles P. III;
                           Defendant Schwartz, David Richard;
                           Defendant Schwartz, Stevon S.;
                           Plaintiff Schwartz Foundation, a California corporation

03/24/2021    
              170.6 Disqualification Granted    (Judicial Officer: Connolly, Rebecca)
                  Filing Party:   Cross Complainant, Defendant Osterberg, Michael Lenor;
                                  Cross Complainant, Defendant Schwartz, Donald C.;
                                  Defendant Schwartz, Paul D.;
                                  Defendant Schwartz, Charles P. III;
                                  Defendant Schwartz, David Richard;
                                  Defendant Schwartz, Stevon S.

03/29/2021

Certificate of Mailing
*Order on CCP 170.6 Disqualification*

04/06/2021

Case Management / Status Conference Statement
    Party:  Cross Defendant, Plaintiff Schwartz, Margot;
               Cross Defendant, Plaintiff Schwartz, Noah;
               Plaintiff Schwartz Foundation, a California corporation

04/15/2021

Case Management / Status Conference Statement
    Party:  Cross Complainant, Defendant Osterberg, Michael Lenor;
               Cross Complainant, Defendant Schwartz, Donald C.;
               Defendant Schwartz, Paul D.;
               Defendant Schwartz, Charles P. III;
               Defendant Schwartz, David Richard;
               Defendant Schwartz, Stevon S.

04/20/2021

Substitution of Attorney
    Party:  Cross Complainant, Defendant Schwartz, Donald C.

04/27/2021

Application - No Fee
*filed in error - do not use*
    Party:  Cross Complainant, Defendant Schwartz, Donald C.

04/27/2021

Application - No Fee
*Application For ADA Accommodation*

04/27/2021

Request and Response for Accommodations
    Party:  Cross Complainant, Defendant Schwartz, Donald C.

05/05/2021

Opposition
*to Demurrer*
    Filing Party:  Cross Defendant, Plaintiff Schwartz, Margot;
                       Cross Defendant, Plaintiff Schwartz, Noah;
                       Plaintiff Schwartz Foundation, a California corporation

05/05/2021

Request for Judicial Notice
*ISO Opposition to Demurrer*
    Filing Party:  Cross Defendant, Plaintiff Schwartz, Margot;
                       Cross Defendant, Plaintiff Schwartz, Noah;
                       Plaintiff Schwartz Foundation, a California corporation

05/07/2021   

Ex Parte Application
*Ex Parte Application For Discovery Protective Order*
Party:   Cross Complainant, Defendant Osterberg, Michael Lenor;
Cross Complainant, Defendant Schwartz, Donald C.;
Defendant Schwartz, Paul D.;
Defendant Schwartz, Charles P. III;
Defendant Schwartz, David Richard;
Defendant Schwartz, Stevon S.

05/07/2021   

Proposed Order/Judgment Received
*Proposed Order*
Party:   Cross Complainant, Defendant Osterberg, Michael Lenor;
Cross Complainant, Defendant Schwartz, Donald C.;
Defendant Schwartz, Paul D.;
Defendant Schwartz, Charles P. III;
Defendant Schwartz, David Richard;
Defendant Schwartz, Stevon S.

05/07/2021   

Ex Parte Order
*Order Re: Discovery Protective Order (Denied)*
Party:   Cross Complainant, Defendant Schwartz, Donald C.

05/07/2021


Memorandum of Points & Authorities
*in Opposition to Defendants' Ex Parte Application for Protective Order Regarding Discovery*
Party:   Cross Defendant, Plaintiff Schwartz, Margot;
Cross Defendant, Plaintiff Schwartz, Noah;
Plaintiff Schwartz Foundation, a California corporation

05/07/2021   

Proposed Order/Judgment Received
*Denying Defendats' Ex Parte Application and Setting Discovery Schedule*

05/07/2021



Declaration

*of Jessica M. Takano in Opposttition to Defendants' Ex Parte Application for Protective Order Re: Discovery*

Filing Party:   Cross Defendant, Plaintiff Schwartz, Margot;
Cross Defendant, Plaintiff Schwartz, Noah;
Plaintiff Schwartz Foundation, a California corporation


05/07/2021   

Stipulation

*Regarding Discovery Deadlines*

Party:   Cross Defendant, Plaintiff Schwartz, Margot;
Cross Defendant, Plaintiff Schwartz, Noah;
Plaintiff Schwartz Foundation, a California corporation

05/11/2021   

Association of Counsel

*Limited Scope Daniel J. Russo*

Party:   Cross Complainant, Defendant Osterberg, Michael Lenor;
Cross Complainant, Defendant Schwartz, Donald C.;
Defendant Schwartz, Paul D.;
Defendant Schwartz, Charles P. III;
Defendant Schwartz, David Richard;
Defendant Schwartz, Stevon S.

05/11/2021   

Memorandum of Points & Authorities

*in Support of Demurrer*

Party:   Cross Complainant, Defendant Osterberg, Michael Lenor;
Cross Complainant, Defendant Schwartz, Donald C.;
Defendant Schwartz, Paul D.;
Defendant Schwartz, Charles P. III;
Defendant Schwartz, David Richard;
Defendant Schwartz, Stevon S.

05/11/2021   

Substitution of Attorney

Party:   Cross Complainant, Defendant Osterberg, Michael Lenor

05/11/2021   

Substitution of Attorney

Party:   Defendant Schwartz, Stevon S.

05/11/2021

Request for Judicial Notice
*in Support of Reply to Opposition to Demurrer*
Filing Party:  Cross Complainant, Defendant Osterberg, Michael Lenor;
Cross Complainant, Defendant Schwartz, Donald C.;
Defendant Schwartz, Paul D.;
Defendant Schwartz, Charles P. III;
Defendant Schwartz, David Richard;
Defendant Schwartz, Stevon S.


05/12/2021

Proposed Order/Judgment Received
*Proposed Order*
Party:  Cross Complainant, Defendant Osterberg, Michael Lenor;
Cross Complainant, Defendant Schwartz, Donald C.;
Defendant Schwartz, Paul D.;
Defendant Schwartz, Charles P. III;
Defendant Schwartz, David Richard;
Defendant Schwartz, Stevon S.

05/12/2021    Application - No Fee
*Supplemental Application for ADA Accommodation*
Party:  Cross Complainant, Defendant Osterberg, Michael Lenor;
Cross Complainant, Defendant Schwartz, Donald C.;
Defendant Schwartz, Paul D.;
Defendant Schwartz, Charles P. III;
Defendant Schwartz, David Richard;
Defendant Schwartz, Stevon S.

05/13/2021

Substitution of Attorney
Party:  Defendant Schwartz, Paul D.

05/13/2021

Substitution of Attorney
Party:  Defendant Schwartz, Charles P. III

05/13/2021

Substitution of Attorney
Party:  Defendant Schwartz, David Richard

05/17/2021    Request and Response for Accommodations
Party:  Cross Complainant, Defendant Schwartz, Donald C.

05/17/2021    
    Proposed Order/Judgment Received
        Party:  Cross Defendant, Plaintiff Schwartz, Margot;
               Cross Defendant, Plaintiff Schwartz, Noah;
               Plaintiff Schwartz Foundation, a California corporation

05/19/2021    
    Ex Parte Application
      *Ex Parte Application for Order Shortening Time*
        Party:  Cross Complainant, Defendant Osterberg, Michael Lenor;
               Cross Complainant, Defendant Schwartz, Donald C.;
               Defendant Schwartz, Paul D.;
               Defendant Schwartz, Charles P. III;
               Defendant Schwartz, David Richard;
               Defendant Schwartz, Stevon S.

05/19/2021    
    Proposed Order/Judgment Received
      *Proposed Order Shortening Time*
        Party:  Cross Complainant, Defendant Osterberg, Michael Lenor;
               Cross Complainant, Defendant Schwartz, Donald C.;
               Defendant Schwartz, Paul D.;
               Defendant Schwartz, Charles P. III;
               Defendant Schwartz, David Richard;
               Defendant Schwartz, Stevon S.

05/19/2021    
    Ex Parte Application
      *for Order Setting Discovery Deadlines and if Necessary Continue Trial*
        Party:  Cross Defendant, Plaintiff Schwartz, Margot;
               Cross Defendant, Plaintiff Schwartz, Noah;
               Plaintiff Schwartz Foundation, a California corporation

05/19/2021

Memorandum of Points & Authorities
    *in Support of Plaintiffs' Ex Parte Application for Order Setting Discovery Deadlines & Response to Defendats' Ex Parte Application for OST.*
    Party:  Cross Defendant, Plaintiff Schwartz, Margot;
           Cross Defendant, Plaintiff Schwartz, Noah;
           Plaintiff Schwartz Foundation, a California corporation

05/19/2021

Declaration
*of Jessica M. Takano in Response to Defendants' Ex Parte Application for OST/For Hrg on Motion to Continue Trial*
Filing Party:  Cross Defendant, Plaintiff Schwartz, Margot;
Cross Defendant, Plaintiff Schwartz, Noah;
Plaintiff Schwartz Foundation, a California corporation

05/19/2021    
Proposed Order/Judgment Received
*Granting Plaintiffs' Ex Parte Application (Not Used)*

05/19/2021    
Memorandum of Points & Authorities
*in Opposition to Ex Parte Application*
Party:  Cross Complainant, Defendant Osterberg, Michael Lenor;
Cross Complainant, Defendant Schwartz, Donald C.;
Defendant Schwartz, Paul D.;
Defendant Schwartz, Charles P. III;
Defendant Schwartz, David Richard;
Defendant Schwartz, Stevon S.

05/19/2021    
Ex Parte Order
*OST - To Hear Motion to Contiue Trial Date and Discovery Cut-Offs.*
Party:  Cross Complainant, Defendant Osterberg, Michael Lenor;
Cross Complainant, Defendant Schwartz, Donald C.;
Defendant Schwartz, Paul D.;
Defendant Schwartz, Charles P. III;
Defendant Schwartz, David Richard;
Defendant Schwartz, Stevon S.

05/21/2021    
Memorandum of Points & Authorities
Party:  Cross Defendant, Plaintiff Schwartz, Margot;
Cross Defendant, Plaintiff Schwartz, Noah;
Plaintiff Schwartz Foundation, a California corporation

05/21/2021    
              Objection - No Fee
              *Plaintiffs' Objections to Evidence in Opposition to Motion to Continue Trial Date*
              Filed by:    Cross Defendant, Plaintiff Schwartz, Margot;
                           Cross Defendant, Plaintiff Schwartz, Noah;
                           Plaintiff Schwartz Foundation, a California corporation

05/21/2021    
              Declaration
              *of Marc Wahrhafting in Opposition to Motion to Continue Trial Date*
              Filing Party:    Cross Defendant, Plaintiff Schwartz, Margot;
                               Cross Defendant, Plaintiff Schwartz, Noah;
                               Plaintiff Schwartz Foundation, a California corporation

05/21/2021    
              Declaration
              *of Mary m. Rudser in Opposition to Motion to Continue Trial Date*
              Filing Party:    Cross Defendant, Plaintiff Schwartz, Margot;
                               Cross Defendant, Plaintiff Schwartz, Noah;
                               Plaintiff Schwartz Foundation, a California corporation

05/21/2021    
              Request for Judicial Notice
              *In Support of Plaintiffs' Opposition to Motion to Continue Trial*
              Filing Party:    Cross Defendant, Plaintiff Schwartz, Margot;
                               Cross Defendant, Plaintiff Schwartz, Noah;
                               Plaintiff Schwartz Foundation, a California corporation

05/21/2021    
              Motion
              *to Continue Trial Date*
              Filing Party:    Cross Complainant, Defendant Osterberg, Michael Lenor;
                               Cross Complainant, Defendant Schwartz, Donald C.;
                               Defendant Schwartz, Paul D.;
                               Defendant Schwartz, Charles P. III;
                               Defendant Schwartz, Stevon S.

05/21/2021



Memorandum of Points & Authorities

*Memorandum of Points & Authorities in Support of Motion to Continue Trial and Discovery Cut-Off Dates*

Party:   Cross Complainant, Defendant Osterberg, Michael Lenor;

Cross Complainant, Defendant Schwartz, Donald C.;

Defendant Schwartz, Paul D.;

Defendant Schwartz, Charles P. III;

Defendant Schwartz, David Richard;

Defendant Schwartz, Stevon S.

