UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHWARTZ FOUNDATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MARGOT D SCHWARTZ, <br><br> Defendant. | Case No. 23-cv-06086-JSC <br><br> **CLERK'S NOTICE RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE** <br><br> Re: Dkt. No. 15 |

TO ALL PARTIES AND COUNSEL OF RECORD:

This action was reassigned to Judge Jacqueline Scott Corley for all-purposes. Please take notice that the initial case management conference is rescheduled to **February 29, 2024 at 1:30 p.m.,** by Zoom videoconference (**ZOOM Meeting ID:** 161 366 1817/**Password:** 924619) before Judge Jacqueline Scott Corley. A case management conference statement shall be filed seven days prior to the conference. Any request to reschedule the above date shall be made in writing, and, if possible, by stipulation. For a copy of Judge Corley's Standing Order and other information, please refer to the Court's website at www.cand.uscourts.gov.

Dated: December 14, 2023

Mark B. Busby  
Clerk, United States District Court

By: _____  
Ada Means, Deputy Clerk to the  
Honorable JACQUELINE SCOTT CORLEY