United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCHWARTZ FOUNDATION, et al.,

    Plaintiffs,

v.

MARGOT D SCHWARTZ,

    Defendant.

Case No. 23-cv-06086-JSC

**ORDER TO SHOW CAUSE TO PLAINTIFFS**

Plaintiffs initiated this RICO action on November 22, 2023. (Dkt. No. 1.) Plaintiffs were required to present a completed summons to the clerk, and then serve the complaint with the summons within 90 days of the complaint's filing. Fed. R. Civ. P. 4(b), (c), (m). The docket does not reflect Plaintiffs have served Defendant or even submitted a summons to the clerk. Further, on December 14, 2023, the Court scheduled an initial case management conference for February 29, 2024 with a joint case management conference statement due by February 22, 2024. (Dkt. No. 16.) Plaintiffs did not appear at the conference, submit a case management conference statement, or otherwise communicate with the Court. So, the docket reflects Plaintiffs have done nothing to prosecute this RICO action.

//
//
//
//
//
//
//

Accordingly, on or before March 8, 2024, Plaintiffs are ORDERED TO SHOW CAUSE in writing why this action should not be dismissed without prejudice for a failure to prosecute. *See* Fed. R. Civ. P. 41. Plaintiffs are warned that failure to respond to the order will result in a dismissal without prejudice.

**IT IS SO ORDERED.**

Dated: February 29, 2024

JACQUELINE SCOTT CORLEY
United States District Judge

2