Donald Charles Schwartz, Esq. (SBN 122476)
Law Offices of Donald C. Schwartz
7960 Soquel Drive, No. 291
Aptos, CA  95003
831-331-9909; Facsimile 815-301-6556
Email: triallaw@cruzio.com

Attorney for Plaintiffs
Schwartz Foundation, Donald Charles Schwartz
Michael L. Osterberg, Willie L. Brown, Jr.,
Charles P. Schwartz, III, Paul Schwartz, David Schwartz

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHWARTZ FOUNDATION, DONALD CHARLES SCHWARTZ, MICHAEL L. OSTERBERG, WILLIE L. BROWN, JR., CHARLES P. SCHWARTZ, III, PAUL DAVID SCHWARTZ, DAVID RICHARD SCHWARTZ,<br><br>                     Plaintiffs,<br><br>    vs.<br><br>MARGOT WOOD SCHWARTZ, an individual; and DOES 1 through 50, inclusive,<br><br>                     Defendants. | No. 3:23-cv-06086 |

I, Donald Charles Schwartz, declare:

I am licensed to practice law in the State of California and am admitted to practice before the United States District Court, Northern District of California.

If called as a witness I could and would testify as follows:

Since the issuance of the Order to Show Cause I have caused the Summons to be issued as to Margot Schwartz and the Summons and Complaint are out for service.

1

1    I did not attend the initial Case Management Conference due to a calendaring error. Further, the case could not move forward in this court until a ruling was made in the state court, which has now been made – so this case can now move forward.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 11, 2024                  */s/ Donald Charles Schwartz*
                                      _____
                                         Donald C. Schwartz
                                         Attorney for Plaintiffs

2