Donald Charles Schwartz, Esq.
Law Offices of Donald C. Schwartz
7960-B Soquel Drive, No. 291
Aptos, CA 95003
831-331-9909; Facsimile 815-301-6556
Email: triallaw@cruzio.com

Attorney for Plaintiffs
Schwartz Foundation; Donald Charles Schwartz;
Michael L. Osterberg; Willie L. Brown, Jr.;
Charles P. Schwartz, III; Paul David Schwartz;
David Richard Schwartz

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SCHWARTZ FOUNDATION, et<br><br>Plaintiffs,<br><br>v.<br><br>MARGOT SCHWARTZ, an individual, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 3:23-cv-06086<br><br>**STATUS REPORT** |

Plaintiffs Schwartz Foundation; Donald Charles Schwartz; Michael L. Osterberg; Willie L. Brown, Jr.; Charles P. Schwartz, III; Paul David Schwartz; David Richard Schwartz by and through their counsel of record, hereby aver:

1. The Complaint in this case was originally filed on November 22, 2023.

2. The Court remanded the State Court causes of action on December 20, 2023.

3. The Court issued an Order to Show Cause on February 29, 2024.

4. Plaintiffs caused a Summons to be issued on March 5, 2024 and the Summons and Complaint were sent for service of process.

5. Plaintiffs responded to the Order to Show Cause on March 11, 2024.

6. Plaintiffs caused another Summons to be issued on April 7, 2024 and the Summons and Complaint were sent for service of process.

1   7.  No service has been effectuated at this time.

2   Dated:  April 12, 2024                                    By: */s/ Donald Charles Schwartz*

3                                                                          DONALD CHARLES SCHWARTZ
4                                                                                 Attorney for Plaintiffs