1

2

3

4               UNITED STATES DISTRICT COURT

5               NORTHERN DISTRICT OF CALIFORNIA

6

7   SCHWARTZ FOUNDATION, et al.,          Case No.  23-cv-06086-JSC

8               Plaintiffs,

9        v.                               **ORDER EXTENDING TIME FOR
                                          PLAINTIFFS TO FILE PROOF OF
10  MARGOT D SCHWARTZ,                     SERVICE AND SCHEDULING INTIAL
                                          CAES MANAGEMENT CONFERENCE**
11              Defendant.

12

13        Plaintiffs filed this RICO action directly in this Court on November 22, 2023.  They failed

14  to comply with the Federal Rules of Civil Procedure regarding service of the summons and

15  complaint.  (Dkt. No. 19.)  Plaintiffs also failed to appear at the February 29, 2024 initial case

16  management conference.  (*Id.*)  So, the Court ordered Plaintiffs to show cause by March 8, 2024

17  why the action should not be dismissed without prejudice for a failure to prosecute.  (*Id.*)

18        Plaintiffs responded to the Order to Show Cause on March 11, 2024. They explain they

19  failed to appear at the conference due to the calendaring error and were in the process of serving

20  Defendant.  (Dkt. No. 22.)  On April 7, 2024, they again represented the Complaint and Summons

21  "were sent for service."  (Dkt. No. 25.)

22        Plaintiffs shall file their Proof of Service on Defendant on or before May 2, 2024.  The

23  Court will hold an initial case management conference on June 6, 2024 at 1:30 p.m. via Zoom

24  video.  A joint case management conference statement is due one week in advance.   The Order to

25  Show Cause is held in abeyance pending filing of the proof of service.

26  //

27  //

28  //

United States District Court
Northern District of California

1    **IT IS SO ORDERED.**

2    Dated: April 15, 2024

3

4    _____

5    JACQUELINE SCOTT CORLEY
     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California