UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHWARTZ FOUNDATION, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MARGOT D SCHWARTZ,<br><br>    Defendant. | Case No. 23-cv-06086-JSC<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED WITHOUT PREJUDICE FOR FAILURE TO SERVE** |

Plaintiffs filed this RICO action directly in this Court on November 22, 2023. Pursuant to the Federal Rules of Civil Procedure, Plaintiffs were required to present a completed summons to the clerk, and then serve the complaint with the summons within 90 days of the complaint's filing. Fed. R. Civ. P. 4(b), (c), (m). Plaintiffs did not meet that deadline; indeed, they did not even present a complete summons to the clerk within 90 days of the complaint's filing. They also did not appear at the initial case management conference on February 29, 2024 or submit the required pre-conference statement. (Dkt. No. 19.) So, the Court ordered Plaintiffs to show cause why the action should not be dismissed for failure to prosecute. (*Id.*). Plaintiffs responded they had missed the conference due to a calendaring error, but that they were prepared to prosecute the case. The Court thereafter extended the time for service and, in particular, directed Plaintiffs to "file their Proof of Service on Defendant on or before May 2, 2024." (Dkt. No. 26.)

As of the date of this Order, Plaintiffs have not filed the Proof of Service nor otherwise communicated with the Court. Accordingly, Plaintiffs are ordered to show cause why this action should not be dismissed without prejudice pursuant to Federal Rules of Civil Procedure 4(m) for their failure, again, to serve Defendant as required. In particular, Plaintiff must show good cause in a writing, supported by evidence, as to why they did not meet the Court's extended May 2, 2024

deadline. The written response to this Order to Show Cause is due May 9, 2024. Plaintiffs are warned that failure to respond to this Order by May 9, or a failure to show good cause, will result in dismissal of this action without prejudice.

**IT IS SO ORDERED.**

Dated: May 3, 2024

_____
JACQUELINE SCOTT CORLEY
United States District Judge