Donald Charles Schwartz, Esq. (SBN 122476)
Law Offices of Donald C. Schwartz
7960 Soquel Drive, No. 291
Aptos, CA  95003
831-331-9909; Facsimile 815-301-6556
Email: triallaw@cruzio.com

Attorney for Plaintiffs
Schwartz Foundation, Donald Charles Schwartz
Michael L. Osterberg, Willie L. Brown, Jr.,
Charles P. Schwartz, III, Paul Schwartz, David Schwartz

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHWARTZ FOUNDATION, DONALD CHARLES SCHWARTZ, MICHAEL L. OSTERBERG, WILLIE L. BROWN, JR., CHARLES P. SCHWARTZ, III, PAUL DAVID SCHWARTZ, DAVID RICHARD SCHWARTZ,<br><br>Plaintiffs,<br><br>vs.<br><br>MARGOT WOOD SCHWARTZ, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | No.<br><br>**DECLARATION OF DONALD CHARLES SCHWARTZ RE: ORDER TO SHOW CAUSE** |

I, Donald Charles Schwartz, declare:

1. I am licensed to engage the practice of law in the State of California and United States District Court for the Northern District of California. If called as a witness I could and would competently testify as follows.

2. Service of the summons and complaint in this action has been accomplished pursuant to Code of

1

Civil Procedure section 415.40 (out of state certified mail/return receipt requested).

A Proof of Service will be filed forthwith.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 9, 2024                    */s/ Donald Charles Schwartz*
                                     _____
                                     Donald C. Schwartz
                                     Attorney for Plaintiffs
                                     Schwartz Foundation, Donald Charles Schwartz
                                     Michael L. Osterberg, Willie L. Brown, Jr.,
                                     Charles P. Schwartz, III, Paul Schwartz, David
                                     Schwartz