Donald Charles Schwartz, Esq. (SBN 122476)
Law Offices of Donald C. Schwartz
7960 Soquel Drive, No. 291
Aptos, CA  95003
831-331-9909; Facsimile 815-301-6556
Email: triallaw@cruzio.com

Attorney for Plaintiffs
Schwartz Foundation, Donald Charles Schwartz
Michael L. Osterberg, Willie L. Brown, Jr.,
Charles P. Schwartz, III, Paul Schwartz, David Schwartz

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

| SCHWARTZ FOUNDATION, DONALD CHARLES SCHWARTZ, MICHAEL L. OSTERBERG, WILLIE L. BROWN, JR., CHARLES P. SCHWARTZ, III, PAUL DAVID SCHWARTZ, DAVID RICHARD SCHWARTZ, <br><br> Plaintiffs, <br><br> vs. <br><br> MARGOT WOOD SCHWARTZ, an individual; and DOES 1 through 50, inclusive, <br><br> Defendants. | No. 3:23-cv-06086 <br><br> **CORRECTED DECLARATION RE: ORDER TO SHOW CAUSE RE: SERVICE OF PROCESS OF SUMMONS AND COMPLAINT** |
|---|---|

I, Donald Charles Schwartz, declare:

I am licensed to practice law in the State of California and am admitted to practice before the United States District Court, Northern District of California.

If called as a witness I could and would testify as follows:

I wish to correct my previous declaration filed with this court in that I thought that the Summons and Complaint has been served via out of state certified/return receipt mail because

1

a "green card" came back on one of the service attempts with what appeared to me a mark on it that indicated a signature. After researching the United State Postal Service Tracking, I have concluded that the Summons and Complaint cannot be demonstrably shown to have been served on either of the certified/return receipt services attempts. (I previously caused Summons to two out-of-state addresses to be issued in this action as to defendant Margot Schwartz. I understand both the Milwaukee and New Mexico locations to be remotely located and cannot be served via process server.)

Because these two service attempts cannot be demonstrated to have been successful I will now have to apply to the court to publish the service pursuant to California Code of Civil Procedure.

I am presently in trial in Los Angeles but I will file a motion to publish the serve by the end of the week.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 13, 2024          */s/ Donald Charles Schwartz*
                            _____
                              Donald C. Schwartz
                              Attorney for Plaintiffs