UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHWARTZ FOUNDATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MARGOT D SCHWARTZ, et al.,<br><br>Defendants. | Case No. 24-cv-04181-PCP<br><br>**REFERRAL ORDER** |

The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to the Honorable Jacqueline Scott Corley for consideration of whether the case is related to *Schwartz Foundation et al v. Schwartz*, 23-cv-06086-JSC.

**IT IS SO ORDERED.**

Dated: July 29, 2024

P. Casey Pitts
United States District Judge