05/21/2021



Declaration

*Declaration/Affidavit of Donald C. Schwartz in Support of Motion to Continue Trial and Discovery Cut-Off Dates*

Filing Party:   Cross Complainant, Defendant Osterberg, Michael Lenor;

Cross Complainant, Defendant Schwartz, Donald C.;

Defendant Schwartz, Paul D.;

Defendant Schwartz, Charles P. III;

Defendant Schwartz, David Richard;

Defendant Schwartz, Stevon S.

05/21/2021



Declaration

*Declaration/Affidavit of Daniel J. Russo in Support of Motion to Continue Trial and Discovery Cut-off Dates*

Filing Party:   Cross Complainant, Defendant Osterberg, Michael Lenor;

Cross Complainant, Defendant Schwartz, Donald C.;

Defendant Schwartz, Paul D.;

Defendant Schwartz, Charles P. III;

Defendant Schwartz, David Richard;

Defendant Schwartz, Stevon S.

05/25/2021    
Document Filed
*Non-Opposition to Motion to Continue Trial and in Opposition to Discovery Dates*
Party:    Cross Complainant, Defendant Osterberg, Michael Lenor;
Cross Complainant, Defendant Schwartz, Donald C.;
Defendant Schwartz, Paul D.;
Defendant Schwartz, Charles P. III;
Defendant Schwartz, David Richard;
Defendant Schwartz, Stevon S.

05/26/2021    
Reply Filed
Party:    Cross Defendant, Plaintiff Schwartz, Margot;
Cross Defendant, Plaintiff Schwartz, Noah;
Plaintiff Schwartz Foundation, a California corporation

05/26/2021    
Motion
*Notice and Motion for Judgment on the Pleadings*
Filing Party:    Cross Complainant, Defendant Osterberg, Michael Lenor;
Cross Complainant, Defendant Schwartz, Donald C.;
Defendant Schwartz, Paul D.;
Defendant Schwartz, Charles P. III;
Defendant Schwartz, David Richard;
Defendant Schwartz, Stevon S.

05/26/2021

Memorandum of Points & Authorities
*Memorandum of Points & Authorities in Support of Motion for Judgment on the Pleadings*
Party:    Cross Complainant, Defendant Osterberg, Michael Lenor;
Cross Complainant, Defendant Schwartz, Donald C.;
Defendant Schwartz, Paul D.;
Defendant Schwartz, Charles P. III;
Defendant Schwartz, David Richard;
Defendant Schwartz, Stevon S.

05/26/2021    
    Request for Judicial Notice
        *Request for Judicial Notice in Support of Motion for Judgment on the Pleadings*
        Filing Party:    Cross Complainant, Defendant Osterberg, Michael Lenor;
                        Cross Complainant, Defendant Schwartz, Donald C.;
                        Defendant Schwartz, Paul D.;
                        Defendant Schwartz, Charles P. III;
                        Defendant Schwartz, David Richard;
                        Defendant Schwartz, Stevon S.

05/27/2021    
    Notice
        Party:    Cross Defendant, Plaintiff Schwartz, Margot;
                  Cross Defendant, Plaintiff Schwartz, Noah;
                  Plaintiff Schwartz Foundation, a California corporation

05/27/2021    
    Answer / Response / Denial - Unlimited
        Party:    Cross Complainant, Defendant Osterberg, Michael Lenor;
                  Cross Complainant, Defendant Schwartz, Donald C.;
                  Defendant Schwartz, Paul D.;
                  Defendant Schwartz, Charles P. III;
                  Defendant Schwartz, David Richard;
                  Defendant Schwartz, Stevon S.

05/27/2021    
    Document Received
        *Letter to Judge Volkmann*
        Party:    Cross Complainant, Defendant Osterberg, Michael Lenor;
                  Cross Complainant, Defendant Schwartz, Donald C.;
                  Defendant Schwartz, Paul D.;
                  Defendant Schwartz, Charles P. III;
                  Defendant Schwartz, David Richard;
                  Defendant Schwartz, Stevon S.

05/28/2021    
    Association of Counsel
        *Daniel J. Russo*
        Party:    Cross Complainant, Defendant Osterberg, Michael Lenor;
                  Cross Complainant, Defendant Schwartz, Donald C.;
                  Defendant Schwartz, Paul D.;
                  Defendant Schwartz, Charles P. III;
                  Defendant Schwartz, David Richard;
                  Defendant Schwartz, Stevon S.

05/28/2021     
               Proof of Service
                    Party:   Cross Complainant, Defendant Osterberg, Michael Lenor;
                             Cross Complainant, Defendant Schwartz, Donald C.;
                             Defendant Schwartz, Paul D.;
                             Defendant Schwartz, Charles P. III;
                             Defendant Schwartz, David Richard;
                             Defendant Schwartz, Stevon S.

05/28/2021     
               Memo to Court
                    *Corrected Memo to Court - Corrected Letter to Judge Volkmann*
                    Party:   Cross Complainant, Defendant Osterberg, Michael Lenor;
                             Cross Complainant, Defendant Schwartz, Donald C.;
                             Defendant Schwartz, Paul D.;
                             Defendant Schwartz, Charles P. III;
                             Defendant Schwartz, David Richard;
                             Defendant Schwartz, Stevon S.

05/28/2021     
               Memo to Court
                    Party:   Cross Defendant, Plaintiff Schwartz, Margot;
                             Cross Defendant, Plaintiff Schwartz, Noah;
                             Plaintiff Schwartz Foundation, a California corporation

06/07/2021     
               Ex Parte Application
                    *Ex Parte Application*
                    Party:   Cross Complainant, Defendant Osterberg, Michael Lenor;
                             Cross Complainant, Defendant Schwartz, Donald C.;
                             Defendant Schwartz, Charles P. III;
                             Defendant Schwartz, David Richard;
                             Defendant Schwartz, Stevon S.

06/07/2021     
               Proposed Order/Judgment Received
                    *Proposed Order*
                    Party:   Cross Complainant, Defendant Osterberg, Michael Lenor;
                             Cross Complainant, Defendant Schwartz, Donald C.;
                             Defendant Schwartz, Charles P. III;
                             Defendant Schwartz, David Richard;
                             Defendant Schwartz, Stevon S.

06/07/2021

Opposition
    Filing Party:  Cross Defendant, Plaintiff Schwartz, Margot;
                  Cross Defendant, Plaintiff Schwartz, Noah;
                  Plaintiff Schwartz Foundation, a California corporation

06/07/2021

Declaration
    Filing Party:  Cross Defendant, Plaintiff Schwartz, Margot;
                  Cross Defendant, Plaintiff Schwartz, Noah;
                  Plaintiff Schwartz Foundation, a California corporation

06/07/2021

Ex Parte Order
    *DENIED*
    Party:  Cross Complainant, Defendant Schwartz, Donald C.

06/11/2021

Stipulation
    *to Allow Plaintiff's to File First Amended Complaint*
    Party:  Cross Defendant, Plaintiff Schwartz, Margot;
              Cross Defendant, Plaintiff Schwartz, Noah;
              Plaintiff Schwartz Foundation, a California corporation

06/14/2021

Order Filed
    *Granting Leave to File FAC*

06/14/2021

Amended Complaint Filed
    *FIRST AMENDED*
    Party:  Cross Defendant, Plaintiff Schwartz, Margot;
              Cross Defendant, Plaintiff Schwartz, Noah;
              Plaintiff Schwartz Foundation, a California corporation

07/08/2021

Ex Parte Application
    Party:  Plaintiff Schwartz Foundation, a California corporation

07/08/2021

Proposed Order/Judgment Received
    Party:  Plaintiff Schwartz Foundation, a California corporation

07/12/2021    
         Ex Parte Order
           *Specially Setting Hearing Date on Stipulation Presented Ex Parte*
           Party:    Cross Defendant, Plaintiff Schwartz, Margot;
                    Cross Defendant, Plaintiff Schwartz, Noah;
                    Plaintiff Schwartz Foundation, a California corporation

07/14/2021    
         Demurrer Filed
           *Notice of Demurrer of Donald C. Schwartz to First Amended Complaint*
           Party:    Cross Complainant, Defendant Schwartz, Donald C.

07/14/2021


Memorandum of Points & Authorities
     *Memorandum of Points & Authorities in Support of Demurrer of Donald C. Schwartz to First*
     *Amended Complaint*
     Party:    Cross Complainant, Defendant Schwartz, Donald C.

07/14/2021


Request for Judicial Notice
     *Request for Judicial Notice in Support of Demurrer of Donald C Schwartz to First Amended*
     *Complaint*
     Filing Party:    Cross Complainant, Defendant Schwartz, Donald C.

07/14/2021    
         Proof of Service
           *Proof of Eservice - Demurrer Papers for Donald C Schwartz*
           Party:    Cross Complainant, Defendant Schwartz, Donald C.

07/14/2021    
         Notice of Hearing
           *on Demurrer to First Amended Complaint*
           Party:    Defendant Schwartz, Paul D.;
                    Defendant Schwartz, Charles P. III;
                    Defendant Schwartz, David Richard;
                    Defendant Schwartz, Stevon S.

07/14/2021     
               Demurrer Filed
                 *to First Amended Complaint*
                 Party:   Defendant Schwartz, Paul D.;
                          Defendant Schwartz, Charles P. III;
                          Defendant Schwartz, David Richard;
                          Defendant Schwartz, Stevon S.

07/14/2021     
               Memorandum of Points & Authorities
                 *in Support of Demurrer to First Amended Complaint*
                 Party:   Defendant Schwartz, Paul D.;
                          Defendant Schwartz, Charles P. III;
                          Defendant Schwartz, David Richard;
                          Defendant Schwartz, Stevon S.

07/14/2021     
               Proof of Service
                 Party:   Defendant Schwartz, Paul D.;
                          Defendant Schwartz, Charles P. III;
                          Defendant Schwartz, David Richard;
                          Defendant Schwartz, Stevon S.

07/14/2021     
               Notice of Hearing
                 *on Demurrer of Michael L. Osterberg to First Amended Complaint*

07/14/2021     
               Demurrer Filed
                 *to First Amended Complaint*
                 Party:   Cross Complainant, Defendant Osterberg, Michael Lenor

07/14/2021     
               Memorandum of Points & Authorities
                 *in Support of Demurrer of Michael L. Osterberg to First Amended Complaint*

07/14/2021     
               Proof of Service
                 *of Demurrer Papers of Michael L. Osterberg to First Amended Complaint*

07/14/2021     
               Request for Judicial Notice
                 *in Support of Demurrer of Michael L. Osterberg to First Amended Complaint*

07/15/2021



Motion

*PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL FURTHER DISCOVERY RESPONSES FROM DEFENDANTS AND REQUEST FOR SANCTIONS AGAINST DEFENDANTS AND THEIR COUNSEL OF RECORD, JOINTLY AND SEVERALLY*

Filing Party:   Cross Defendant, Plaintiff Schwartz, Margot;
                Cross Defendant, Plaintiff Schwartz, Noah;
                Plaintiff Schwartz Foundation, a California corporation

07/15/2021



Declaration

*PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL FURTHER DISCOVERY RESPONSES FROM DEFENDANTS AND REQUEST FOR SANCTIONS AGAINST DEFENDANTS AND THEIR COUNSEL OF RECORD, JOINTLY AND SEVERALLY*

Filing Party:   Cross Defendant, Plaintiff Schwartz, Margot;
                Cross Defendant, Plaintiff Schwartz, Noah;
                Plaintiff Schwartz Foundation, a California corporation

07/15/2021



Memorandum of Points & Authorities

*PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL FURTHER DISCOVERY RESPONSES FROM DEFENDANTS AND REQUEST FOR SANCTIONS AGAINST DEFENDANTS AND THEIR COUNSEL OF RECORD, JOINTLY AND SEVERALLY*

Party:   Cross Defendant, Plaintiff Schwartz, Margot;
         Cross Defendant, Plaintiff Schwartz, Noah;
         Plaintiff Schwartz Foundation, a California corporation

07/15/2021



Separate Statement Filed

*PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL FURTHER DISCOVERY RESPONSES FROM DEFENDANTS AND REQUEST FOR SANCTIONS AGAINST DEFENDANTS AND THEIR COUNSEL OF RECORD, JOINTLY AND SEVERALLY*

Party:   Cross Defendant, Plaintiff Schwartz, Margot;
         Cross Defendant, Plaintiff Schwartz, Noah;
         Plaintiff Schwartz Foundation, a California corporation

07/15/2021     
              Notice
                *Notice of Errata*
                Party:    Defendant Schwartz, Paul D.;
                          Defendant Schwartz, Charles P. III;
                          Defendant Schwartz, David Richard;
                          Defendant Schwartz, Stevon S.

07/15/2021     
              Request for Judicial Notice
                *Request for Judicial Notice - Four Defendants*
                Filing Party:    Defendant Schwartz, Paul D.;
                                 Defendant Schwartz, Charles P. III;
                                 Defendant Schwartz, David Richard;
                                 Defendant Schwartz, Stevon S.

07/20/2021     
              Notice of Entry of Judgment/Order
                Party:    Cross Defendant, Plaintiff Schwartz, Margot;
                          Cross Defendant, Plaintiff Schwartz, Noah;
                          Plaintiff Schwartz Foundation, a California corporation

07/26/2021     
              Declaration
                *re Demurrer Meet and Confer*
                Filing Party:    Cross Complainant, Defendant Schwartz, Donald C.

07/26/2021     
              Declaration
                *re Demurrer Meet and Confer*
                Filing Party:    Cross Complainant, Defendant Osterberg, Michael Lenor;
                                 Defendant Schwartz, Paul D.;
                                 Defendant Schwartz, Charles P. III;
                                 Defendant Schwartz, David Richard;
                                 Defendant Schwartz, Stevon S.


07/30/2021

Request Filed
  *REQUEST FOR SPECIAL NOTICE, AND TO BE SERVED WITH THE PLEADINGS AND FILINGS
  TO THE ACTION FILED BY THE SCHWARTZ FOUNDATION FOR RELIEF UNDER CORPORA
  TIO NS CODE SECTION 5617*
  Filing Party:   Other Party Lamerdin, Attorney General of California Christopher

07/30/2021    
Memo to Court
    Party:   Cross Defendant, Plaintiff Schwartz, Margot;
               Cross Defendant, Plaintiff Schwartz, Noah;
               Plaintiff Schwartz Foundation, a California corporation

08/09/2021    
Memo to Court
   *from Attorney Russo re: Proposed Order of 5/18/21 Demurrer*
    Party:   Cross Complainant, Defendant Osterberg, Michael Lenor;
               Cross Complainant, Defendant Schwartz, Donald C.;
               Defendant Schwartz, Paul D.;
               Defendant Schwartz, Charles P. III;
               Defendant Schwartz, David Richard;
               Defendant Schwartz, Stevon S.

08/09/2021    
Proposed Order/Judgment Received
   *Proposed Order*
    Party:   Cross Complainant, Defendant Osterberg, Michael Lenor;
               Cross Complainant, Defendant Schwartz, Donald C.;
               Defendant Schwartz, Paul D.;
               Defendant Schwartz, Charles P. III;
               Defendant Schwartz, David Richard;
               Defendant Schwartz, Stevon S.

08/09/2021    
Opposition
    Filing Party:   Cross Defendant, Plaintiff Schwartz, Margot;
                    Cross Defendant, Plaintiff Schwartz, Noah;
                    Plaintiff Schwartz Foundation, a California corporation

08/09/2021    
Declaration
    Filing Party:   Cross Defendant, Plaintiff Schwartz, Margot;
                    Cross Defendant, Plaintiff Schwartz, Noah;
                    Plaintiff Schwartz Foundation, a California corporation

08/09/2021 
      Ex Parte Application - No Fee
        *Ex Parte Application*
        Party:  Cross Complainant, Defendant Osterberg, Michael Lenor;
                Cross Complainant, Defendant Schwartz, Donald C.;
                Defendant Schwartz, Paul D.;
                Defendant Schwartz, Charles P. III;
                Defendant Schwartz, David Richard;
                Defendant Schwartz, Stevon S.

08/09/2021 
      Proposed Order/Judgment Received
        *Proposed Order*
        Party:  Cross Complainant, Defendant Osterberg, Michael Lenor;
                Cross Complainant, Defendant Schwartz, Donald C.;
                Defendant Schwartz, Paul D.;
                Defendant Schwartz, Charles P. III;
                Defendant Schwartz, David Richard;
                Defendant Schwartz, Stevon S.

08/17/2021 
      Motion
        *Motion for Leave to File Verified Cross-Complaint*
        Filing Party:  Cross Complainant, Defendant Osterberg, Michael Lenor;
                     Cross Complainant, Defendant Schwartz, Donald C.

08/17/2021

Memorandum of Points & Authorities
  *Memorandum of Points & Authorities in Support of Motion for Leave to File Verified Cross-Complaint*
  Party:  Cross Complainant, Defendant Osterberg, Michael Lenor;
         Cross Complainant, Defendant Schwartz, Donald C.

08/17/2021

Declaration
  *Declaration/Affidavit of Daniel J. Russo in Support of Motion for Leave to File Verified Cross-Complaint*
  Filing Party:  Cross Complainant, Defendant Osterberg, Michael Lenor;
              Cross Complainant, Defendant Schwartz, Donald C.

08/17/2021    
Proposed Order/Judgment Received
*Proposed Order Granting Leave to File Cross-Complaint*
    Party:  Cross Complainant, Defendant Osterberg, Michael Lenor;
             Cross Complainant, Defendant Schwartz, Donald C.

08/17/2021    
Stipulation
*to Strike Portions of Paragraph 15*
    Party:  Cross Complainant, Defendant Osterberg, Michael Lenor;
             Cross Complainant, Defendant Schwartz, Donald C.;
             Defendant Schwartz, Paul D.;
             Defendant Schwartz, Charles P. III;
             Defendant Schwartz, David Richard;
             Defendant Schwartz, Stevon S.

08/17/2021    
Motion
*to Preclude Plaintiff's Use of Foundation Funds*
    Filing Party:  Cross Complainant, Defendant Osterberg, Michael Lenor;
                 Cross Complainant, Defendant Schwartz, Donald C.;
                 Defendant Schwartz, Paul D.;
                 Defendant Schwartz, Charles P. III;
                 Defendant Schwartz, David Richard;
                 Defendant Schwartz, Stevon S.

08/17/2021    
Memorandum of Points & Authorities
*in Support of Motion to Preclude Use of Foundation Funds*
    Party:  Cross Complainant, Defendant Osterberg, Michael Lenor;
             Cross Complainant, Defendant Schwartz, Donald C.;
             Defendant Schwartz, Paul D.;
             Defendant Schwartz, Charles P. III;
             Defendant Schwartz, David Richard;
             Defendant Schwartz, Stevon S.

08/17/2021    
Request for Judicial Notice
*in Support of Motion to Preclude Use of Foundation Funds*
    Filing Party:  Cross Complainant, Defendant Osterberg, Michael Lenor;
                 Cross Complainant, Defendant Schwartz, Donald C.;
                 Defendant Schwartz, Paul D.;
                 Defendant Schwartz, Charles P. III;
                 Defendant Schwartz, David Richard;
                 Defendant Schwartz, Stevon S.

08/17/2021    
Proof of Service
Party:   Cross Complainant, Defendant Osterberg, Michael Lenor;
Cross Complainant, Defendant Schwartz, Donald C.;
Defendant Schwartz, Paul D.;
Defendant Schwartz, Charles P. III;
Defendant Schwartz, David Richard;
Defendant Schwartz, Stevon S.

08/18/2021    
Motion
*Notice and Motions in Limine 1- 5*
Filing Party:   Cross Complainant, Defendant Osterberg, Michael Lenor;
Cross Complainant, Defendant Schwartz, Donald C.;
Defendant Schwartz, Paul D.;
Defendant Schwartz, Charles P. III;
Defendant Schwartz, David Richard;
Defendant Schwartz, Stevon S.

08/18/2021    
Memorandum of Points & Authorities
*Memorandum of Points & Authorities in Support of Motion in Limine*
Party:   Cross Complainant, Defendant Osterberg, Michael Lenor;
Cross Complainant, Defendant Schwartz, Donald C.;
Defendant Schwartz, Paul D.;
Defendant Schwartz, Charles P. III;
Defendant Schwartz, David Richard;
Defendant Schwartz, Stevon S.

08/18/2021    
Proof of Service
*Proof of Service*
Party:   Cross Complainant, Defendant Osterberg, Michael Lenor;
Cross Complainant, Defendant Schwartz, Donald C.;
Defendant Schwartz, Paul D.;
Defendant Schwartz, Charles P. III;
Defendant Schwartz, David Richard;
Defendant Schwartz, Stevon S.

08/23/2021    
Order Filed
*Striking Portions of Paragraph 15*

08/27/2021     
               Opposition
                    Filing Party:   Cross Defendant, Plaintiff Schwartz, Margot;
                                     Cross Defendant, Plaintiff Schwartz, Noah;
                                     Plaintiff Schwartz Foundation, a California corporation

08/27/2021     
               Opposition
                    Filing Party:   Cross Defendant, Plaintiff Schwartz, Margot;
                                     Cross Defendant, Plaintiff Schwartz, Noah;
                                     Plaintiff Schwartz Foundation, a California corporation

08/27/2021     
               Memorandum of Points & Authorities
                    *in Opposition to Motion to Compel*
                    Party:   Cross Complainant, Defendant Osterberg, Michael Lenor;
                             Cross Complainant, Defendant Schwartz, Donald C.;
                             Defendant Schwartz, Paul D.;
                             Defendant Schwartz, Charles P. III;
                             Defendant Schwartz, David Richard;
                             Defendant Schwartz, Stevon S.

08/27/2021     
               Amended
                    *Motion for Judgment on the Pleadings*
                    Party:   Cross Complainant, Defendant Osterberg, Michael Lenor;
                             Cross Complainant, Defendant Schwartz, Donald C.;
                             Defendant Schwartz, Paul D.;
                             Defendant Schwartz, Charles P. III;
                             Defendant Schwartz, David Richard;
                             Defendant Schwartz, Stevon S.

08/27/2021     
               Memorandum of Points & Authorities
                    *in Support of Amended Motion for Judgment on the Pleadings*
                    Party:   Cross Complainant, Defendant Osterberg, Michael Lenor;
                             Cross Complainant, Defendant Schwartz, Donald C.;
                             Defendant Schwartz, Paul D.;
                             Defendant Schwartz, Charles P. III;
                             Defendant Schwartz, David Richard;
                             Defendant Schwartz, Stevon S.

08/27/2021     
                Declaration
                *of Daniel J. Russo in Support of Amended Motion for Judgment on the Pleadings*
                Filing Party:  Cross Complainant, Defendant Osterberg, Michael Lenor;
                               Cross Complainant, Defendant Schwartz, Donald C.;
                               Defendant Schwartz, Paul D.;
                               Defendant Schwartz, Charles P. III;
                               Defendant Schwartz, David Richard;
                               Defendant Schwartz, Stevon S.

08/27/2021     
                Request for Judicial Notice
                *No. One in Support of Amended Motion for Judgment on the Pleadings*
                Filing Party:  Cross Complainant, Defendant Osterberg, Michael Lenor;
                               Cross Complainant, Defendant Schwartz, Donald C.;
                               Defendant Schwartz, Paul D.;
                               Defendant Schwartz, Charles P. III;
                               Defendant Schwartz, David Richard;
                               Defendant Schwartz, Stevon S.

08/27/2021     
                Declaration
                *re: Meet and Confer*
                Filing Party:  Cross Complainant, Defendant Osterberg, Michael Lenor;
                               Cross Complainant, Defendant Schwartz, Donald C.;
                               Defendant Schwartz, Paul D.;
                               Defendant Schwartz, Charles P. III;
                               Defendant Schwartz, David Richard;
                               Defendant Schwartz, Stevon S.

08/27/2021     
                Proof of Service
                *of Amended Motion for Judgment on the Pleadings*
                Party:  Cross Complainant, Defendant Osterberg, Michael Lenor;
                        Cross Complainant, Defendant Schwartz, Donald C.;
                        Defendant Schwartz, Paul D.;
                        Defendant Schwartz, Charles P. III;
                        Defendant Schwartz, David Richard;
                        Defendant Schwartz, Stevon S.

08/27/2021    

    Request for Judicial Notice
      *No. Two in Support of Amended Motion for Judgment on the Pleadings*
      Filing Party:   Cross Complainant, Defendant Osterberg, Michael Lenor;
                     Cross Complainant, Defendant Schwartz, Donald C.;
                     Defendant Schwartz, Paul D.;
                     Defendant Schwartz, Charles P. III;
                     Defendant Schwartz, David Richard;
                     Defendant Schwartz, Stevon S.

08/27/2021    

    Opposition
      *to Demurrers to FAC*
      Filing Party:   Cross Defendant, Plaintiff Schwartz, Margot;
                     Cross Defendant, Plaintiff Schwartz, Noah;
                     Plaintiff Schwartz Foundation, a California corporation

08/27/2021    

    Opposition
      *to MIL 4 and Objection to MILs 1,2,3, and 5*
      Filing Party:   Cross Defendant, Plaintiff Schwartz, Margot;
                     Cross Defendant, Plaintiff Schwartz, Noah;
                     Plaintiff Schwartz Foundation, a California corporation

08/27/2021



Declaration
    *of Jessica M. Takano in Opposition to Motion to Preclude Plaintiffs from Using Schwartz Foundation Funds*
    Filing Party:   Cross Defendant, Plaintiff Schwartz, Noah;
                   Plaintiff Schwartz Foundation, a California corporation

09/01/2021



Reply Filed
    *in Support of Defendants' Motion to Preclude All Parties From Using Funds From Schwartz Foundation to Pay Attorneys' Fees and Costs*
    Party:   Cross Complainant, Defendant Osterberg, Michael Lenor;
             Cross Complainant, Defendant Schwartz, Donald C.;
             Defendant Schwartz, Paul D.;
             Defendant Schwartz, Charles P. III;
             Defendant Schwartz, David Richard;
             Defendant Schwartz, Stevon S.

09/01/2021



Reply Filed

*in Support of Defendant Michael Leanor Osterberg's Demurrer to First Amended Complaint*

    Party:   Cross Complainant, Defendant Osterberg, Michael Lenor;
                 Cross Complainant, Defendant Schwartz, Donald C.;
                 Defendant Schwartz, Paul D.;
                 Defendant Schwartz, Charles P. III;
                 Defendant Schwartz, David Richard;
                 Defendant Schwartz, Stevon S.

09/02/2021



Reply Filed

*Reply Memorandum of Schwartz Brothers in Support of Demurrer to First Amended Complaint*

    Party:   Defendant Schwartz, Paul D.;
                 Defendant Schwartz, Charles P. III;
                 Defendant Schwartz, David Richard;
                 Defendant Schwartz, Stevon S.

09/02/2021



Declaration

*Reply Declaration/Affidavit of Daniel J. Russo in Support of Schwartz Brothers Demurrer to First Amended Complaint*

    Filing Party:   Defendant Schwartz, Paul D.;
                        Defendant Schwartz, Charles P. III;
                        Defendant Schwartz, David Richard;
                        Defendant Schwartz, Stevon S.

09/02/2021



Request for Judicial Notice

*Reply Request for Judicial Notice of Schwartz Brothers in Support of Demurrer to First Amended Complaint*

    Filing Party:   Defendant Schwartz, Paul D.;
                        Defendant Schwartz, Charles P. III;
                        Defendant Schwartz, David Richard;
                        Defendant Schwartz, Stevon S.

09/02/2021



Reply Filed
> *Reply Memorandum in Support of Demurrer of Donald C. Schwartz to First Amended Complaint*
> Party:   Cross Complainant, Defendant Schwartz, Donald C.

09/02/2021



Request for Judicial Notice
> *Reply Request for Judicial Notice in Support of Demurrer of Donald C. Schwartz to First Amended Complaint*
> Filing Party:   Cross Complainant, Defendant Schwartz, Donald C.

09/02/2021        

> Reply Filed
> > *Reply in support of defendants Motions in Limine*
> > Party:   Cross Complainant, Defendant Osterberg, Michael Lenor;
> >           Cross Complainant, Defendant Schwartz, Donald C.;
> >           Defendant Schwartz, Paul D.;
> >           Defendant Schwartz, Charles P. III;
> >           Defendant Schwartz, David Richard;
> >           Defendant Schwartz, Stevon S.

09/02/2021        

> Reply Filed
> > *Reply in support of defendants Motion for Leave to File Cross-Complaint*
> > Party:   Cross Complainant, Defendant Osterberg, Michael Lenor;
> >           Cross Complainant, Defendant Schwartz, Donald C.;
> >           Defendant Schwartz, Paul D.;
> >           Defendant Schwartz, Charles P. III;
> >           Defendant Schwartz, David Richard;
> >           Defendant Schwartz, Stevon S.

09/23/2021        

> Cross Complaint
> > Party:   Cross Complainant, Defendant Osterberg, Michael Lenor;
> >           Cross Complainant, Defendant Schwartz, Donald C.

10/01/2021    
Ex Parte Application
*Ex Parte Application*
Party:    Cross Complainant, Defendant Osterberg, Michael Lenor;
Cross Complainant, Defendant Schwartz, Donald C.;
Defendant Schwartz, Paul D.;
Defendant Schwartz, Charles P. III;
Defendant Schwartz, David Richard;
Defendant Schwartz, Stevon S.

10/01/2021    
Memorandum of Points & Authorities
*Memorandum of Points & Authorities In Support of Ex Parte Application*
Party:    Cross Complainant, Defendant Osterberg, Michael Lenor;
Cross Complainant, Defendant Schwartz, Donald C.;
Defendant Schwartz, Paul D.;
Defendant Schwartz, Charles P. III;
Defendant Schwartz, David Richard;
Defendant Schwartz, Stevon S.

10/01/2021    
Declaration
*Declaration/Affidavit of Daniel J. Russo in Support of Ex Parte Application*
Filing Party:    Cross Complainant, Defendant Osterberg, Michael Lenor;
Cross Complainant, Defendant Schwartz, Donald C.;
Defendant Schwartz, Paul D.;
Defendant Schwartz, Charles P. III;
Defendant Schwartz, David Richard;
Defendant Schwartz, Stevon S.

10/01/2021    
Proposed Order/Judgment Received
*Proposed Order on Ex Parte Application*
Party:    Cross Complainant, Defendant Osterberg, Michael Lenor;
Cross Complainant, Defendant Schwartz, Donald C.;
Defendant Schwartz, Paul D.;
Defendant Schwartz, Charles P. III;
Defendant Schwartz, David Richard;
Defendant Schwartz, Stevon S.

10/01/2021    
Ex Parte Application
Party:    Cross Defendant, Plaintiff Schwartz, Margot;
Cross Defendant, Plaintiff Schwartz, Noah;
Plaintiff Schwartz Foundation, a California corporation

10/01/2021    
Declaration
    Filing Party:    Cross Defendant, Plaintiff Schwartz, Margot;
                     Cross Defendant, Plaintiff Schwartz, Noah;
                     Plaintiff Schwartz Foundation, a California corporation

10/01/2021    
Proposed Order/Judgment Received
    Party:    Cross Defendant, Plaintiff Schwartz, Margot;
              Cross Defendant, Plaintiff Schwartz, Noah;
              Plaintiff Schwartz Foundation, a California corporation

10/01/2021    
Ex Parte Order
    Party:    Cross Defendant, Plaintiff Schwartz, Margot;
              Cross Defendant, Plaintiff Schwartz, Noah;
              Plaintiff Schwartz Foundation, a California corporation

10/01/2021    
Ex Parte Order
    Party:    Cross Complainant, Defendant Osterberg, Michael Lenor;
              Cross Complainant, Defendant Schwartz, Donald C.;
              Defendant Schwartz, Paul D.;
              Defendant Schwartz, Charles P. III;
              Defendant Schwartz, David Richard;
              Defendant Schwartz, Stevon S.

10/20/2021    
Memo to Court
    Party:    Cross Defendant, Plaintiff Schwartz, Margot;
              Cross Defendant, Plaintiff Schwartz, Noah;
              Plaintiff Schwartz Foundation, a California corporation

10/20/2021    
Proposed Order/Judgment Received
    Party:    Cross Defendant, Plaintiff Schwartz, Margot;
              Cross Defendant, Plaintiff Schwartz, Noah;
              Plaintiff Schwartz Foundation, a California corporation

10/20/2021    
              Memo to Court
              *Memo to Court - Letter to the Honorable Timothy Volkmann*
              Party:   Cross Complainant, Defendant Osterberg, Michael Lenor;
                       Cross Complainant, Defendant Schwartz, Donald C.;
                       Defendant Schwartz, Paul D.;
                       Defendant Schwartz, Charles P. III;
                       Defendant Schwartz, David Richard;
                       Defendant Schwartz, Stevon S.

10/20/2021    
              Proposed Order/Judgment Received
              *Proposed Scheduling Order*
              Party:   Cross Complainant, Defendant Osterberg, Michael Lenor;
                       Cross Complainant, Defendant Schwartz, Donald C.;
                       Defendant Schwartz, Paul D.;
                       Defendant Schwartz, Charles P. III;
                       Defendant Schwartz, David Richard;
                       Defendant Schwartz, Stevon S.

11/03/2021    Order Filed
              *Scheduling Motions, Mediation, and Trial Date*

11/19/2021    
              Request for Entry of Dismissal
              *Request for Partial Dismissal as to Cross-Defendant Moricai Schwartz*
              Filed By:   Cross Complainant, Defendant Osterberg, Michael Lenor;
                          Cross Complainant, Defendant Schwartz, Donald C.

12/01/2021    
              Ex Parte Application
              *Ex Parte Application for Protective Order to Stop Sale of Real Property*
              Party:   Cross Complainant, Defendant Osterberg, Michael Lenor;
                       Cross Complainant, Defendant Schwartz, Donald C.;
                       Defendant Schwartz, Paul D.;
                       Defendant Schwartz, Charles P. III;
                       Defendant Schwartz, Stevon S.

12/01/2021    
              Opposition
              Filing Party:   Cross Defendant, Plaintiff Schwartz, Margot;
                              Cross Defendant, Plaintiff Schwartz, Noah;
                              Plaintiff Schwartz Foundation, a California corporation

12/01/2021    
              Declaration
                  Filing Party:    Cross Defendant, Plaintiff Schwartz, Margot;
                                   Cross Defendant, Plaintiff Schwartz, Noah;
                                   Plaintiff Schwartz Foundation, a California corporation

12/01/2021    
              Proposed Order/Judgment Received
                  *Proposed Temporary Protective Order*
                  Party:    Cross Complainant, Defendant Osterberg, Michael Lenor;
                            Cross Complainant, Defendant Schwartz, Donald C.;
                            Defendant Schwartz, Paul D.;
                            Defendant Schwartz, Charles P. III;
                            Defendant Schwartz, David Richard;
                            Defendant Schwartz, Stevon S.

12/01/2021    
              Ex Parte Order
                  *Motion for Protective order to be heard on 12/17/21*
                  Party:    Defendant Schwartz, Charles P. III

12/06/2021    
              Request to Enter Default Filed
                  *NOT ENTERED - Line 1(c) does not match the cross-complaint.*
                  Filed by:    Cross Complainant, Defendant Osterberg, Michael Lenor;
                               Cross Complainant, Defendant Schwartz, Donald C.
                  As to:    Cross Defendant, Plaintiff Schwartz, Margot;
                            Cross Defendant, Plaintiff Schwartz, Noah

12/06/2021    
              Opposition
                  *to Defendants Motions in Limine Nos. 1,2,3, AND 5*
                  Filing Party:    Cross Defendant, Plaintiff Schwartz, Margot;
                                   Cross Defendant, Plaintiff Schwartz, Noah;
                                   Plaintiff Schwartz Foundation, a California corporation

12/06/2021    
              Request to Enter Default Filed
                  *SET ASIDE PER 12/13/21 STIPULATION AND ORDER*
                  Filed by:    Cross Complainant, Defendant Osterberg, Michael Lenor;
                               Cross Complainant, Defendant Schwartz, Donald C.
                  As to:    Cross Defendant, Plaintiff Schwartz, Margot;
                            Cross Defendant, Plaintiff Schwartz, Noah

12/08/2021     
                Opposition
                    *to Defendants Motion for Temporary Protective Order*
                    Filing Party:   Cross Defendant, Plaintiff Schwartz, Margot;
                                    Cross Defendant, Plaintiff Schwartz, Noah;
                                    Plaintiff Schwartz Foundation, a California corporation

12/08/2021

Declaration
    *of Howard A. Slavitt Regarding Defendants Motion for Temporary Protective Order*
    Filing Party:   Cross Defendant, Plaintiff Schwartz, Margot;
                    Cross Defendant, Plaintiff Schwartz, Noah;
                    Plaintiff Schwartz Foundation, a California corporation

12/10/2021

Reply Filed
    *Memo of Points and Authorities in Support of PLaintiff's Motion to Compel Further Discovery Responses From Defendants and Request for Sanctions Against Defendants and their Counsel of Record, Jointly and Severally*
    Party:   Cross Defendant, Plaintiff Schwartz, Margot;
             Cross Defendant, Plaintiff Schwartz, Noah;
             Plaintiff Schwartz Foundation, a California corporation

12/10/2021

Declaration
    *of Jessica M. Takano in Support of Plaintiff's Motion to Compel Further Discovery Responses From Defendants and Request for Sanctions Against Defendants and Their Counsel of Record, Jointly and Severally*
    Filing Party:   Cross Defendant, Plaintiff Schwartz, Margot;
                    Cross Defendant, Plaintiff Schwartz, Noah;
                    Plaintiff Schwartz Foundation, a California corporation

12/10/2021

Separate Statement Filed
    *in support of plaintiff's motion to compel further discovery responses from defendants and request for sanctions against defendants and their counsel of record jointly and severally*
    Party:   Cross Defendant, Plaintiff Schwartz, Margot;
             Cross Defendant, Plaintiff Schwartz, Noah;
             Plaintiff Schwartz Foundation, a California corporation

12/13/2021 
Stipulation & Order
*Setting Aside Default*
Party: Cross Complainant, Defendant Osterberg, Michael Lenor;
Cross Complainant, Defendant Schwartz, Donald C.

12/14/2021 
Answer / Response / Denial - Unlimited
Party: Cross Defendant, Plaintiff Schwartz, Margot;
Cross Defendant, Plaintiff Schwartz, Noah

12/23/2021 
Motion
*Re: Judgment on the Pleadings*
Filing Party: Cross Complainant, Defendant Osterberg, Michael Lenor;
Cross Complainant, Defendant Schwartz, Donald C.;
Defendant Schwartz, Paul D.;
Defendant Schwartz, Charles P. III;
Defendant Schwartz, David Richard;
Defendant Schwartz, Stevon S.

12/23/2021 
Memorandum of Points & Authorities
Party: Cross Complainant, Defendant Osterberg, Michael Lenor;
Cross Complainant, Defendant Schwartz, Donald C.;
Defendant Schwartz, Paul D.;
Defendant Schwartz, Charles P. III;
Defendant Schwartz, David Richard;
Defendant Schwartz, Stevon S.

12/23/2021 
Declaration
*Re: Daniel J. Russo ISO Motion*
Filing Party: Cross Complainant, Defendant Osterberg, Michael Lenor;
Cross Complainant, Defendant Schwartz, Donald C.;
Defendant Schwartz, Paul D.;
Defendant Schwartz, Charles P. III;
Defendant Schwartz, David Richard;
Defendant Schwartz, Stevon S.

01/07/2022    
          Memo to Court
          *re: Proposed Orders*
               Party:    Cross Defendant, Plaintiff Schwartz, Margot;
                         Cross Defendant, Plaintiff Schwartz, Noah;
                         Plaintiff Schwartz Foundation, a California corporation

01/07/2022    
          Proof of Service
               Party:    Cross Defendant, Plaintiff Schwartz, Margot;
                         Cross Defendant, Plaintiff Schwartz, Noah;
                         Plaintiff Schwartz Foundation, a California corporation

01/07/2022    
          Opposition
               Filing Party:    Cross Defendant, Plaintiff Schwartz, Margot;
                                Cross Defendant, Plaintiff Schwartz, Noah;
                                Plaintiff Schwartz Foundation, a California corporation

01/10/2022    
          Order After Hearing
               *Denying Defendants' Motions in Limine # 1-5*

01/10/2022

Order After Hearing
     *Denying Charles Schwartz' Motion for Order Setting Aside March 24, 2021 Order and Issuing OSC (Case 21CV00032)*

01/10/2022    
          Order After Hearing
               *Granting Defendants' Motion for Temporary Protective Order*

01/10/2022

Order After Hearing
     *Granting Motion to Compel Further Discovery Responses from Defendants and Request for Sanctions Against Defendants and Their Counsel of Record, Jointly and Severally*

01/10/2022

Order After Hearing
     *Overruling Demurrers to First Amended Complaint for Relief Under Corporations Code Section 5617*

01/10/2022



Order After Hearing

*Granting Motion to Preclude Plaintiffs from Using Schwartz Foundations Funds to Pay Attorneys'
Fees and Costs*

01/11/2022



Memorandum of Points & Authorities

*All Defendants Reply Memorandum of Points and Authorities in Opposition to Motion for
Judgment on the Pleadings*

    Party:   Cross Complainant, Defendant Osterberg, Michael Lenor;
                  Cross Complainant, Defendant Schwartz, Donald C.;
                  Defendant Schwartz, Paul D.;
                  Defendant Schwartz, Charles P. III;
                  Defendant Schwartz, David Richard;
                  Defendant Schwartz, Stevon S.

01/12/2022



Notice

*of Errata re: Memorandum of Points and Authorities in Reply to Opposition to Motion for
Judgment on the Pleadings*

01/14/2022    

                  Answer / Response / Denial - Unlimited
                    *to Amended Complaint*

                    Party:   Cross Complainant, Defendant Osterberg, Michael Lenor;
                                    Cross Complainant, Defendant Schwartz, Donald C.;
                                      Defendant Schwartz, Paul D.;
                                      Defendant Schwartz, Charles P. III;
                                        Defendant Schwartz, David Richard;
                                      Defendant Schwartz, Stevon S.

01/19/2022    Remote Appearance by Parties

01/20/2022    

                  Notice of Entry of Judgment/Order

                    Party:   Cross Defendant, Plaintiff Schwartz, Margot;
                                    Cross Defendant, Plaintiff Schwartz, Noah;
                                      Plaintiff Schwartz Foundation, a California corporation

01/20/2022     
                Notice of Entry of Judgment/Order
                    Party:   Cross Defendant, Plaintiff Schwartz, Margot;
                             Cross Defendant, Plaintiff Schwartz, Noah;
                             Plaintiff Schwartz Foundation, a California corporation

01/20/2022     
                Notice of Entry of Judgment/Order
                    Party:   Cross Defendant, Plaintiff Schwartz, Margot;
                             Cross Defendant, Plaintiff Schwartz, Noah;
                             Plaintiff Schwartz Foundation, a California corporation

01/20/2022     
                Notice of Entry of Judgment/Order
                    Party:   Cross Defendant, Plaintiff Schwartz, Margot;
                             Cross Defendant, Plaintiff Schwartz, Noah;
                             Plaintiff Schwartz Foundation, a California corporation

01/20/2022     
                Notice of Entry of Judgment/Order
                    Party:   Cross Defendant, Plaintiff Schwartz, Margot;
                             Cross Defendant, Plaintiff Schwartz, Noah;
                             Plaintiff Schwartz Foundation, a California corporation

01/20/2022
                Proof of Electronic Service
                    Party Served:   Cross Defendant, Plaintiff Schwartz, Margot;
                                     Cross Defendant, Plaintiff Schwartz, Noah;
                                     Plaintiff Schwartz Foundation, a California corporation

01/28/2022     Mediation Brief Lodged
                    Party:   Cross Defendant, Plaintiff Schwartz, Margot;
                             Cross Defendant, Plaintiff Schwartz, Noah;
                             Plaintiff Schwartz Foundation, a California corporation

01/28/2022
                Ex Parte Application
                    Party:   Cross Defendant, Plaintiff Schwartz, Margot;
                             Cross Defendant, Plaintiff Schwartz, Noah;
                             Plaintiff Schwartz Foundation, a California corporation

01/28/2022
                Memorandum of Points & Authorities
                    Party:   Cross Defendant, Plaintiff Schwartz, Margot;
                             Cross Defendant, Plaintiff Schwartz, Noah;
                             Plaintiff Schwartz Foundation, a California corporation

01/28/2022    📄
    Declaration
        Filing Party:   Cross Defendant, Plaintiff Schwartz, Margot;
                       Cross Defendant, Plaintiff Schwartz, Noah;
                       Plaintiff Schwartz Foundation, a California corporation

01/28/2022    📄
    Memorandum of Points & Authorities

01/28/2022    Remote Appearance by Parties

01/31/2022    📄
    Memo to Court
        *re: Order on Motion for Judgment on the Pleadings*
        Party:   Cross Defendant, Plaintiff Schwartz, Margot;
               Cross Defendant, Plaintiff Schwartz, Noah;
               Plaintiff Schwartz Foundation, a California corporation

01/31/2022    📄
    Order After Hearing
        *Denying Motion for Judgment on the Pleadings*

01/31/2022    📄
    Proof of Electronic Service
        *on Order on Motion for Judgment on the Pleadings*
        Party Served:   Cross Defendant, Plaintiff Schwartz, Margot;
                     Cross Defendant, Plaintiff Schwartz, Noah;
                     Plaintiff Schwartz Foundation, a California corporation

02/02/2022    
    Stipulation & Order
        *Regarding Discovery Dates and Deadlines*
        Party:   Plaintiff Schwartz Foundation, a California corporation

02/04/2022    Mediation Brief Lodged
        *Supplemental Mediation Brief*
        Party:   Cross Defendant, Plaintiff Schwartz, Margot;
               Cross Defendant, Plaintiff Schwartz, Noah;
               Plaintiff Schwartz Foundation, a California corporation

02/04/2022    
    Notice of Entry of Judgment/Order
        Party:   Cross Defendant, Plaintiff Schwartz, Margot;
               Cross Defendant, Plaintiff Schwartz, Noah;
               Plaintiff Schwartz Foundation, a California corporation

02/04/2022    Remote Appearance by Parties

02/14/2022    
Notice of Bankruptcy Filed (Pre-judgment)
Party:   Cross Complainant, Defendant Schwartz, Donald C.

02/23/2022    
Brief Filed
*Trial Brief*
Party:   Cross Complainant, Defendant Osterberg, Michael Lenor;
Cross Complainant, Defendant Schwartz, Donald C.;
Defendant Schwartz, Paul D.;
Defendant Schwartz, Charles P. III;
Defendant Schwartz, David Richard;
Defendant Schwartz, Stevon S.

08/24/2022    Remote Appearance by Parties

11/23/2022    
Case Management / Status Conference Statement
Party:   Cross Defendant, Plaintiff Schwartz, Margot;
Cross Defendant, Plaintiff Schwartz, Noah;
Plaintiff Schwartz Foundation, a California corporation

11/28/2022    
Case Management / Status Conference Statement
Party:   Cross Complainant, Defendant Osterberg, Michael Lenor;
Cross Complainant, Defendant Schwartz, Donald C.

12/07/2022    Remote Appearance by Parties

02/08/2023    
Ex Parte Application
*Ex Parte Application*
Party:   Cross Complainant, Defendant Osterberg, Michael Lenor;
Cross Complainant, Defendant Schwartz, Donald C.;
Defendant Schwartz, Paul D.;
Defendant Schwartz, Charles P. III;
Defendant Schwartz, David Richard;
Defendant Schwartz, Stevon S.

02/08/2023    
Proposed Order/Judgment Received
*Proposed Order Shortening Time*
Party:   Cross Complainant, Defendant Osterberg, Michael Lenor;
Cross Complainant, Defendant Schwartz, Donald C.;
Defendant Schwartz, Paul D.;
Defendant Schwartz, Charles P. III;
Defendant Schwartz, David Richard;
Defendant Schwartz, Stevon S.

02/09/2023



Ex Parte Order
*Granting OST/Motion for Leave to Augment Expert Witness Disclosure only. Reserved Hrg - Reset from 3/27 to 3/13.*
Party:   Cross Complainant, Defendant Schwartz, Donald C.


02/15/2023          

Motion
*Notice of Motion and Motion to be Relieved as Counsel - Civil*

02/15/2023          

Declaration
*Declaration in Support of Attorney's Motion to be Relieved as Counsel - Civil*


02/15/2023          

Proof of Service
*Proof of Service by First-Class Mail - Civil*

02/15/2023          

Proof of Service
*Proof of Electronic Service*

02/16/2023          

Proposed Order/Judgment Received
*Proposed Order Granting Attorney's Motion to be Relieved as Counsel - Civil*


02/16/2023          

Proof of Electronic Service
*Proof of Electronic Service (2)*

03/17/2023



Ex Parte Application
*EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION TO COMPEL DISCOVERY RESPONSES TO WRITTEN DISCOVERY, SECOND SET FROM DEFENDANTS AND REQUEST FOR SANCTIONS AGAINST DEFENDANTS AND THEIR COUNSEL OF RECORD, JOINTLY AND SEVERALLY; DECLA (Applications)*
Party:   Cross Defendant, Plaintiff Schwartz, Margot;
         Cross Defendant, Plaintiff Schwartz, Noah;
         Plaintiff Schwartz Foundation, a California corporation

03/17/2023



Proposed Order/Judgment Received

*[PROPOSED] ORDER SHORTENING TIME FOR HEARING ON MOTION TO COMPEL DISCOVERY RESPONSES TO WRITTEN DISCOVERY, SECOND SET FROM DEFENDANTS AND REQUEST FOR SANCTIONS AGAINST DEFENDANTS AND THEIR COUNSEL OF RECORD, JOINTLY AND SEVERALLY (Orders)*

Party:   Cross Defendant, Plaintiff Schwartz, Margot;
Cross Defendant, Plaintiff Schwartz, Noah;
Plaintiff Schwartz Foundation, a California corporation

03/20/2023        

Memorandum of Points & Authorities

*Memorandum of Points & Authorities in Oppositio to Ex Parte Application*

Party:   Cross Complainant, Defendant Osterberg, Michael Lenor;
Cross Complainant, Defendant Schwartz, Donald C.;
Defendant Schwartz, Paul D.;
Defendant Schwartz, Charles P. III;
Defendant Schwartz, David Richard;
Defendant Schwartz, Stevon S.

03/20/2023



Opposition

*PLAINTIFFS OPPOSITION TO MOTION TO BE RELIEVED AS COUNSEL (Oppositions)*

Filing Party:   Cross Defendant, Plaintiff Schwartz, Margot;
Cross Defendant, Plaintiff Schwartz, Noah;
Plaintiff Schwartz Foundation, a California corporation

03/20/2023        

Ex Parte Order

Party:   Cross Defendant, Plaintiff Schwartz, Margot;
Cross Defendant, Plaintiff Schwartz, Noah;
Plaintiff Schwartz Foundation, a California corporation

03/21/2023



Motion

*PLAINTIFFS NOTICE OF MOTION AND SECOND MOTION TO COMPEL DISCOVERY RESPONSES TO WRITTEN DISCOVERY FROM DEFENDANTS AND REQUEST FOR SANCTIONS AGAINST DEFENDANTS AND THEIR COUNSEL OF RECORD, JOINTLY AND SEVERALLY; PROOF OF SERVICE (Motions)*

Filing Party:    Cross Defendant, Plaintiff Schwartz, Margot;
                 Cross Defendant, Plaintiff Schwartz, Noah;
                 Plaintiff Schwartz Foundation, a California corporation

03/21/2023



Separate Statement Filed

*SEPARATE STATEMENT IN SUPPORT OF PLAINTIFFS SECOND MOTION TO COMPEL DISCOVERY RESPONSES TO WRITTEN DISCOVERY FROM DEFENDANTS AND REQUEST FOR SANCTIONS AGAINST DEFENDANTS AND THEIR COUNSEL OF RECORD, JOINTLY AND SEVERALLY (Statements)*

Party:    Cross Defendant, Plaintiff Schwartz, Margot;
          Cross Defendant, Plaintiff Schwartz, Noah;
          Plaintiff Schwartz Foundation, a California corporation

03/21/2023



Declaration

*DECLARATION OF DIEA D. SCHUM IN SUPPORT OF PLAINTIFFS SECOND MOTION TO COMPEL DISCOVERY RESPONSES TO WRITTEN DISCOVERY FROM DEFENDANTS AND REQUEST FOR SANCTIONS AGAINST DEFENDANTS AND THEIR COUNSEL OF RECORD, JOINTLY AND SEVERALLY (Affidavits)*

Filing Party:    Cross Defendant, Plaintiff Schwartz, Margot;
                 Cross Defendant, Plaintiff Schwartz, Noah;
                 Plaintiff Schwartz Foundation, a California corporation

03/21/2023



Memorandum of Points & Authorities

*MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS SECOND MOTION TO COMPEL DISCOVERY RESPONSES TO WRITTEN DISCOVERY FROM DEFENDANTS AND REQUEST FOR SANCTIONS AGAINST DEFENDANTS AND THEIR COUNSEL OF RECORD, JOINTLY AND SEVERALLY (Memos)*

Party:    Cross Defendant, Plaintiff Schwartz, Margot;
          Cross Defendant, Plaintiff Schwartz, Noah;
          Plaintiff Schwartz Foundation, a California corporation

03/22/2023



Motion

*PLAINTIFFS NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY RESPONSES TO WRITTEN DISCOVERY, SECOND SET FROM DEFENDANTS AND REQUEST FOR SANCTIONS AGAINST DEFENDANTS AND THEIR COUNSEL OF RECORD, JOINTLY AND SEVERALLY (Motions)*

Filing Party:  Cross Defendant, Plaintiff Schwartz, Margot;
 Cross Defendant, Plaintiff Schwartz, Noah;
 Plaintiff Schwartz Foundation, a California corporation

03/22/2023



Memorandum of Points & Authorities

*MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS MOTION TO COMPEL DISCOVERY RESPONSES TO WRITTEN DISCOVERY, SECOND SET FROM DEFENDANTS AND REQUEST FOR SANCTIONS AGAINST DEFENDANTS AND THEIR COUNSEL OF RECORD, JOINTLY AND SEVERALLY (Memos)*

Party:  Cross Defendant, Plaintiff Schwartz, Margot;
 Cross Defendant, Plaintiff Schwartz, Noah;
 Plaintiff Schwartz Foundation, a California corporation

03/22/2023



Declaration

*DECLARATION OF DIEA D. SCHUM IN SUPPORT OF PLAINTIFFS MOTION TO COMPEL DISCOVERY RESPONSES TO WRITTEN DISCOVERY, SECOND SET FROM DEFENDANTS AND REQUEST FOR SANCTIONS AGAINST DEFENDANTS AND THEIR COUNSEL OF RECORD, JOINTLY AND SEVERALLY (Affidavits)*

Filing Party:  Cross Defendant, Plaintiff Schwartz, Margot;
 Cross Defendant, Plaintiff Schwartz, Noah;
 Plaintiff Schwartz Foundation, a California corporation

03/28/2023   

Notice of Remote Appearance Filed
 *Notice of Remote Appearance for Daniel Russo, Esq.*

03/29/2023   

Notice of Remote Appearance Filed
 *Plaintiff's attorney*
 Party:  Plaintiff Schwartz Foundation, a California corporation

03/29/2023    Notice of Remote Appearance Filed
*For witnesses and expert*
Party:   Plaintiff Schwartz Foundation, a California corporation

04/03/2023    Remote Appearance by Parties

04/03/2023    Ex Parte Application
*Ex Parte Application - $60.00 (Applications)*
Party:   Plaintiff Schwartz Foundation, a California corporation

04/03/2023    Memorandum of Points & Authorities
*Memorandum of Points & Authorities (Memos)*
Party:   Plaintiff Schwartz Foundation, a California corporation

04/03/2023    Declaration
*Declaration/Affidavit (Affidavits)*
Filing Party:   Plaintiff Schwartz Foundation, a California corporation

04/03/2023    Proposed Order/Judgment Received
*Proposed Order (Orders)*
Party:   Plaintiff Schwartz Foundation, a California corporation

04/04/2023    Ex Parte Order
*Granting OST/To Hear a Motion to Compel*
Party:   Cross Defendant, Plaintiff Schwartz, Margot;
Cross Defendant, Plaintiff Schwartz, Noah;
Plaintiff Schwartz Foundation, a California corporation

04/04/2023    Proposed Order/Judgment Received
*Order Granting Attorney's Motion to Be Relieved as Counsel*

04/04/2023    Motion
*Motion - $60.00 (Motions)*
Filing Party:   Cross Defendant, Plaintiff Schwartz, Margot;
Cross Defendant, Plaintiff Schwartz, Noah;
Plaintiff Schwartz Foundation, a California corporation

04/04/2023    
                 Declaration
                    *Declaration/Affidavit (Affidavits)*
                    Filing Party:   Cross Defendant, Plaintiff Schwartz, Margot;
                                    Cross Defendant, Plaintiff Schwartz, Noah;
                                    Plaintiff Schwartz Foundation, a California corporation

04/04/2023


Notice
    *NOTICE OF ENTRY OF ORDER SHORTENING TIME TO HEAR A MOTION TO COMPEL*
    *DEPOSITIONS (Comment)*
    Party:   Plaintiff Schwartz Foundation, a California corporation

04/06/2023    
                 Notice
                    *Notice of Bankruptcy Stay as to Donald Schwartz*
                    Party:   Cross Complainant, Defendant Osterberg, Michael Lenor;
                             Cross Complainant, Defendant Schwartz, Donald C.;
                             Defendant Schwartz, Paul D.;
                             Defendant Schwartz, Charles P. III;
                             Defendant Schwartz, David Richard;
                             Defendant Schwartz, Stevon S.

04/11/2023    Remote Appearance by Parties

06/12/2023    
                 Case Management / Status Conference Statement
                    *Case Management Statement (Statements)*
                    Party:   Cross Defendant, Plaintiff Schwartz, Margot;
                             Cross Defendant, Plaintiff Schwartz, Noah;
                             Plaintiff Schwartz Foundation, a California corporation

06/27/2023    Remote Appearance by Parties

10/06/2023    
                 Notice
                    *NOTICE OF TERMINATION OR MODIFICATION OF STAY (Comment)*
                    Party:   Cross Defendant, Plaintiff Schwartz, Margot;
                             Cross Defendant, Plaintiff Schwartz, Noah;
                             Plaintiff Schwartz Foundation, a California corporation

10/06/2023    Stay Lifted
                    *Notice of Termination of Stay Filed*

10/27/2023



Motion

*Plaintiffs Re-Notice of Motion and Motion to Compel Depositions; Request for Sanctions Against Defendants and their Counsel*

Filing Party: Cross Defendant, Plaintiff Schwartz, Margot;
Cross Defendant, Plaintiff Schwartz, Noah;
Plaintiff Schwartz Foundation, a California corporation

10/27/2023



Motion

*Plaintiffs Re-Notice of Motion and Motion to Compel Discovery Responses*

Filing Party: Cross Defendant, Plaintiff Schwartz, Margot;
Cross Defendant, Plaintiff Schwartz, Noah;
Plaintiff Schwartz Foundation, a California corporation

10/27/2023



Motion

*Plaintiffs Re-Notice of Motion and Second Motion for Sanctions*

Filing Party: Cross Defendant, Plaintiff Schwartz, Margot;
Cross Defendant, Plaintiff Schwartz, Noah;
Plaintiff Schwartz Foundation, a California corporation

11/02/2023



Case Management / Status Conference Statement

*Case Management Statement (Statements)*

Party: Cross Defendant, Plaintiff Schwartz, Margot;
Cross Defendant, Plaintiff Schwartz, Noah;
Plaintiff Schwartz Foundation, a California corporation

11/22/2023



Removal to Federal Court

*Notice of Removal to Federal Court*

Party: Cross Complainant, Defendant Osterberg, Michael Lenor;
Cross Complainant, Defendant Schwartz, Donald C.;
Defendant Schwartz, Paul D.;
Defendant Schwartz, Charles P. III;
Defendant Schwartz, David Richard

11/28/2023    Remote Appearance by Parties

---

# Hearings

---

04/21/2021
**Case Management Conference**   (8:30 AM)   (Judicial Officer: Volkmann, Timothy)
06/22/2021 Reset by Court to 04/21/2021
*Held*

05/18/2021
**Demurrer**   (8:30 AM)   (Judicial Officer: Volkmann, Timothy)
07/20/2021 Reset by Court to 05/18/2021
*Held*

05/27/2021
*CANCELED* **Trial Calendar Call**   (1:30 PM)   (Judicial Officer: Volkmann, Timothy)
*Vacated*

05/27/2021
**Predisposition Hearing**   (8:30 AM)   (Judicial Officer: Volkmann, Timothy)
*Held*

05/27/2021
**Predisposition Hearing**   (8:30 AM)   (Judicial Officer: Volkmann, Timothy)
*Held*

07/08/2021
*CANCELED* **Predisposition Hearing**   (8:30 AM)   (Judicial Officer: Volkmann, Timothy)
*Vacated*

09/10/2021
*CANCELED* **Predisposition Hearing**   (8:30 AM)   (Judicial Officer: Volkmann, Timothy)
*Vacated*

09/10/2021
**Further Case Management Conference**   (8:30 AM)   (Judicial Officer: Volkmann, Timothy)
*Held*

09/21/2021
*CANCELED* **Predisposition Hearing**   (8:30 AM)   (Judicial Officer: Volkmann, Timothy)
*Vacated*

10/07/2021
*CANCELED* **Trial Calendar Call**   (1:30 PM)   (Judicial Officer: Volkmann, Timothy)
09/23/2021 Reset by Court to 10/07/2021
10/07/2021 Reset by Court to 10/07/2021
*Vacated*

12/17/2021
**Discovery Hearing**   (8:30 AM)   (Judicial Officer: Volkmann, Timothy)
*Held*

| 12/17/2021 | **Demurrer**   (8:30 AM)   (Judicial Officer: Volkmann, Timothy) |
| | *Held* |

| 12/17/2021 | **Demurrer**   (8:30 AM)   (Judicial Officer: Volkmann, Timothy) |
| | *Held* |

| 12/17/2021 | **Demurrer**   (8:30 AM)   (Judicial Officer: Volkmann, Timothy) |
| | *Held* |

| 12/17/2021 | **Predisposition Hearing**   (8:30 AM)   (Judicial Officer: Volkmann, Timothy) |
| | *Held* |

| 12/17/2021 | **Predisposition Hearing**   (8:30 AM)   (Judicial Officer: Volkmann, Timothy) |
| | 07/08/2021 Reset by Court to 09/10/2021 |
| | *Held* |

12/17/2021   

**Further Case Management Conference**   (8:30 AM)   (Judicial Officer: Volkmann, Timothy)
*Held*

| 12/17/2021 | **Predisposition Hearing**   (8:30 AM)   (Judicial Officer: Volkmann, Timothy) |
| | *Held* |

| 12/17/2021 | **Predisposition Hearing**   (8:30 AM)   (Judicial Officer: Volkmann, Timothy) |
| | *Held* |

| 12/17/2021 | **Predisposition Hearing**   (8:30 AM)   (Judicial Officer: Volkmann, Timothy) |
| | *Held* |

01/19/2022   

**Discovery Hearing**   (8:30 AM)   (Judicial Officer: Volkmann, Timothy)
*Held*

| 01/19/2022 | **Discovery Hearing**   (8:30 AM)   (Judicial Officer: Volkmann, Timothy) |
| | *Held* |

| 01/19/2022 | **Discovery Hearing**   (8:30 AM)   (Judicial Officer: Volkmann, Timothy) |
| | *Held* |

| 01/19/2022 | **Discovery Hearing**   (8:30 AM)   (Judicial Officer: Volkmann, Timothy) |
| | *Held* |

| 01/19/2022 | **Discovery Hearing**   (8:30 AM)   (Judicial Officer: Volkmann, Timothy) |
| | *Held* |

| 01/19/2022 | **Discovery Hearing**   (8:30 AM)   (Judicial Officer: Volkmann, Timothy) |
| | *Held* |

01/19/2022    **Predisposition Hearing**   (8:30 AM)   (Judicial Officer: Volkmann, Timothy)
              *Held*

01/19/2022    **Predisposition Hearing**   (8:30 AM)   (Judicial Officer: Volkmann, Timothy)
              *Held*

01/28/2022    
              **Mediation Hearing**   (1:30 PM)   (Judicial Officer: Volkmann, Timothy)
                  01/28/2022 Reset by Court to 01/28/2022
                  *Held*

02/04/2022    *CANCELED* **Mediation Hearing**   (1:30 PM)   (Judicial Officer: Volkmann, Timothy)
                  *Vacated*

02/04/2022    
              **Mediation Hearing**   (1:30 PM)   (Judicial Officer: Volkmann, Timothy)
                  *Held*

02/14/2022    *CANCELED* **Mediation Hearing**   (1:30 PM)   (Judicial Officer: Volkmann, Timothy)
                  *Off Calendar*

02/24/2022    *CANCELED* **Trial Calendar Call**   (1:30 PM)   (Judicial Officer: Volkmann, Timothy)
                  *Vacated*

02/24/2022    *CANCELED* **Discovery Hearing**   (8:30 AM)   (Judicial Officer: Volkmann, Timothy)
                  *Vacated*

08/24/2022    
              **Further Case Management Conference**   (8:30 AM)   (Judicial Officer: Volkmann, Timothy)
                  *Held*

12/07/2022    
              **Further Case Management Conference**   (8:30 AM)   (Judicial Officer: Volkmann, Timothy)
                  *Held*

03/13/2023    *CANCELED* **Predisposition Hearing**   (8:30 AM)   (Judicial Officer: Volkmann, Timothy)
                  03/27/2023 Reset by Court to 03/13/2023
                  *Vacated*

04/03/2023    📄
              **Predisposition Hearing**   (8:30 AM)   (Judicial Officer: Volkmann, Timothy)
                  *Held*

04/11/2023    📄
              **Predisposition Hearing**   (8:30 AM)   (Judicial Officer: Volkmann, Timothy)
                  *Held*

04/11/2023    **Discovery Hearing**   (8:30 AM)   (Judicial Officer: Volkmann, Timothy)
                  *Held*

04/11/2023    **Discovery Hearing**   (8:30 AM)   (Judicial Officer: Volkmann, Timothy)
                  *Held*

04/13/2023    *CANCELED* **Trial Calendar Call**   (1:30 PM)   (Judicial Officer: Burdick, Paul)
                  *Vacated*

06/27/2023    📄
              **Further Case Management Conference**   (8:30 AM)   (Judicial Officer:
              Volkmann, Timothy)
                  *Held*

11/28/2023    📄
              **Further Case Management Conference**   (8:30 AM)   (Judicial Officer:
              Volkmann, Timothy)
                  11/15/2023 Reset by Court to 11/28/2023
                  *Held*

02/27/2024    **Predisposition Hearing**   (8:30 AM)   (Judicial Officer: Volkmann, Timothy)
                  05/21/2024 Reset by Court to 02/27/2024

02/27/2024    **Predisposition Hearing**   (8:30 AM)   (Judicial Officer: Volkmann, Timothy)
                  05/21/2024 Reset by Court to 02/27/2024

02/27/2024    **Predisposition Hearing**   (8:30 AM)   (Judicial Officer: Volkmann, Timothy)
                  05/21/2024 Reset by Court to 02/27/2024

02/27/2024    **Further Case Management Conference**   (8:30 AM)   (Judicial Officer:
              Volkmann, Timothy)

---

## Service Events

02/22/2021
**30 Day Summons**
Requested by: Schwartz Foundation, a California corporation ;  Schwartz, Margot ;  Schwartz, Noah
Schwartz, Donald C.
Issued

---

# Other Documents



02/22/2021
Public
1 Pages

---

**EXHIBIT 7**

## Superior Court of California, County of Santa Cruz

# Case Summary

### Case No. 21CV00032

| | | | |
|---|---|---|---|
| **Donald Schwartz vs Schwartz Foundation** | § | Location: | **Civil** |
| | § | Judicial Officer: | **Volkmann, Timothy** |
| | § | Filed on: | **01/07/2021** |

---

## Case Information

Case Type: (21) Unlimited Partnership and Corp Gov

Case Status: **01/07/2021  Active**

File Date  01/07/2021
**Cause of Action**
Petition
   **Description/Remedy**
   Action
**Related Cases**
21CV00416 (Related Case)

---

## Party Information

| | | |
|---|---|---|
| **Plaintiff** | **Schwartz, Donald Charles** | **Schwartz, Donald** *Retained* |
| | 7960-B Soquel Drive No. 291 Aptos, CA 95003 | **Russo, Daniel J** *Retained* |
| **Defendant** | **Schwartz Foundation** | **Takano, Jessica May** *Retained* |
| | 7960-B Soquel Drive No. 291 Aptos, CA 95003 | **Schum, Diea** *Retained* |

---

## Causes of Action

01/07/2021    **Cause of Action** Petition
             Action Type    Action

---

# Case Events

01/07/2021    New Filed Case

01/07/2021    
Civil Case Cover Sheet
     *Civil Case Cover Sheet*
     Party:    Plaintiff Schwartz, Donald Charles

01/07/2021    
Petition - No Fee
     *Petition*
     Party:    Plaintiff Schwartz, Donald Charles

01/08/2021    
Ex Parte Application
     *Ex Parte Application*
     Party:    Plaintiff Schwartz, Donald Charles

01/12/2021    
Ex Parte Order
     *on Application for order Establishing Board of Directors*
     Party:    Plaintiff Schwartz, Donald Charles

01/15/2021   
Amended Petition Filed
     *First Amended*
     Party:    Plaintiff Schwartz, Donald Charles

02/11/2021   
Ex Parte Application
     *Ex Parte Application*
     Party:    Plaintiff Schwartz, Donald Charles

02/11/2021   
Ex Parte Order
     Party:    Plaintiff Schwartz, Donald Charles

02/19/2021   
Answer / Response / Denial - Unlimited
     *to Amended Petition*
     Party:    Defendant Schwartz Foundation

02/19/2021

Ex Parte Application
    Party:   Defendant Schwartz Foundation

02/19/2021

Proposed Order/Judgment Received
    Party:   Defendant Schwartz Foundation

02/19/2021

Request for Judicial Notice
    Filing Party:   Defendant Schwartz Foundation

02/19/2021

Memorandum of Points & Authorities
    Party:   Defendant Schwartz Foundation

02/19/2021

Declaration
    *of erik dryburgh in support of schwarts foundation ex parte application*
    Filing Party:   Defendant Schwartz Foundation

02/19/2021

Declaration
    *of Max Meregillano in support of schwartz foundation ex parte application*
    Filing Party:   Defendant Schwartz Foundation

02/19/2021

Declaration
    *of shirley mclaughlin in support of Schwartz foundation*
    Filing Party:   Defendant Schwartz Foundation

02/19/2021

Declaration
    *of Jessica M. Takano in support of Schwartz foundation on ex parte application*
    Filing Party:   Defendant Schwartz Foundation

02/19/2021

Declaration
    *of Marc Wahrhaftig in support of schwartz foundation on ex parte application*
    Filing Party:   Defendant Schwartz Foundation

02/19/2021

Declaration
    *of Margot Schwartz in support of ex parte application*
    Filing Party:   Defendant Schwartz Foundation

02/19/2021

Ex Parte Application - No Fee
*amended*

02/19/2021

Ex Parte Application
*Ex Parte Application*
Party:  Plaintiff Schwartz, Donald Charles

02/19/2021

Proposed Order/Judgment Received
*Proposed Order*
Party:  Plaintiff Schwartz, Donald Charles

02/22/2021

Memorandum of Points & Authorities
*Memorandum of Points & Authorities in Opposition to Ex Parte Application*
Party:  Plaintiff Schwartz, Donald Charles

02/22/2021

Declaration
*Declaration/Affidavit of Michael L. Osterberg*
Filing Party:   Plaintiff Schwartz, Donald Charles

02/22/2021



Declaration
*Declaration/Affidavit of Paul David Schwartz in Opposition to Ex Parte Application n*
Filing Party:   Plaintiff Schwartz, Donald Charles

02/22/2021

Declaration
*Declaration/Affidavit of Stevon Scott Schwartz in Opposition to Ex Parte Application*
Filing Party:   Plaintiff Schwartz, Donald Charles

02/22/2021

Declaration
*Declaration/Affidavit of Robert D.D. Schwartz*
Filing Party:   Plaintiff Schwartz, Donald Charles

02/22/2021

Declaration
*Declaration/Affidavit of Randall Whitney in Opposition to Ex Parte Application*
Filing Party:   Plaintiff Schwartz, Donald Charles

02/22/2021    

      Declaration

        *Declaration/Affidavit of Joe Ritchey in Opposition to Ex Parte Application*
        Filing Party:   Plaintiff Schwartz, Donald Charles

02/22/2021



Declaration

    *Declaration/Affidavit of Donald Charles Schwartz in Opposition to Ex Parte Application*
    Filing Party:   Plaintiff Schwartz, Donald Charles

02/22/2021    

      Proof of Service
        *Proof of E-Service*
        Party:   Plaintiff Schwartz, Donald Charles

02/22/2021    

      Amended Answer / Response / Denial - No Fee
        *by Schwartz Foundation*

02/22/2021    

      Opposition
        *to donald schwartz appication for leave to file amended pleading*
        Filing Party:   Defendant Schwartz Foundation

02/22/2021    

      Objection - No Fee
        *to evidence in oppostion to petitioner donald schwartz for leave to amend*
        Filed by:   Defendant Schwartz Foundation

02/22/2021



Declaration

    *Declaration/Affidavit of David Richard Schwartz in Opposition to Ex Parte Application*
    Filing Party:   Plaintiff Schwartz, Donald Charles

02/22/2021



Declaration

    *Declaration/Affidavit of David Richard Schwartz in Opposition to Ex Parte Application*
    Filing Party:   Plaintiff Schwartz, Donald Charles

02/22/2021
Proof of Service
*Proof of Service*
Party:  Plaintiff Schwartz, Donald Charles

02/22/2021
Ex Parte Order
Party:  Plaintiff Schwartz, Donald Charles

02/22/2021
Ex Parte Order
Party:  Plaintiff Schwartz, Donald Charles

02/23/2021
Motion
Filing Party:  Defendant Schwartz Foundation

02/23/2021
Proposed Order/Judgment Received
Party:  Defendant Schwartz Foundation

03/01/2021
Memorandum of Points & Authorities
*in Opposition to 709 Motion*
Party:  Plaintiff Schwartz, Donald Charles

03/02/2021
Declaration
*of Donald Charles Schwartz in Opposition to Corporations Code 709 Motion*
Filing Party:  Plaintiff Schwartz, Donald Charles

03/02/2021
Declaration
*Corrected Declaration of Michael Leanor Osterberg*
Filing Party:  Plaintiff Schwartz, Donald Charles

03/02/2021
Declaration
*of Robert D.D. Schwartz in Opposition to Motion for Temporary Orders*
Filing Party:  Plaintiff Schwartz, Donald Charles

03/02/2021
Declaration
*Corrected Declaration/Affidavit Randall Whitney*
Filing Party:  Plaintiff Schwartz, Donald Charles

03/02/2021

Proof of Service
    Party:  Plaintiff Schwartz, Donald Charles

03/04/2021

Reply Filed
    *ISO Motion by Schwartz Foundation*
    Party:  Defendant Schwartz Foundation

03/04/2021

Declaration
    *of Alison Feldman ISO Reply ISO Motion by Schwartz Foundation*
    Filing Party:  Defendant Schwartz Foundation

03/04/2021

Declaration
    *of Junious Williams ISO Reply ISO Motion by Schwartz Foundation*
    Filing Party:  Defendant Schwartz Foundation

03/04/2021

Declaration
    *of Margot Schwartz ISO Reply ISO Motion by Schwartz Foundation*
    Filing Party:  Defendant Schwartz Foundation

03/04/2021

Declaration
    *of Noah Alexander Schwartz ISO Reply ISO Motion by Schwartz Foundation*
    Filing Party:  Defendant Schwartz Foundation

03/04/2021

Declaration
    *of Phil Bruno ISO Reply ISO Motion by Schwartz Foundation*
    Filing Party:  Defendant Schwartz Foundation

03/04/2021

Declaration
    *ISO Tayo Sowunmi ISO Reply ISO Motion by Schwartz Foundation*
    Filing Party:  Defendant Schwartz Foundation

03/08/2021

Objection - No Fee
    *Objections to Ex Parte (Moving) Evidence*
    Filed by:  Plaintiff Schwartz, Donald Charles

03/08/2021

Objection - No Fee
*Objections to Reply Evidence*
Filed by:   Plaintiff Schwartz, Donald Charles

03/08/2021

Notice
*of Related Case*

03/08/2021

Notice
*of Demurrer in Related Case*

03/09/2021

Ex Parte Application
*Ex Parte Application to Consolidate/Coordinate*
Party:   Plaintiff Schwartz, Donald Charles

03/09/2021

Proposed Order/Judgment Received
*Proposed Order*
Party:   Plaintiff Schwartz, Donald Charles

03/09/2021

Opposition
*to Petitioner Donald Schwartz' Ex Parte Application to Consolidate/oordinate Related Cases
and/or Advance Demurrer Hrg Date with Brieing Schedules.*
Filing Party:   Defendant Schwartz Foundation

03/16/2021

Memo to Court
Party:   Defendant Schwartz Foundation

03/16/2021

Memo to Court
Party:   Plaintiff Schwartz, Donald Charles

03/16/2021

Proposed Order/Judgment Received
*Proposed Order*
Party:   Plaintiff Schwartz, Donald Charles

03/19/2021

Order After Hearing
*Granting Motion*

03/22/2021
Memo to Court
 Party: Defendant Schwartz Foundation

03/24/2021
Order Filed
 *Amended Granting Motion to Set Aside/Stay Case*

03/25/2021
Notice of Entry of Judgment/Order
 *of Amended Order*

04/06/2021
Case Management / Status Conference Statement
 Party: Defendant Schwartz Foundation

04/20/2021
Substitution of Attorney
 Party: Plaintiff Schwartz, Donald Charles

04/27/2021
Application - No Fee
 *filed in error - do not use*
 Party: Plaintiff Schwartz, Donald Charles

04/27/2021
Application - No Fee
 *Application For ADA Accommodation*

04/27/2021
Request and Response for Accommodations
 Party: Plaintiff Schwartz, Donald Charles

07/08/2021
Certificate of Mailing

07/30/2021

Ex Parte Application
 *(Ex Parte papers filed 7/30/21 are deemed moving papers for notice of motion to set aside)*
 Party: Plaintiff Schwartz, Donald Charles

07/30/2021
Declaration
 *Declaration/Affidavit of Daniel J. Russo re: Ex Parte Notice*
 Filing Party: Plaintiff Schwartz, Donald Charles

07/30/2021
Memorandum of Points & Authorities
 *Memorandum of Points & Authorities in Support of Ex Parte Application*
 Party: Plaintiff Schwartz, Donald Charles

07/30/2021

Declaration
*Declaration/Affidavit of Michael L. Osterberg re: Ex Parte Application*
Filing Party:   Plaintiff Schwartz, Donald Charles

07/30/2021

Request for Judicial Notice
*Request for Judicial Notice in Support of Ex Parte Application*
Filing Party:   Plaintiff Schwartz, Donald Charles

07/30/2021

Declaration
*Declaration/Affidavit of Donald C. Schwartz re: Ex Parte Application*
Filing Party:   Plaintiff Schwartz, Donald Charles

07/30/2021

Document Received
*( Original document filed in under related case - 21CV00416)*

08/03/2021

Ex Parte Order
*DENIED*
Party:   Plaintiff Schwartz, Donald Charles

08/18/2021

Stipulation & Order
*Nunc Pro Tunc (Stipulation for Scheduling Motion to Set Aside march 24, 2021 Order)*
Party:  Plaintiff Schwartz, Donald Charles

08/27/2021

Opposition
*to Motion*
Filing Party:   Defendant Schwartz Foundation

08/27/2021

Declaration
*of Jessica M. Takano in Opposition to Donald Charles Schwartz' Motions*
Filing Party:   Defendant Schwartz Foundation

09/01/2021



Reply Filed
*Reply Memorandum of Points and Authorities in Support of Motion to Set Aside Court Order, Nunc Pro Tunc*
Party: Plaintiff Schwartz, Donald Charles


09/01/2021



Declaration
*Declaration/Affidavit of M.E. Greenberg in Reply in Support of Motion to Set Aside Court Order, Nunc Pro Tunc*
Filing Party: Plaintiff Schwartz, Donald Charles


09/01/2021    

Request for Judicial Notice
*Request for Judicial Notice, No. Two*
Filing Party: Plaintiff Schwartz, Donald Charles

09/01/2021    

Proof of Service
*Proof of Service*
Party: Plaintiff Schwartz, Donald Charles

09/01/2021



Declaration
*Declaration/Affidavit of Daniel J. Russo in Reply in Support of Motion to Set Aside Court Order, Nunc Pro Tunc*
Filing Party: Plaintiff Schwartz, Donald Charles


09/01/2021



Request for Judicial Notice
*Request for Judicial Notice, No. One in Reply in Support of Motion to Set Aside Court Order, Nunc Pro Tunc*
Filing Party: Plaintiff Schwartz, Donald Charles


01/20/2022    

Notice of Entry of Judgment/Order
Party: Defendant Schwartz Foundation

01/20/2022    Proof of Electronic Service
              Party Served:   Defendant Schwartz Foundation

01/28/2022    Remote Appearance by Parties

02/04/2022    Remote Appearance by Parties

02/23/2022    Brief Filed
              *Trial Brief*
              Party:   Plaintiff Schwartz, Donald Charles

08/24/2022    Remote Appearance by Parties

12/07/2022    Remote Appearance by Parties

03/20/2023    Memorandum of Points & Authorities
              *Memorandum of Points & Authorities in Opposition to Ex Parte Application*
              Party:   Plaintiff Schwartz, Donald Charles

06/27/2023    Remote Appearance by Parties

11/15/2023    Remote Appearance by Parties

---

## Hearings

03/10/2021    
              **Predisposition Hearing**  (8:30 AM)  (Judicial Officer: Connolly, Rebecca)
                  *Held*

03/10/2021    **Predisposition Hearing**  (8:30 AM)  (Judicial Officer: Connolly, Rebecca)
                  *Held*

04/21/2021    
              **Further Case Management Conference**  (8:30 AM)  (Judicial Officer:
              Volkmann, Timothy)
                  *Held*

05/07/2021    
              *CANCELED* **Case Management Conference**  (8:30 AM)  (Judicial Officer:
              Connolly, Rebecca)
                  *Vacated*

05/18/2021      📄
                **Further Case Management Conference**   (8:30 AM)   (Judicial Officer:
                Volkmann, Timothy)
                    *Held*

05/27/2021      *CANCELED* **Further Case Management Conference**   (1:30 PM)   (Judicial
                Officer: Volkmann, Timothy)
                    *Off Calendar*

06/07/2021      *CANCELED* **Predisposition Hearing**   (8:30 AM)   (Judicial Officer: Volkmann,
                Timothy)
                    *Off Calendar*

07/08/2021      📄
                **Further Case Management Conference**   (8:30 AM)   (Judicial Officer:
                Volkmann, Timothy)
                    *Held*

09/10/2021      *CANCELED* **Predisposition Hearing**   (8:30 AM)   (Judicial Officer: Volkmann,
                Timothy)
                    *Vacated*

09/10/2021      📄
                **Further Case Management Conference**   (8:30 AM)   (Judicial Officer:
                Volkmann, Timothy)
                    *Held*

09/21/2021      *CANCELED* **Further Case Management Conference**   (8:30 AM)   (Judicial
                Officer: Volkmann, Timothy)
                    *Vacated*

12/17/2021      📄
                **Further Case Management Conference**   (8:30 AM)   (Judicial Officer:
                Volkmann, Timothy)
                    *Held*

01/28/2022      📄
                **Mediation Hearing**   (1:30 PM)   (Judicial Officer: Volkmann, Timothy)
                    01/28/2022 Reset by Court to 01/28/2022
                        *Held*

02/04/2022      *CANCELED* **Mediation Hearing**   (1:30 PM)   (Judicial Officer: Volkmann,
                Timothy)
                    *Vacated*

02/04/2022    
              **Mediation Hearing**   (1:30 PM)   (Judicial Officer: Volkmann, Timothy)
              *Held*

02/14/2022    *CANCELED* **Mediation Hearing**   (1:30 PM)   (Judicial Officer: Volkmann,
              Timothy)
                *Off Calendar*

02/24/2022    
              **Trial Calendar Call**   (1:30 PM)   (Judicial Officer: Volkmann, Timothy)
              *Held*

08/24/2022    
              **Further Case Management Conference**   (8:30 AM)   (Judicial Officer:
              Volkmann, Timothy)
                *Held*

12/07/2022    
              **Further Case Management Conference**   (8:30 AM)   (Judicial Officer:
              Volkmann, Timothy)
                *Held*

04/13/2023    
              **Trial Calendar Call**   (1:30 PM)   (Judicial Officer: Burdick, Paul)
                *Held*

06/27/2023    
              **Further Case Management Conference**   (8:30 AM)   (Judicial Officer:
              Volkmann, Timothy)
                *Held*

11/15/2023    
              **Further Case Management Conference**   (8:30 AM)   (Judicial Officer:
              Volkmann, Timothy)
                *Held*

11/28/2023    
              **Further Case Management Conference**   (8:30 AM)   (Judicial Officer:
              Volkmann, Timothy)
                *Held*

02/27/2024    **Further Case Management Conference**   (8:30 AM)   (Judicial Officer:
              Volkmann, Timothy)

---

## Other Documents


01/07/2021
 Public
  2 Pages